| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (South Carolina Bar No. 9990)<br>United States Attorney |
| 2 | JOANN M. SWANSON (California Bar No. 88143)<br>Chief, Civil Division |
| 3 | JENNIFER S WANG (California Bar No. 233155)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6967 |
| 6 | Facsimile:  (415) 436-6748<br>Email: jennifer.s.wang@usdoj.gov |
| 7 | |
| 8 | Attorneys for Defendant<br>JOHN E. POTTER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JEFFREY W. TAM, | ) | No. C 07-2747 JCS |
| Plaintiff, | ) ) | **DEFENDANT'S REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION** |
| v. | ) ) | |
| JOHN E. POTTER, | ) | |
| Defendant. | ) ) | |

Defendant, by and through its undersigned counsel, hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: August 24, 2007            Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


By:        /s/
JENNIFER S WANG
Assistant United States Attorney

DECLINATION OF MAGISTRATE JUDGE; REQUEST FOR REASSIGNMENT
C 07-2747 JCS