**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she is causing a copy of the following:

**DEFENDANT'S CASE MANAGEMENT CONFERENCE STATEMENT**

<u>Jeffrey W. Tam v. John E. Potter</u>
<u>Case No. CV 07-2747 JCS</u>

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____  **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____  **ELECTRONIC MAIL**

_____  **FEDERAL EXPRESS**

_____  **FACSIMILE (FAX)**  Telephone No.:__See Below_____

to the party(ies) addressed as follows:

Jeffrey W Tam
408 Yorkshire Road
Alameda, CA 94501
(510) 522-5534
PRO SE

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 24, 2007 at San Francisco, California.

___/s/_____
BONNY WONG
Legal Assistant