```
1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6813
6      FAX: (415) 436-6748

7  Attorneys for Defendant
   JOHN E. POTTER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY W. TAM, ) | No. 07-2747 JCS |
| Plaintiff, ) | **[PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. ) | |
| JOHN E. POTTER, ) | Date:    August 31, 2007 |
| Defendant. ) | Time:    1:30 p.m. |
| ) | Ctrm:    A, 15 th Floor |

Defendant's Case Management Statement is hereby adopted by the Court as the Case Management Order for this case and the parties are ordered to comply with this Order. In addition, the Court orders:


Dated: _____, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

C 07-2747 JCS