IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY W. TAM,                                                No. C 07-02747SI

       Plaintiff,                                       **NOTICE**

  v.

JOHN E. POTTER,

       Defendant.
                                          /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been continued to Friday, September 7, 2007, at 2:00 p.m. All parties are directed to comply with the attached order when preparing for the conference.

Dated: August 28, 2007                                           RICHARD W. WIEKING, Clerk

                                                                                Tracy Sutton
                                                                                Deputy Clerk