UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY W. TAM,

        Plaintiff,

  v.

JOHN E. POTTER et al,

        Defendant.
                               /

Case Number: CV07-02747 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey W. Tam
408 Yorkshire Road
Alameda, CA 94501

Dated: August 28, 2007

                                                Richard W. Wieking, Clerk
                                                By: Tracy Sutton, Deputy Clerk