SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748

Attorneys for Defendant
JOHN E. POTTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY W. TAM, ) | No. 07-2747 SI |
| ) | |
|     Plaintiff, ) | **[PROPOSED] ORDER RE: CASE** |
| ) | **MANAGEMENT CONFERENCE** |
|     v. ) | **STATEMENT** |
| ) | |
| JOHN E. POTTER, ) | Date: September 7, 2007 |
| ) | Time: 2:00 p.m. |
|     Defendant. ) | Ctrm: 10, 19th Fl |
| ) | |

    Defendant's Amended Case Management Statement is hereby adopted by the Court as the Case Management Order for this case and the parties are ordered to comply with this Order. In addition, the Court orders:

Dated: _____, 2007

                                                           _____
                                                            SUSAN ILLSTON
                                                            United States District Judge

[PROPOSED] ORDER RE:
CASE MANAGEMENT STATEMENT C 07-2747 SI