**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 9/7/07

Case No.   C07-2747SI            Judge:   SUSAN ILLSTON

Title: JEFFREY TAM  -v- POTTER

Attorneys: Tam            Wang

Deputy Clerk:  Tracy Sutton   Court Reporter: Columbini

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **2/1/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **6/27/08    @ 9:00 a.m.**   for Motions
(Motion due **5/23/08**, Opposition **6/6/08** Reply **6/13/08**)

Case continued to **7/22/08    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **8/11/08    @ 8:30 a.m.**  for Trial (jury:3  Days)
Discovery Cutoff: 5/1/08  Designate Experts by: 5/1/08, Rebuttal Experts:n/a, Expert Discovery Cutoff:5/30/08

ORDERED AFTER HEARING:
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur during the 1st half of January 2008.

Cc: Wings