IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

1

2  JEFFREY W. TAM,                                    No. C 07-02747 SI

3              Plaintiff,                             **PRETRIAL PREPARATION ORDER**

4      v.

5  JOHN E. POTTER,

6              Defendant.
   _____/

7

8          It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

9  FURTHER CASE MANAGEMENT: February 1, 2008 at  2:30 p.m.
   Counsel *must* file a joint case management statement seven days in advance of the conference.

10  DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

11  NON-EXPERT DISCOVERY CUTOFF is May 1, 2008.

12  DESIGNATION OF EXPERTS: 5/1/08; REBUTTAL: n/a.
          Parties **SHALL** conform to Rule 26(a)(2).

13

14  EXPERT DISCOVERY CUTOFF is May 30, 2008.

15  DISPOSITIVE MOTIONS **SHALL** be filed by May 23, 2008;

16          Opp. Due June 6, 2008;  Reply Due June 13, 2008;

17          and set for hearing no later than June 27, 2008 at 9:00 AM.

18  PRETRIAL CONFERENCE DATE: July 22, 008 at 3:30 PM.

19  JURY TRIAL DATE: August 11, 2008 at 8:30 AM.,
          Courtroom 10, 19th floor.

20  TRIAL LENGTH is estimated to be three days.

21  SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

22  This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference
    shall occur during the 1st half of January 2008.

23

24  The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case,
    including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to
    serve a copy of this order on any party subsequently joined in this action.

25

26  Dated: 9/10/07

27                                                   SUSAN ILLSTON
                                                     United States District Judge

28