IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Jeffrey W. Tam,**

    Plaintiff(s),

 v.

**John E. Potter, Postmaster General,**

    Defendant(s),  /

No. C07-2747 SI (BZ)

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** the Settlement Conference is reset to **January 4, 2008** at **9:00 a.m.** before the Honorable Bernard Zimmerman. The previous set date of **January 3, 2008** at **9:00 a.m.** is **VACATED**. The previous Settlement Conference Order dated September 18, 2007 remains in full force.

Please report to courtroom G, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 20, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Lashanda Scott_
  Lashanda Scott
  Courtroom Deputy