SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   Facsimile: (415) 436-6748
   jennifer.s.wang@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY W. TAM,<br><br>      Plaintiff,<br><br>      v.<br><br>JOHN E. POTTER,<br><br>      Defendant. | No. 07-2747 SI<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

To the Plaintiff, *Pro se*:

    This is to notify all counsel that Jennifer Wang, counsel for the defendant John E. Potter, Postmaster General United States Postal Service, will be unavailable from October 15, 2007 through October 26, 2007 inclusive because of mandatory training in Columbia, South Carolina.

DATED: September 21, 2007

                                                  Respectfully submitted,
                                                SCOTT N. SCHOOLS
                                                United States Attorney

                                                     /s/
                                                JENNIFER S WANG
                                                Assistant United States Attorney