| | |
|---|---|
| 1 | JEFFREY W. TAM |
| 2 | 408 Yorkshire Road<br>Alameda, CA 94501 |
| 3 | (510) 522-5534 |
| 4 | Plaintiff, *Pro Se* |
| 5 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 6 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 7 | JENNIFER S WANG (CSBN 233155)<br>Assistant United States Attorney |
| 8 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 9 | Telephone: (415) 436-6967<br>Facsimile: (415) 436-6748 |
| 10 | jennifer.s.wang@usdoj.gov |
| 11 | Attorneys for Defendant |

COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JEFFREY W. TAM, | ) | No. 07-2747 SI |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER** |
| JOHN E. POTTER, | ) | |
| Defendant. | ) | |

The parties stipulate as follows:

1. Without conceding the merits of its allegations or that it states cognizable causes of action, and pursuant to Federal Rule of Civil Procedure 15(a), defendant consents to the filing of a first amended complaint with the Amendments to the Complaint that plaintiff mailed to defense counsel on September 17, 2007.

2. Defendant's answer to the first amended complaint shall be due 30 days after plaintiff files his first amended complaint.

DATED: September __, 2007

Respectfully submitted,

_____
JEFFREY W. TAM
Plaintiff, *Pro Se*

DATED: September 21, 2007

SCOTT N. SCHOOLS
United States Attorney

_____
JENNIFER S WANG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 9/28/07

_____
SUSAN ILLSTON
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 07-2747 SI                2