To: Clerk, United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102

**FILED**
SEP 2 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jeffrey W. Tam, Plaintiff

vs.

John E Potter, Defendant (s)
Postmaster General
United States Postal Services

**CASE NO. C07-02747 JCS**

EMPLOYMENT DISCRIMINATION
COMPLAINT - AMENDMENT

Plaintiff resides at:
Address 408 Yorkshire Road
City, State & Zip Code: Alameda, Ca 94501
Phone (510) 522-5534

Defendant is located at:
Address:
City, State & Zip Code: Washington, D.C. 20036

Pursuant to the Federal Rule of Civil Procedure 15(a), plainiff is amending the Case No. C07-02747 JCS. Adding complaints # 7, # 8 and # 9.

1. Complainant's requests for a reassignment ot a driving position and for a promotion were denied.
2. On February 2, 2005, complainant's request ot make changes in his work schedule was denied.
3. On January 27, 2005, complainant's request for annual leave from February 9 through 11, 2005 was denied.
4. On February 12, 2005, management did not call complainant in for overtime.
5. On September 23, 2004, the manager approached complainant and intimidated him by telling him, he wants to fight against the system.
6. To reinstate the # 5 complaint that the manager approached and intimidated me by telling me to file a complaint or lawsuit. The manager did not intimidate other employees who have filed the complaints.
7. Contract violation, violate the Collective Bargaining Agreement between American Postal Worker Union, AFL-CIO and U.S. Postal Service, Article I Section 6 - Performance of Bargainning Unit Work. Article 8 - Hours of Work, Article 14 - Safety and Health Article 33 - Promotion, Article 34 - Work and/or Time Standard and Article 39 - Moter Vehicle Craft.

```
 1 | CASE NO. C07-02747 JCS
 2 |
 3 | 8  Harrassment.
 4 | 9  Human Right violation
 5 |    The defendant maliciously set me the harsh working hours for the plaintiff.  The
 6 |    defendant intentionally violate the national agreement.  The plaintiff is seeking for the
 7 |    purity damages.
 8 |
 9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |
29 |
30 |
31 |
32 |
33 |
34 |
35 |
36 |
37 |
38 |
39 |
40 |
41 |
```

**CASE NO. C07-02747 JCS**

CERTIFICATE OF SERVICE

The undersigned herby certifies that he is an employee of the United States Postal Services. The undersigned certifies that this complaint is served by Certified Mail

To: Clerk, United States District Court
    450 Golden Gate Avenue, Box 36060
    San Francisco, California 94102

I declare under penalty of prejury under the laws of the United States that the foregoing is true and correct.

Executed on Septemeber 25, 2007 at Alameda, California

*(signature)*

Jeffrey W. Tam
Defendant
408 Yorkshire Road
Alameda, Ca 94501