FILED

OCT 15 2007

RICHARD W. WIEKING
[illegible]
[illegible]

# UNITED STATES DISTRICT COURT

## Northern District of California

JEFFREY W TAM

    Plaintiff in Propia Persona,

v.

JOHN E. POTTER

    Defendant.

No. C 07-02747 SI

**ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM**

    Plaintiff in this case has applied to participate in the court's Assisted Settlement Conference Program. Based on the court's review of plaintiff's Application for Assisted Settlement Conference, Declaration Applying for Assisted Settlement Conference and additional application materials, and plaintiff's acknowledgment at the Case Management Conference that he or she has reviewed the description of the Assisted Settlement Conference Program, wishes to participate in the Program, and understands and agrees to the limited representation to be provided by Special Settlement Conference counsel,

IT IS HEREBY ORDERED:

1.     That the case be assigned to the Assisted Settlement Conference Program and be mediated in accordance with the Alternative Dispute Resolution Local Rules of this court, except for Rules 6-3(b) and 6-3(c);

///

2. That Special Settlement Conference Counsel be appointed for the limited purpose of representing plaintiff in the preparation for and Settlement Conference of this case; and

3. That the Settlement Conference shall be completed within ninety (90) days of the date of this order.

IT IS SO ORDERED.

_10/15/07_ By: _____
Dated

United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY W. TAM,

    Plaintiff,

v.

JOHN E. POTTER et al,

    Defendant.

Case Number: CV07-02747 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey W. Tam
408 Yorkshire Road
Alameda, CA 94501

Jennifer Want
U.S. Attorney's Office
450 Golden Gate Ave.,
San Francisco, CA 94102

ADR Dept.

Magistrate-Judge Zimmerman

Dated: October 15, 2007

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk