ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

Writer's Direct Contact:
(415) 522-4205
Tim_Smagacz@cand.uscourts.gov

October 18, 2007

Jeffrey Tam
408 Yorkshire Road
Alameda, CA 94501

Jennifer Wang
US Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495

RE:    Tam v. Potter
       C 07-2747 SI

I have rescheduled the ADR conference call in this case to Wednesday**, October 24, 2007 at 11:30 a.m.**  If we do not hear otherwise we will assume you are available and we will place the call to the numbers listed above.  For reference, the ADR Conference Line is (415) 522-4603.  **Please let me know if I do not have the correct phone number listed for you.**

Please contact me immediately with any scheduling concerns at (415) 522-4205, or email tim_smagacz@cand.uscourts.gov.  Thank you for your attention to this matter.

Best regards-

*Timothy Smagacz*
Timothy Smagacz
ADR Program Administrative Assistant