ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

Writer's Direct Contact:
(415) 522-4205
Tim_Smagacz@cand.uscourts.gov

October 19, 2007

Jeffrey Tam
408 Yorkshire Road
Alameda, CA 94501

Jennifer Wang
US Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495

RE:    Tam v. Potter
       C 07-2747 SI

Since Ms. Wang will be out of the office next week, I have rescheduled the ADR conference call in this case to **Monday, October 29, 2007 at 3:00 p.m.** If we do not hear otherwise we will assume you are available and we will place the call to the numbers listed above. For reference, the ADR Conference Line is (415) 522-4603.

Please contact me immediately with any scheduling concerns at (415) 522-4205, or email tim_smagacz@cand.uscourts.gov. Thank you for your patience..

Best regards-

*Timothy Smagacz*
Timothy Smagacz
ADR Program Administrative Assistant