UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY W. TAM,<br><br>        Plaintiff(s),<br><br>   v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>        Defendant(s). | No. C07-2747 SI (BZ)<br><br>**CLERK'S NOTICE CONTINUING SETTLEMENT CONFERENCE** |

**PLEASE TAKE NOTICE** that the settlement conference presently scheduled for Friday, January 4, 2008, is **CONTINUED** to **Tuesday, February 26, 2008 at 9:00 a.m.** Settlement conference statements shall be lodged in chambers seven (7) days prior to the settlement conference. The previous settlement conference order otherwise remains in full force and effect.

Dated: January 2, 2008

                                  *Rose Maher*
                        Rose Maher – Deputy Clerk to
                Magistrate Judge Bernard Zimmerman