Jeffrey W. Tam
408 Yorkshire Road
Alameda, Ca 94501

January 26, 2008

To:   Clerk, United States District Court
      450 Golden Gate Avenue, Box 36060
      San Francisco, California 94102

FILED
08 JAN 28 PM 1:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISON

| | |
|---|---|
| JEFFREY W. TAM | No. 07-2747 SI |
|    Plaintiff | PLAINTIFF'S FURTHER CASE MANAGEMENT |
|    v. | CONFERENCE STATEMENT |
| JOHN E. POTTER | |
|    Defendant | |

Re: Jeffrey W. Tam v. John E. Potter, Postmaster General, United States Postal Services
    C07-02747 SI

Ms. Jennifer Wang,

Plaintiff did not want to file a joint statement with defendant. This is plaintiff's further case management conference statement.

1. Complainant's requests for a reassignment ot a driving position and for a promotion were denied.
2. On February 2, 2005, complainant's request ot make changes in his work schedule was denied.
3. On January 27, 2005, complainant's request for annual leave from February 9 through 11, 2005 was denied.
4. On February 12, 2005, management did not call complainant in for overtime.
5. On September 23, 2004, the manager approached complainant and intimidated him by telling him, he wants to fight against the system.
6. To reinstate the # 5 complaint that the manager approached and intimidated me by telling me to file a complaint or lawsuit. The manager did not intimidate other employees who have filed the complaints.

No. 07-2747 SI

7. Contract violation, violate the Collective Bargaining Agreement between American Postal Worker Union, AFL-CIO and U.S. Postal Service, Article I Section 6 - Performance of Bargainning Unit Work. Article 8 - Hours of Work, Article 14 - Safety and Health Article 33 - Promotion, Article 34 - Work and/or Time Standard and Article 39 - Moter Vehicle Craft.

8. Harrassment.

9. Human Right violation

The defendant maliciously set me the harsh working hours for the plaintiff. The defendant intentionally violate the national agreement. The plaintiff is seeking for the purity damages.

CASE NO. 07-02747 SI

CERTIFICATE OF SERVICE

The undersigned herby certifies that he is an employee of the United States Postal Services. The undersigned certifies that this complaint is served by First Class Mail.

Clerk, United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102


I declare under penalty of prejury under the laws of the United States that the foregoingis true and correct.
Executed on January 26, 2008 at Alameda, California

_____
Jeffrey W. Tam

408 Yorkshire Road
Alameda, Ca 94501


CC:   SCOTT N. SCHOOLS (SCBN 9990)
      United States Attorney
      JOANN M. SWANSON (CSBN 88143)
      Chief, Civil Division
      JENNIFER S WANG (CSBN 233155)
      Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495