**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 2/1/08

Case No.   C07-2747SI           Judge:   SUSAN ILLSTON

Title: JEFFREY TAM  -v- POTTER

Attorneys: Tam           Wang

Deputy Clerk:  Tracy Sutton   Court Reporter: K. Powell

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2) _____

3) _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                     PART

Case continued to ____ for Further Case Management Conference

ORDERED AFTER HEARING: