**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: February 26, 2008 @ 9:00 a.m.

TIME: 3 hours

**TITLE OF CASE:** Tam v. Potter

**DOCKET NO.:** C07-2747 SI (BZ)   ☒ REFERRAL

**ATTORNEY(S) FOR PLAINTIFF(S):** Gregory J. Charles

**ATTORNEY(S) FOR DEFENDANT(S):** Jennifer Wang

COURT REPORTER/TAPE NO., SIDE, REEL NO.:

**PROCEEDINGS**

- ☐ NONDISPOSITIVE MOTION
    - ☐ CONTESTED
    - ☐ UNCONTESTED
- ☐ DISPOSITIVE MOTION
- ☐ EVIDENTIARY HEARING
- ☐ FEE APPLICATION
- ☐ STATUS CONFERENCE
- ☐ INITIAL PRETRIAL CONFERENCE (CMC)
- ☐ DISCOVERY CONFERENCE
- ☒ SETTLEMENT CONFERENCE
- ☐ FINAL PRETRIAL CONFERENCE
- ☐ MOTION HEARING/ARGUMENT
- ☐ IRS ENFORCEMENT ORDERS
- ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF  ☐ DEFENDANT  ☐ COURT

CASE CONTINUED TO:

**NOTES**

Case did not settle.

G:\BZALL\-REFS\REFS.08\TAM.MINUTE.wpd