**FILED**

MAR 11 2008 

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Jeffrey W. Tam
2  408 Yorkshire Road
3  Alameda, Ca 94501
4
5
6  Date: March 10, 2008
7
8  To:      Clerk, United States District Court
9           450 Golden Gate Avenue, Box 36060
10          San Francisco, California 94102
11
12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14              SAN FRANCISCO DIVISON
15
16 JEFFREY W. TAM            No. 07-2747 SI
17    Plaintiff              EMPLOYMENT DISCRIMINATION
18    v.                     COMPLAINT - MOTION TO FILE HATE CRIME
19 JOHN E. POTTER
20    Defendant              Date: March 10, 2008
21
22
23 Re: Jeffrey W. Tam v. John E. Potter, Postmaster General, United States Postal Services
24       C07-02747 SI
25
26      Pursuant to the Federal Rule of Civil Procedure 15(a), plainiff is amending the
27      Case No. C07-02747 JCS. Motion to file Hate Crime
28
29      Due to the defendant's hatred action, continuously to set harsh working schedules, plaintiff
30      requests the motion to file hate crime against the plaintiff.
31
32   1  Complainant's requests for a reassignment ot a driving position and for a promotion were
33      denied.
34   2  On February 2, 2005, complainant's request ot make changes in his work schedule was
35      denied.
36   3  On January 27, 2005, complainant's request for annual leave from February 9 through
37      11, 2005 was denied.
38   4  On February 12, 2005, management did not call complainant in for overtime.
39   5  On September 23, 2004, the manager approached complainant and intimidated him by
40      telling him, he wants to fight against the system.
41
42                          Page 1 of 3

No. 07-2747 SI
EMPLOYMENT DISCRIMINATION
COMPLAINT - AMENDMENT

6. To reinstate the # 5 complaint that the manager approached and intimidated me by telling me to file a complaint or lawsuit. The manager did not intimidate other employees who have filed the complaints.
7. Contract violation, violate the Collective Bargaining Agreement between American Postal Worker Union, AFL-CIO and U.S. Postal Service, Article I Section 6 - Performance of Bargainning Unit Work. Article 8 - Hours of Work, Article 14 - Safety and Health Article 33 - Promotion, Article 34 - Work and/or Time Standard and Article 39 - Moter Vehicle Craft.
8. Harrassment.
9. Human Right violation
   The defendant maliciously set me the harsh working hours for the plaintiff. The defendant intentionally violate the national agreement. The plaintiff is seeking for the purity damages.
10. Create mental stress for the Plaintiff
11. Hate crime against the Plaintiff.

CASE NO. 07-02747 SI

CERTIFICATE OF SERVICE

The undersigned herby certifies that he is an employee of the United States Postal Services. The undersigned certifies that this complaint is served by First Class Mail.

Clerk, United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102

I declare under penalty of prejury under the laws of the United States that the foregoingis true and correct.
Executed on March 10, 2008 at Alameda, California

*[signature]*
Jeffrey W. Tam

408 Yorkshire Road
Alameda, Ca 94501



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

(415) 436-6967

FAX:(415) 436-6748

February 29, 2008

***Via First Class Mail***
Jeffrey W Tam
408 Yorkshire Road
Alameda, CA 94501

    Re:    <u>Jeffrey W. Tam v. John E. Potter, Postmaster General, United States Postal Service</u>
            C 07-02747 SI

Dear Mr. Tam,

    I write to respond to your February 19, 2008 and February 27, 2008 Employment Discrimination Complaint - Amendment #2. Pursuant to Federal Rule of Civil Procedure 15(a), because defendant has already answered your complaint, you may only amend your complaint by leave of court or written consent of defendant. While defendant will consider your proposal to amend the complaint to include an allegation that "create mental stress for the Plaintiff," defendant does not consent to your proposal to include "Hate crime against the Plaintiff" because it fails to state a claim. It appears that you are seeking leave to file criminal charges in a civil lawsuit.

    I also write in response to your objections that defendant failed to provide the "original bid assignment sheet with the driver signatures for year 2002" and various information regarding listed "candidates who became the Bulk Mail Supervisors." First, as I have previously explained, defendant cannot produce the original of any document to you. Rather, defendant has produced true copies of documents responsive to your requests. Second, the information described in your January 8, 2008 objections regarding the listed "candidates who became the Bulk Mail Supervisors" has not been the subject of any of your discovery requests.

    Should you have any questions or concerns about the foregoing, please contact me at (415) 436-6967.

                                                      Very truly yours,

                                                      JOSEPH R. RUSSONIELLO
                                                      United States Attorney

                                                       JENNIFER S WANG
                                                       Assistant United States Attorney