FILED
08 MAR 25 PM 12: 32
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jeffrey W. Tam
408 Yorkshire Road
Alameda, Ca 94501

Date: March 24, 2008

To: Clerk, United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISON

| | |
|---|---|
| JEFFREY W. TAM<br>Plaintiff<br>v.<br>JOHN E. POTTER<br>Defendant | No. 07-2747 SI<br>EMPLOYMENT DISCRIMINATION<br>COMPLAINT - AMENDMENT #2<br><br>Date: March 24, 2008 |

Re: Jeffrey W. Tam v. John E. Potter, Postmaster General, United States Postal Services
C07-02747 SI

Pursuant to the Federal Rule of Civil Procedure 15(a), plaintiff is amending the Case No. C07-02747 JCS. Adding complaints #10.

1 Complainant's requests for a reassignment to a driving position and for a promotion were denied.
2 On February 2, 2005, complainant's request to make changes in his work schedule was denied.
3 On January 27, 2005, complainant's request for annual leave from February 9 through 11, 2005 was denied.
4 On February 12, 2005, management did not call complainant in for overtime.
5 On September 23, 2004, the manager approached complainant and intimidated him by telling him, he wants to fight against the system.

No. 07-2747 SI
EMPLOYMENT DISCRIMINATION
COMPLAINT - AMENDMENT

6  To reinstate the # 5 complaint that the manager approached and intimidated me by telling me to file a complaint or lawsuit. The manager did not intimidate other employees who have filed the complaints.
7  Contract violation, violate the Collective Bargaining Agreement between American Postal Worker Union, AFL-CIO and U.S. Postal Service, Article I Section 6 - Performance of Bargainning Unit Work. Article 8 - Hours of Work, Article 14 - Safety and Health Article 33 - Promotion, Article 34 - Work and/or Time Standard and Article 39 - Moter Vehicle Craft.
8  Harrassment.
9  Human Right violation
   The defendant maliciously set me the harsh working hours for the plaintiff. The defendant intentionally violate the national agreement. The plaintiff is seeking for the purity damages.
10 Create mental stress for the Plaintiff

**CASE NO. 07-02747 SI**

CERTIFICATE OF SERVICE

The undersigned herby certifies that he is an employee of the United States Postal Services. The undersigned certifies that this complaint is served by First Class Mail.

Clerk, United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102

I declare under penalty of prejury under the laws of the United States that the foregoingis true and correct.

Executed on March 24, 2008 at Alameda, California

Jeffrey W. Tam

408 Yorkshire Road
Alameda, Ca 94501