JEFFREY W. TAM
408 Yorkshire Road
Alameda, CA 94501
(510) 522-5534

Plaintiff, *Pro Se*

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   Facsimile: (415) 436-6748
   jennifer.s.wang@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY W. TAM,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN E. POTTER,<br><br>      Defendant. | No. 07-2747 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR EXPERT DISCOVERY** |

The parties stipulate as follows:

    1. On March 18, 2008, the Court granted plaintiff permission to file a Second Amended Complaint to allege that defendant has "created mental stress for the plaintiff."

    2. Pursuant to the Court's September 10, 2007 Case Management Order, the deadline for designation of experts is currently set for May 1, 2008. The expert discovery cut-off is May 30, 2008.

3. Plaintiff has agreed to an independent psychological examination, and the parties are currently in the process of finding a mutually convenient date for the examination. To allow time for the parties to find a convenient date for the examination and time for the completion of a report following the examination, the parties respectfully stipulate to extend the expert discovery deadlines as follows:

>Expert Disclosure: May 21, 2008
>
>Expert Discovery Cut-Off: June 30, 2008

IT IS SO STIPULATED.

DATED: March 27, 2008                                    Respectfully submitted,

_____/s/_____
JEFFREY W. TAM
Plaintiff, *Pro Se*

DATED: March 31, 2008                                    JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
JENNIFER S WANG
Assistant United States Attorney

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause having been shown, it is ordered that:

1. The deadline for expert disclosures is extended to May 21, 2008;

2. All discovery from experts must be completed by June 30, 2008.

DATED: _____                              _____
SUSAN ILLSTON
United States District Court Judge