JEFFREY W. TAM
408 Yorkshire Road
Alameda, CA 94501
(510) 522-5534

Plaintiff, *Pro Se*

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   Facsimile: (415) 436-6748
   jennifer.s.wang@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY W. TAM, ) | No. 07-2747 SI |
|        Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO EXTEND DEADLINES** |
|     v. ) | **FOR EXPERT DISCOVERY** |
| ) | |
| JOHN E. POTTER, ) | |
| ) | |
|        Defendant. ) | |

The parties stipulate as follows:

    1. On March 18, 2008, the Court granted plaintiff permission to file a Second Amended Complaint to allege that defendant has "created mental stress for the plaintiff."

    2. Pursuant to the Court's September 10, 2007 Case Management Order, the deadline for designation of experts is currently set for May 1, 2008. The expert discovery cut-off is May 30, 2008.

3. Plaintiff has agreed to an independent psychological examination, and the parties are currently in the process of finding a mutually convenient date for the examination. To allow time for the parties to find a convenient date for the examination and time for the completion of a report following the examination, the parties respectfully stipulate to extend the expert discovery deadlines as follows:

    Expert Disclosure: May 21, 2008

    Expert Discovery Cut-Off: June 30, 2008

IT IS SO STIPULATED.

DATED: March 27, 2008                          Respectfully submitted,

                                                                    /s/
                                             JEFFREY W. TAM
                                             Plaintiff, *Pro Se*

DATED: March 31, 2008                        JOSEPH P. RUSSONIELLO
                                             United States Attorney

                                                                    /s/
                                             JENNIFER S WANG
                                             Assistant United States Attorney

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, and good cause having been shown, it is ordered that:

1. The deadline for expert disclosures is extended to May 21, 2008;

2. All discovery from experts must be completed by June 30, 2008.

DATED: _____                      _____
                                                                  SUSAN ILLSTON
                                                                   United States District Court Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she is causing a copy of the following:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINES FOR EXPERT DISCOVERY**

<u>Jeffrey W. Tam v. John E. Potter</u>
Case No. CV 07-2747 JCS

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

**_X_**  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **ELECTRONIC MAIL**

____  **FEDERAL EXPRESS**

____  **FACSIMILE (FAX)**  Telephone No.: _See Below_____

to the party(ies) addressed as follows:

Jeffrey W Tam
408 Yorkshire Road
Alameda, CA 94501
(510) 522-5534
PRO SE

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 31, 2008 at San Francisco, California.

___/s/_____
BONNY WONG
Legal Assistant