1 | JEFFREY W. TAM
    408 Yorkshire Road
2 | Alameda, CA 94501
    (510) 522-5534
3
   Plaintiff, *Pro Se*
4
   JOSEPH P. RUSSONIELLO (CSBN 44332)
5 | United States Attorney
   JOANN M. SWANSON (CSBN 88143)
6 | Chief, Civil Division
   JENNIFER S WANG (CSBN 233155)
7 | Assistant United States Attorney

8 |   450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
9 |   Telephone: (415) 436-6967
      Facsimile: (415) 436-6748
10|   jennifer.s.wang@usdoj.gov

11 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JEFFREY W. TAM, | ) | No. 07-2747 SI |
| | ) | |
| Plaintiff, | ) | **STIPULATION RE:** |
| | ) | **PSYCHOLOGICAL EXAMINATION** |
| v. | ) | **PURSUANT TO FRCP 35** |
| | ) | |
| JOHN E. POTTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between the parties hereto, that plaintiff will submit to a psychological examination pursuant to Federal Rule of Civil Procedure 35 by Bernard S. Rappaport, M.D., a suitably licensed psychiatrist, at the following date, time and place:

    Date: May 6, 2008
    Time: 9:00 a.m. to approximately 3:00 p.m.
    Place: Bernard S. Rappaport, M.D.
    3 Altarinda Road, Suite 207
    Orinda, California 94563-2601

IT IS FURTHER STIPULATED that no third party shall be present during the actual examination, and that the examination will include an oral interview and psychological testing.

IT IS SO STIPULATED.

DATED: April _2_, 2008

Respectfully submitted,

JEFFREY W. TAM
Plaintiff, *Pro Se*

DATED: April _4_, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

JENNIFER S WANG
Assistant United States Attorney

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: _____

SUSAN ILLSTON
United States District Court Judge