| | |
|---|---|
| 1 | JEFFREY W. TAM |
| | 408 Yorkshire Road |
| 2 | Alameda, CA 94501 |
| | (510) 522-5534 |
| 3 | |
| | Plaintiff, *Pro Se* |
| 4 | |
| | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| 5 | United States Attorney |
| | JOANN M. SWANSON (CSBN 88143) |
| 6 | Chief, Civil Division |
| | JENNIFER S WANG (CSBN 233155) |
| 7 | Assistant United States Attorney |
| 8 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102-3495 |
| 9 | Telephone: (415) 436-6967 |
| | Facsimile: (415) 436-6748 |
| 10 | jennifer.s.wang@usdoj.gov |
| 11 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JEFFREY W. TAM, | ) | No. 07-2747 SI |
| | ) | |
| Plaintiff, | ) | **STIPULATION RE:** |
| | ) | **PSYCHOLOGICAL EXAMINATION** |
| v. | ) | **PURSUANT TO FRCP 35** |
| | ) | |
| JOHN E. POTTER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED, by and between the parties hereto, that plaintiff will submit to a psychological examination pursuant to Federal Rule of Civil Procedure 35 by Bernard S. Rappaport, M.D., a suitably licensed psychiatrist, at the following date, time and place:

Date: May 6, 2008
Time: 9:00 a.m. to approximately 3:00 p.m.
Place: Bernard S. Rappaport, M.D.
3 Altarinda Road, Suite 207
Orinda, California 94563-2601

1    IT IS FURTHER STIPULATED that no third party shall be present during the actual
2 examination, and that the examination will include an oral interview and psychological testing.
3 IT IS SO STIPULATED.

5 DATED: April 2, 2008                                    Respectfully submitted,

7                                                         JEFFREY W. TAM
                                                          Plaintiff, Pro Se

10 DATED: April 4, 2008                                   JOSEPH P. RUSSONIELLO
                                                          United States Attorney

12                                                        JENNIFER S WANG
                                                          Assistant United States Attorney

## [PROPOSED] ORDER

17    IT IS SO ORDERED.

18    DATED: _____
                                                          _____
19                                                        SUSAN ILLSTON
                                                          United States District Court Judge

STIPULATION RE: INDEPENDENT PSYCHOLOGICAL EXAMINATION
AND [PROPOSED] ORDER
CASE NO. C 07-2747 SI                      2