1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6967
6      Facsimile: (415) 436-6748
       jennifer.s.wang@usdoj.gov
7
   Attorneys for Defendant
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12

13  JEFFREY W. TAM,                    )   No. 07-2747 SI
                                       )
14         Plaintiff,                  )   **DEFENDANT'S ADMINISTRATIVE**
                                       )   **MOTION TO CONTINUE PRE-TRIAL**
15         v.                          )   **AND TRIAL DATES AND**
                                       )   **[PROPOSED] ORDER**
16  JOHN E. POTTER,                    )
                                       )
17         Defendant.                  )
    _____)
18

19      Defendant moves this Court to continue the pre-trial and trial dates currently set for July

20  22, 2008 at 3:30 p.m., and August 11, 2008 at 8:30 a.m., respectively. Defendant requests that

21  the pre-trial date be continued to September 30, 2008, and the trial date be continued to October

22  20, 2008.

23      The continuance is needed because counsel for the defendant has been assigned to try a

24  case on August 11, 2008 before United States District Court Judge Jeffrey S. White. The trial

25  is estimated to last approximately two weeks.

26

27

28

ADMIN. MOT. TO CONTINUE TRIAL AND PRE-TRIAL DATES
C07-2747 SI

1  Defendant's counsel proposed the requested two month extension to plaintiff on April
2  18, 2008, but was unable to obtain plaintiff's agreement. (*See* Decl. of Jennifer S Wang In
3  Support of Administrative Motion to Continue Pre-Trial and Trial Dates ¶ 3).
4  The parties have previously stipulated to extend the deadline for expert disclosure from
5  May 1, 2008 to May 21, 2008, and the deadline for expert discovery from May 30, 2008 to June
6  30, 2008. The deadline for filing dispositive motions is May 23, 2008. Defendant does not
7  seek an extension on the deadline for filing dispositive motions. No previous extension of the
8  pre-trial or trial dates has been requested.
9  For the above mentioned reasons, the defendant requests the Court to continue
10 the pre-trial date to September 30, 2008, and the trial date to October 20, 2008.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/

Dated: April 22, 2008

JENNIFER S WANG
Assistant United States Attorney

**[PROPOSED] ORDER**

The Court, having considered the briefing regarding defendant's administrative motion to continue the pre-trial and trial date in the above-captioned case,

IT IS HEREBY ORDERED that the pre-trial and trial dates are continued as follows:

1. The pre-trial date is continued from July 22, 2008 to September 30, 2008, at 3:30 p.m.; and

2. The trial date is continued from August 11, 2008 to October 20, 2008, at 8:30 a.m..

IT IS SO ORDERED.

DATED: _____     _____
SUSAN ILLSTON
United States District Court Judge