JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY W. TAM,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN E. POTTER,<br><br>    Defendant. | No. 07-2747 SI<br><br>**DECLARATION OF JENNIFER S WANG IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE PRE-TRIAL AND TRIAL DATES** |

I, Jennifer S Wang, declare as follows:

1. I am an Assistant United States Attorney, am admitted to practice law before this Court, and make this declaration in support of defendant's administrative motion to continue pre-trial and trial dates. The statements contained in this declaration are within my personal knowledge.

2. I have been assigned to try a case on August 11, 2008 before United States District Court Judge Jeffrey S. White. The trial is estimated to last approximately two weeks.

WANG DECL. ISO ADMIN. MOT. TO CONTINUE PRE-TRIAL AND TRIAL DATES
C07-2747 SI

3. On April 18, 2008, I telephoned plaintiff to propose a stipulation to continue the pre-trial and trial dates. Plaintiff declined to enter a stipulation to continue the pre-trial and trial dates.

4. The parties have previously stipulated to extend the deadline for expert disclosure from May 1, 2008 to May 21, 2008, and the deadline for expert discovery from May 30, 2008 to June 30, 2008. Currently the deadline for filing dispositive motions is May 23, 2008. Defendant does not seek an extension on the deadline for filing dispositive motions. No previous extension of the pre-trial or trial dates has been requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 22, 2008 at Columbia, South Carolina.

                                                  /s/
                                            JENNIFER S WANG