UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JEFFREY W. TAM,<br>        Plaintiff in Propia Persona,<br><br>   v.<br><br>POTTER.<br>        Defendant(s). | No. C 07-2747 SI<br><br>**ORDER TERMINATING ASSISTED SETTLEMENT CONFERENCE** |

The above-entitled action was placed in the Assisted Settlement Conference Program. Upon the application by the Pro Se Plaintiff, special settlement conference counsel was designated to educate and assist the Pro Se Plaintiff in preparation for, participation in, and follow up to a settlement conference in this case.

The settlement conference has concluded and no further session or follow-up is contemplated. Accordingly, the court now removes this case from the Assisted Settlement Conference Program. This terminates any further responsibilities of settlement conference counsel in this case.

The court extends its thanks to settlement conference counsel Gregory Charles for his efforts in the Assisted Settlement Conference Program, furthering the administration of justice in the Northern District of California.

IT IS SO ORDERED.

5/1/08                                        By: _____
Dated                                                Susan Illston
                                                                United States District Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28