Exhibit A

1          UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4  - - - - - - - - - - - - - - - - - -

5  JEFFREY W. TAM,                    )

6              Plaintiff,             )

7                                     )

8  v.                                 )    CASE NO.

9                                     )    07-2747 SI

10  JOHN E. POTTER,                    )

11              Defendant.             )

12  - - - - - - - - - - - - - - - - - -

13

14

15

16          DEPOSITION OF JEFFREY TAM

17       WEDNESDAY, DECEMBER 12, 2007

18

19

20

21        BEHMKE REPORTING & VIDEO SERVICES

22     BY:  CARYE C. TORRES, CSR #10685, CRP

23          160 SPEAR STREET, SUITE 300

24       SAN FRANCISCO, CALIFORNIA 94105

25              (415) 597-5600

1     Q    So you were in the Army for four years, then

2  you joined the Postal Service right after that?

3     A    Yes, after that, yeah.

4     Q    Where did you start at the Postal Service?

5  Which office?

6     A    Oakland.  The same installation where I am now.

7     THE REPORTER:  I'm sorry?

8     THE WITNESS:  Oakland, the same installation I'm

9  working right now.  I been there all the time.  I been

10  there all the time.

11 BY MS. WANG:

12     Q    So you've been at the same location?

13     A    Same location for 27 years.

14     Q    So when was that that you first joined the

15  Postal Service, then?  What year?

16     A    1980, December 27th.

17     Q    And then you went -- while you were at the

18  Postal Service you said that you went to junior --

19     A    Junior college in Alameda.

20     Q    Is that --

21     A    And then I transfer to Cal State Hayward.  Now

22  they call East Bay, Cal State East Bay.

23     Q    When did you go to -- is it called the Junior

24  College of Alameda?

25     A    Yes, Junior College Alameda.

14

1     Q     And when did you first start at --

2     A     I think it's around 1981 or somewhere in there.

3     Q     So were you -- you were going to school part

4   time and working part time?

5     A     Part time.  Working part time, yes.

6     Q     And what degree did you receive?

7     A     The AA degree.

8     Q     Did you have --

9     A     Actually, AS.  They call AS.

10     Q     What does that stand for?

11     A     Associate science.

12     Q     And did you have an area of specialty?

13     A     Business.

14     Q     Was that your major?

15     A     Yes.

16     Q     And then when you went on to Cal State

17   Hayward --

18     A     Yes.

19     Q     -- what degree did you receive?

20     A     A bachelor.

21     Q     Bachelor of science?

22     A     Bachelor of business, production and operation

23   management.

24     Q     When did you start at Cal State Hayward?

25     A     I think that's around -- I think '83 or

15

1  something, '83.  I start '83.  I finished in '86.

2      Q     And your major was business?

3      A     Production and operation management.  That's a

4  business.

5      Q     Production and operation management?

6      A     Yeah.

7      Q     Any further education after that?

8      A     No.

9      Q     Let's go back to when you started at the Postal

10  Service.

11           When you started in 1980, what was your

12  position that you entered in as?

13      A     As a part-time flexible motor-vehicle operator,

14  just driver.

15      Q     So you were a driver?

16      A     Yes.

17      Q     And what did you -- I guess, what were your

18  duties?

19      A     Transfer mails.

20      Q     So what kind of vehicle were you driving?  Were

21  you delivering mail, or were you transferring it between

22  offices?

23      A     Transfer was delivering from station to

24  station, and pick up from station.  Driving sometimes

25  they call bobtail, it's one pieces, or semi, tractor

16

1   trailer.  I think they call it tractor trailer.

2       Q    And what was your -- what was your GS level,

3   like your position level?  I'm sorry, your -- what was

4   your grade --

5       A    I think --

6       Q    -- or rank?

7       A    I think it's a 5.  I think it's -- yeah, 5.  At

8   that time it was 5.

9       Q    Okay.

10      A    And then they changed it.  When you up to a

11  full-time tractor trailer, it would be a level 6 at the

12  time, but right now they upgrade the tractor trailer

13  level 7, and motor vehicle is a level 6.

14      Q    But at the time that you first started, you

15  were at a level 5?

16      A    Level 5.

17      Q    And then did you ever change levels while you

18  were at the Postal Service?

19      A    No.

20      Q    So you --

21      A    Except when I promote to be a full time on

22  tractor trailer, it would be level 6.  There were three

23  year after -- I think '83.  It take me three years for

24  the part-time flex.

25      Q    So in 1983 you became a full-time tractor --

17

1    A    Yes.

2    Q    -- trailer operator?

3    A    Yes.

4    Q    And at that point your level went up to

5    level 6?

6    A    Level 6, yes.

7    Q    Did your duties remain the same or --

8    A    Same, transfer.

9    Q    And at this time you were working full time,

10   but you were also attending college?

11   A    Attending college, yes.

12   Q    What was your -- what was your title?  Is it

13   just --

14   A    It's a tractor-trailer operator.

15   Q    Tractor-trailer operator, okay.

16        And after 1983 did your position change at all?

17   A    No.  When you promoted full-time regular, it's

18   a tractor-trailer operator, yes.  Until I move up to

19   change the bid for the bulk-mail assistant position.

20   Q    When was that?

21   A    That was 1999, May 1999.  But the same grade

22   level.

23   Q    So in 1999 you bid for a different position,

24   and that was as a bulk-mail assistant?

25   A    Bulk-mail assistant, yeah.

18

1    Q    What division is that in?

2    A    It's same, transportation in motor-vehicle

3  craft, under motor-vehicle craft.

4    Q    I'm sorry. Could you say that again.

5    A    Still under motor-vehicle craft in the

6  transportation. In the same unit. I never left the

7  unit.

8    Q    And what was your level at that point?

9    A    Level 6.

10    Q    Why did you bid for this position?

11    A    Two reason: Before I was -- after I graduated

12  from college, I tried to apply for the management

13  position. I was denied. And I thought maybe I should

14  have some experience. And also because all the driving,

15  age catch with me, all the joints are hurting. So two

16  the reason I bid the position up there, and one for

17  advancement, gain some experience to run the operation.

18    Q    What was the position that you had applied for,

19  the management position that you had applied for?

20    A    Transportation supervisor.

21    Q    And when was that, that you just referred to

22  when you said after you graduated?

23    A    Yeah. One time I apply for -- in the mail

24  processing. One time mail processing. And then also I

25  apply I think two times in the transportation

19

1    supervisor.  I also denied.  I thought maybe I need some

2    hand-on experience.

3        Q    So I guess, first of all, how do you bid?  What

4    does that mean when you say that you bid for a position

5    at --

6        A    When they had the position open, they have to

7    put up for bid for any seniority, if they have high

8    seniority that want to bid on it.

9        Q    And what were the duties of a bulk-mail

10   assistant?

11       A    To basically document all the movement on the

12   truck that go to -- from one area to -- one station to

13   another station, all the truck that move from storage to

14   storage, when they finish loading it, and providing

15   another empty to let them reload again.  And the manager

16   move them in all the truck.  And receive phone --

17       Q    I'm sorry?

18       A    And also receive the phone call, answer the

19   phone call there -- from the client that what equipment

20   they need and what time they got to pick up mails.  And

21   also from those TME to coordinate and move that.

22       Q    What is a TME?

23       A    TME, I think it's -- I think it's -- I don't

24   exactly know, but probably technical menu employee,

25   something like that.  I don't know exactly what the

                                                              20

1   definition of --

2       Q    What did you coordinate with the TMEs?

3       A    Yes.

4       Q    What is it that you coordinated with them?

5       A    Because they dispatch the truck to every

6   station, but they need the -- need the trailer to load

7   up, put in the store to load up the mail.  When they

8   finish load up the mail, that need to go back to

9   storage, and then provide another empty to the same

10  store owner, same area, to reload another load up.

11      Q    Any other duties that you have?

12      A    Basically, that's it.

13      Q    And why did you feel that this -- that taking

14  this position would help your -- help your advancement?

15      A    Because hands-on, you can learn.

16          Also I apply for the -- they call 204-B as

17  acting supervisor in the operation, that you learn it,

18  you assign driver wherever it go.

19      Q    But how did you -- what of the duties as a

20  bulk-mail assistant would have helped your advancement?

21      A    Because when you go up there, you know what the

22  driver call, and then you know all the operation, where

23  he go, and what -- how they accept the client, what

24  equipment they need.  So after one acting supervisor,

25  when you have a side order driver that do the -- do the

21

1     Q     Okay.

2           Do you remember the first -- well, when you

3     first started in 1999, what were your -- when you

4     started as a bulk-mail assistant in 1999, what were your

5     hours?

6     A     I was a relief, tour two relief, okay?  From

7     Saturday, Sunday, I start in 0700 hour in the morning.

8     Q     Okay.

9     A     And Monday at 1500; that mean 3 o'clock in the

10    afternoon.  And then Tuesday, double back, it's

11    10 o'clock in the morning.  Then Wednesday it's 0700

12    hour, and I'm off Thursday and Friday.

13    Q     How long did you have that schedule?

14    A     I have that schedule from 1999 to 2003.

15    Q     And then in 2003 what was your schedule?

16    A     They have a -- in that schedule, that schedule

17    right now because -- because in 2002 I request go back

18    to driving.  They were denied it, okay?

19    Q     Before we get into all of that --

20    A     Okay.

21    Q     -- I just want to --

22    A     Okay.

23    Q     Just let me know what your schedule was --

24    A     Okay.

25    Q     -- then we can go back and discuss that more.

BEHMKE REPORTING & VIDEO SERVICES
(415) 597-5600

1    A    Okay.

2         In 2003, Saturday, Sunday, I working 0700 hour.

3    Q    Okay.

4    A    And Monday still 1500 hour, and then off

5    Tuesday and Wednesday.  Thursday, Friday in 2300 hours.

6    That's mean 11 o'clock in the evening, at night.

7    Q    Okay.

8         And how long did that remain your schedule?

9    A    That -- I filed the EEO on the hour.  They --

10   after the mediation, they changed the Thursday and

11   Friday.  I requested the relief at 7 o'clock, but they

12   only allow me to go like 4:40 in the morning, 4:30 in

13   the morning reporting time.

14   Q    So your schedule changed in 2004?

15   A    In 2003, because I filed EEO complaint.  We

16   settle -- instead of 2300, come in at 0430 in the

17   morning.

18   Q    So when in 2003 did your schedule change?

19   A    I think it's either September or August.  I

20   think it's closer like that, August or something.  I had

21   to look into EEO settlement.

22   Q    So in September or August of 2003, your

23   schedule changed to --

24   A    Only Thursday and Friday.

25   Q    So that Thursday and Friday you would start at

36

1  4:30?

2     A    4:30 in the morning.

3     Q    In the morning?

4     A    Yes.

5     Q    And that was based on an EEO agreement that

6  you --

7     A    Yeah.

8     Q    -- signed?

9     A    Yeah.

10    Q    And then what was your schedule after that?

11    A    I think usually we have one year -- every year

12 they have a signup, but in 2004 they didn't sign up.  So

13 I remain in 4:30 in the morning on Thursday, Friday, and

14 Saturday, Sunday, Monday didn't change, same thing, like

15 7 o'clock and 1300 hour.

16    Q    Okay.

17    A    Or 1500 hour.

18    Q    Okay.

19    A    In 2005 they -- my time -- they give me a split

20 day off.  So I'm off Saturday -- Saturday, Monday.

21 Sunday it's 0700 hour.  Tuesday 0500 hour in the

22 morning, 5 o'clock in the morning.  Wednesday 1900 hour,

23 which is 7 o'clock in the evening.  And Thursday 1500

24 hour.  Friday 1600 hour, which is 4 o'clock in the

25 afternoon.

37

1      Q      Did your schedule change after that?

2      A      No.  Until I go back to drive.

3      Q      When did you go back to driving?  What was the

4   date that you --

5      A      I put in request in February the 2nd.  And they

6   pinch me down on the back hour until like September the

7   17th.

8      Q      And is that where you are now?

9      A      Yes.

10     Q      So what is your title?

11     A      When I go back to drive they make me a

12   part-time flex after 26 years in continued employment

13   Never left the unit.  Never left the post office.

14     Q      What is your -- okay.

15            So when you first went back you were a part

16   time --

17     A      Part-time flex motor-vehicle operator.

18     Q      And did that change at some point?

19     A      Until 2006, then they finally opened the

20   position for bid.  I have -- you know, they make me have

21   a less seniority than the new hiring.

22     Q      But what was your position in -- in 2006 your

23   position changed?

24     A      I promote to be regular again.

25            And also the -- that -- in March, also they

38

1    amended complaint in this case?

2        A    Yes.

3        Q    And what are your claims in this case, in this

4    complaint?

5        A    On which one, amended?

6        Q    This, Exhibit 2.

7        A    This amended, right?

8        Q    That's right.

9        A    On amended, harassment, human right violation,

10   contract violation.  Yeah, I think the first six is --

11   it's the same thing than the first I filed.

12       Q    So the first six allegations of your second --

13   of Exhibit 2, which is your amended complaint, are

14   discrimination claims?

15       A    The first six of original file, but I think 7,

16   8 and 9 are amended, I put in, added to it.

17       Q    Right.  And my question is your allegations 1

18   through 6 on Exhibit 2, which is your amended complaint,

19   are they allegations of discrimination?

20       A    I think they include -- include in this

21   discrimination for the promotion, the area there.

22       Q    And anything else other than discrimination?

23   I'm just talking about your first six.

24       A    Yeah, for let me go back to drive, and also

25   discriminate.  Yeah, I think it's -- yeah, yeah, there's

                                                          41

1    a discrimination.

2    Q    Is there anything else that you're claiming in

3    your allegations 1 through 6 other than discrimination?

4    A    I think that's also in here, human violation,

5    because they pin me down and not let me go back, you

6    know, pinch me the good hour, pinch me down and try to

7    hurt me with the bad hour.

8    Q    Is there anything else that we haven't talked

9    about?  So we talked about your allegations in your

10   amended complaint include human rights violations,

11   contract violations, harassment and discrimination.

12        Is there anything else that you're alleging?

13   A    I think that's it.  That's included everything.

14   Q    And your discrimination claim, what is the

15   basis for your discrimination claim in that, what --

16   A    My race or original -- national origin.

17   Q    Anything else other than your race and national

18   origin?

19   A    Maybe age too, because in the way they don't

20   promote me, because I have the service years.  And,

21   plus, my age close to the retirement, that it's possible

22   that -- also the age because of the service -- I mean,

23   right now I'm in like 31 years plus.  You know, 27 years

24   in the Postal Service and four years in the military.

25   That add up to 31 year right now.  And at the time I was

1  almost at the 30 year, because at that -- at -- promote,

2  they probably -- retirement, they had to pay more.

3        I know that when you are a supervisor for

4  retirement, they have like 30 percent -- I mean, 70

5  percent of their basic retirement, and then additional

6  year, they add up to 2 percent.

7        So if they don't promote me, promote the

8  younger one that have less seniority, he had less than

9  seven years in the post office, the post office will

10  save money by not promote me, the senior person.

11     Q    Let's talk about your discrimination claims.

12        How did the Postal Service discriminate against

13  you?

14     A    By not promote me, and basically on Article 39

15  that said to promote the most qualified person.

16     Q    Okay.

17     A    And if -- if the same person have the more --

18  same qualifications, that you base it on the seniority.

19     Q    Okay.

20     A    And he promote people that outside our union,

21  like mail handler, the mail handler.

22     Q    Okay.

23     A    And the rest of the driver, I have like two of

24  them, they have more seniority than I do, but they have

25  like another, the other total -- the other four, four

43

1    2002, for the most part you were on acting detail -- I'm

2    sorry, you were on detail as the acting supervisor of

3    transportation; is that right?

4        A    Yes.

5        Q    And when you were on acting -- when you were on

6    detail as the acting supervisor of transportation, you

7    were actually at level 16?

8        A    Yes.  When I acting supervisor, yeah, I was 16.

9        Q    When did you apply for your promotion to -- for

10   the promotion to transportation supervisor?

11       A    1994, I think one time, but 1999, 2000, 2001,

12   2002 and 2003.  Between 1999 and 2003, under Mr. Keith

13   Inouye, there's nine positions to be put up for.

14       Q    So, first, in 1994 you said you applied?

15       A    Yes.

16       Q    Did you feel that -- you didn't get that

17   promotion?

18       A    No, I didn't get it.  That's why --

19       Q    Did you believe that you didn't get it because

20   of discrimination?

21       A    No.  I feel maybe I don't have the hands-on

22   operation, that experience.

23       Q    So in 1994 you didn't get it because you

24   didn't -- because you didn't have the qualifications?

25       A    Yes.  That's what I believe.

48

1     A    I think he also detail as 204-B in the mail

2  processing, because -- because the mail processing that

3  require you promote you have to go through that ASP

4  program.  That's assistant supervisor program.  You have

5  to go through all kind of test, but in transportation we

6  don't require to go through it.

7     Q    So you think that Mr. Busby was a mail handler,

8  but he was on detail as an acting supervisor within mail

9  processing?

10    A    Yes.  I believe he's a 204-B.

11    Q    And when did you -- when were you aware that

12  Mr. Busby received this promotion and you didn't?

13    A    The posted that, who promote it.  They post.  I

14  think it's in November.

15    Q    November of 1999?

16    A    Yes.

17    Q    When you said that there were two positions in

18  1999, do you know who --

19    A    Yeah.  I cannot remember who promote in that

20  same year too, but I cannot remember.

21    Q    Do you know --

22    A    There's two position.

23    Q    But do you know that the two positions were

24  both filled?

25    A    Yeah, both positions were filled.

53

1    don't want all that harassment coming out, you know.

2        Q    Is there any other reason why you think that

3    this decision was based on -- this decision not to

4    promote you was based on your race?

5        A    I believe that's it.  I believe that, you know.

6        Q    Did Mr. Inouye --

7        A    You can call him Keith.  Make it easier.

8    MS. WANG:  I don't know why I can't pronounce it.

9    MS. LEE:  It's "Inouye."

10    MS. WANG:  "Inouye."

11    MS. LEE:  "Inouye."

12    MS. WANG:  Okay.

13        Q    Is there -- I guess did he ever say anything to

14    you about your race?

15        A    No, he didn't say anything.

16        Q    So he's never mentioned -- he's never mentioned

17    to you anything about your race?

18        A    No.

19        Q    You had said before that you thought there

20    might be some type of age discrimination in not getting

21    a promotion.

22            What's the basis for that belief?

23        A    If they don't promote me, that will save post

24    office money, I guess, you know, because if they have

25    more service years in post office, when you retire, you

55

1    know, instead of it maybe last longer when you hire and

2    have less service years in the post office, but if

3    you --

4        Q    Has anyone ever told you that that was a reason

5    why you didn't get a promotion?

6        A    No.  They don't -- they won't open their mouth

7    like that.

8        Q    Has Mr. Inouye ever mentioned your age to you?

9        A    No.

10       Q    Do you know how old Mr. Inouye is?

11       A    No, I don't know.

12       Q    Is he approximately your age?  Older?  Younger?

13       A    I cannot guess.  I don't want to take a guess

14   he is.  Probably plus or minus, whatever, in there, in

15   the same group, same neighborhood.  I cannot -- I cannot

16   estimate that.

17       Q    You don't know his precise age --

18       A    Not at all.

19       Q    -- but you think it might be in the same range

20   as yours?

21       A    Probably, yeah.  I think, yeah.  Maybe he be

22   younger, I guess.  He look younger than I do.

23       Q    So that was 1999.

24            And then in 2001 you also applied --

25       A    2002 also -- 2000.

1    promotion because of your age?  We're talking about in

2    2000.

3        A    At the time I wasn't thinking about that, but,

4    you know, at the time I wasn't thinking that, the age

5    thing.

6        Q    Do you remember when you found out that you

7    didn't get the promotion in 2000?

8        A    Until they post who got the position.

9        Q    Do you remember when that would have been,

10   approximately?

11       A    When?  I cannot remember that one.

12       Q    Earlier in 2000?  Late 2000?

13       A    I had to look back at it.

14       Q    Okay.

15       A    That information.

16       Q    Let's go on to 2001.

17       A    2001 either have two or three position, I

18   remember.

19       Q    So there were maybe two or three positions --

20       A    Yes.

21       Q    -- available for a transportation supervisor?

22       A    Yeah.

23       Q    And you applied in 2001?

24       A    Yeah.

25       Q    Who would have made the promotion decision in

1    A    I think, yeah.  They have two board.  Not

2  position, but they have two board.  And the other board

3  is set up in 2002.

4    Q    So this board selects who does the interview

5  or -- I'm sorry -- strike that.

6         This board selects who or what candidates will

7  be interviewed?

8    A    Yes.

9    Q    And they also conduct the interviews?

10   A    Yes.

11   Q    Do you know who was part of that board?

12   A    The first board I cannot remember, but the 2002

13  I have one board member that --

14   Q    We'll get to that.  I'm sorry to interrupt, but

15  let me just focus in on 2001, and then we can talk about

16  2002, about the board there.

17   A    Okay.

18   Q    So you don't know who was on the board in 2001?

19   A    No.  Neither 2000 or 2001, but I think probably

20  2001.

21   Q    Okay.

22   A    I don't -- I don't remember the board members.

23   Q    Would the board members -- well, first, are

24  there three board members?

25   A    Yes.

61

1    Q    Would they come from the transportation unit?

2    A    No.

3    Q    Where would they come from?

4    A    I think all over the post office somewhere.  I

5    hear even some come from San Jose.  I don't -- some them

6    come from like Orinda, one group, whatever, the area,

7    the supervisor, whatever, manager, supervisor, whatever.

8    Q    So your understanding is that the board members

9    are all either supervisors or managers?

10    A    Yes.

11    Q    They don't all come from the same office, the

12    same location?

13    A    Not that I know of.  I don't even know this

14    board member, except one in 2002.

15    Q    When you say you don't know who the board

16    members were, is it that you weren't familiar with them,

17    like you had never met any of them before?

18    A    Yes.

19    Q    So they didn't know who you were?  You had

20    never worked with them before?

21    A    No.  Maybe they see me before, because we go

22    all the station, but I never noticed them.

23    Q    So you've never had any interaction with any of

24    the three board members?

25    A    No.

62

1    Q    And in two thousand -- well, in -- when there's

2    a board that does the selection for the interview and

3    the interview, does the person who is ultimately

4    selected for the promotion come from that pool that's

5    interviewed?

6    A    Yes, I believe, yes.

7    Q    So you have to be selected for an interview in

8    order to get the promotion?

9    A    Yes, I guess.

10    Q    And the board is the one that makes the

11    decision who to interview?

12    A    I assume, yes.

13    Q    Is there -- do you feel -- do you believe that

14    the reason that you didn't get the promotion in 2001 was

15    because of discrimination?

16    A    I wasn't thinking at the time, no.  I wasn't

17    thinking that, you know, discrimination, but he -- he

18    asked me I didn't pass it.  That's it.

19    Q    I didn't quite understand what you just said.

20    You didn't think that it was because of

21    discrimination --

22    A    I wasn't thinking about a discrimination at the

23    time, you know.

24    Q    But then you said something else.  He said that

25    you didn't make --

63

1    A    Yeah.  He said I didn't pass the board, you

2 know.  Because I want to find out what the actual

3 board -- who pass the board.

4    Q    So Mr. Inouye told you that you didn't -- that

5 the reason you didn't get the promotion was because you

6 didn't get past the board?

7    A    Yes.  I didn't even got interview.

8    Q    Let's talk about 2002.

9    A    2002 they have like two position open.

10    Q    Do you know who received those promotions?

11    A    I think one is Gloria, and Mr. Davis, Hank.

12 Hank Davis.  Davis is the last name.  Hank, Hank Davis.

13    Q    Hank Davis?

14    A    Yeah.

15    Q    Did you ask -- well, did Mr. Inouye make the

16 decision who to hire?

17    A    Yes.

18    Q    Was there a board?

19    A    Yes.

20    Q    Did the board first decide who would be

21 interviewed?

22    A    I guess, yes.

23    Q    Do you remember who or do you know who was on

24 the board?

25    A    I remember one of the member, because she also

                                                      64

1    working in the Oakland that I seen her a lot, because

2    it's Latoya, Ms. Latoya Jackson.

3        Q    And --

4        A    She's a senior plant manager in the mail

5    processing tour one.

6        Q    Had you ever had any interaction with her?

7        A    No.

8        Q    Do you know who the other board members were?

9        A    I remember one of them, a Chinese guy,

10   Oriental.  I'm not pinned down on Chinese, but I think

11   it's Oriental.  But I cannot remember the name.  And

12   another person.

13       Q    The person who you think was -- who was

14   Asian-American, was that a man or a woman?  Do you

15   remember?

16       A    It's a man.  I think it's a two man, except

17   Ms. Latoya Jackson.

18       Q    Had you ever had any interaction with the other

19   two board members?

20       A    No, no.

21       Q    So in this hiring process for the promotion,

22   the board -- the board members would select who to

23   interview, and then those who were interviewed would be

24   candidates for the promotion?

25       A    Yes, I assume, yes.

65

1    Q    So Mr. Inouye would select from those who were

2    interviewed who would ultimately get the promotion?

3    A    I -- I believe so, yes.

4    Q    And it's still a three-member board --

5    A    Yes.

6    Q    -- in 2002?

7         And did you get an interview in 2002?

8    A    No.

9    Q    Did you ask --

10   A    I mean, even that -- I remember one incident

11   that -- in 2002 that the board interview I wasn't --

12   last minute I questioned.  Everybody listed a note for

13   interview on the board except me.  So I contact

14   Mr. Keith Inouye, and he said it doesn't matter.

15        Then later on they send me -- on Saturday, send

16   me that -- Saturday they send out -- a lot of guy send

17   out Saturday, I pick up -- because it's late, because

18   Saturday I get off work, post office close half day.  So

19   I didn't get that notice.  When I go home I see that

20   yellow notice that say I have a registered mail.  And

21   then Monday that day were interview.  I had to rush to

22   the post office and get that note for interview for the

23   board.  I remember that incident.

24   Q    So is it in 2002 you did receive a notice that

25   you were going to be interviewed?

66

1    A    No.  That's why -- I didn't receive that until

2    the last minute.  I notify Mr. Keith Inouye.  I said:

3    Why I didn't receive that note?  Everybody -- other

4    person African, they see the note, because I had another

5    coworker that she also applied for the job.  And she got

6    a note what the day of the interview.

7    Q    So I guess I'm not quite sure what you're

8    saying.

9         Are you saying that everyone else except for

10   you who applied to the position received an interview?

11   A    They received a note to notify what day, what

12   time for the interview.

13   Q    Okay.

14   A    I didn't receive that note.

15   Q    And you never received the note?

16   A    I'm not saying never.  I'm receive it late.

17   Late, very late, in the last minute, because it's --

18   Monday was the interview day.  They sent -- I think it's

19   a Saturday I received that -- I was still working.  When

20   I go home, I received a note that say I have a

21   registered letter to receive, okay?

22   Q    Mm-hmm.

23   A    And then I assume something, you know,

24   important.  Monday I go down to post office Alameda,

25   pick up the mail, and that was the note for the same day

67

1    interview in the board.

2        Q    So you did receive a notice --

3        A    Same day.

4        Q    -- that said that you were going to get an

5    interview?

6        A    Yes, on Saturday.

7        Q    So you did get selected for an interview?

8        A    Yeah, for the -- through the board, yeah.

9        Q    Do you know who -- who sends out the notices

10   for interviews?  Is it the board?

11       A    I remember, like, Latoya Jackson.

12       Q    So it's not Mr. Inouye?

13       A    Yeah.  I didn't even know at the time.  I

14   didn't pay attention.  Probably embarrassing, I told

15   them, you know, I received the mail late probably, you

16   know.

17       Q    So did you go to your interview?

18       A    Yes.

19       Q    Okay.

20       A    For the board.

21       Q    Do you know if Mr. Inouye makes the decision as

22   to who -- or has any input into the decision of who gets

23   interviewed?

24       A    Say that again.  Interview for -- for the

25   promotion?

1    Q    So you didn't go for an interview in 2002?

2    A    By Keith Inouye, no.

3    Q    With the board, did you interview with the

4    board?

5    A    Yes.

6    Q    So you got past --

7    A    No, I didn't know I pass or not.

8    Q    Well, I guess --

9    A    I guess I didn't pass -- I assume I not pass,

10   because I wasn't interviewed by Mr. Keith Inouye.

11   Q    You were or you were not interviewed by

12   Mr. Keith Inouye?

13   A    I was not.

14   Q    You were not, but you were interviewed by the

15   board?

16   A    Yes.

17   Q    So you got to the level where you were

18   interviewed by the board in 2002, but you did not pass

19   that level?

20   A    I don't know I pass or not.  That's why I want

21   to file the [inaudible] on them.

22   Q    But the next stage, if you passed the board

23   interviews, would have been to interview with

24   Mr. Inouye?

25   A    Yes, I assume, yes.

70

1    against because of your race in 2002?

2        A    Yes.

3        Q    Do you believe that you were discriminated

4    against because of your age in 2002?

5        A    I wasn't thought about that, you know.  I

6    wasn't thought about that, age, at that time.

7        Q    When did you find out that you didn't get the

8    promotion in 2002?

9        A    I think after they promote, I found out like

10   either in May or June, something like that.  I think

11   it's in May.  That's why -- at the same time, he took me

12   down as acting supervisor.  He made -- that's actually

13   when that happened.  And then he never provide me the

14   external investigation clause.

15          And also my tour was end at 3:30.  The driver,

16   I instruct him to turn around, but instead, he go all

17   the way to the destination and come back.  That's way

18   past my time.  I would turn over to the tour three

19   supervisor, which is Mr. David Hank.  So it's out of my

20   hand.

21       Q    So you talked about -- just now you said that

22   you were removed from your detail as an acting

23   supervisor?

24       A    Yes.

25       Q    Do you believe that that was for -- because of

75

1    said I better -- I better -- I better go back to my bid,

2    you know.  I told him, I better go back to my bid before

3    he actually remove me.  So I said -- I requested that

4    let me go back to my bid.

5        Q    So he didn't -- did you step down from the

6    acting supervisor position before --

7        A    Yes.  I also step down.  I don't know what his

8    decision.  He said he going to take me down.  So I just

9    go back to my own bid.  So I put in request, let me go

10   back to my bid.

11       Q    So --

12       A    At the same time I assume I am stepping down,

13   you know.

14       Q    So let me just make sure I understand what

15   you've said:  You didn't file an EEO complaint about

16   anything related to your removal or your stepping down

17   from your position as acting supervisor of

18   transportation in May 2002?

19       A    No, I didn't file an EEO.

20       Q    Okay.  And --

21       A    To my thought, I don't want the relation turn

22   sour, and we have to, you know, work together.

23       Q    And Mr. Inouye didn't remove you from your

24   position as acting supervisor of transportation; is that

25   right?

79

```
 1   bulk-mail assistant.
 2        Q    So you said --
 3        A    Resume my --
 4        Q    -- that you were going to step down and --
 5        A    Resume my bid, yeah.
 6        Q    -- become a bulk-mail assistant?
 7        A    Yes.
 8        Q    So we left off at 2003, I think.  So we're at
 9   2003 in your -- that you --
10        A    That's one position.
11        Q    So you applied for a promotion in 2003, and
12   there was one position available?
13        A    Yes.
14        Q    Okay.
15        A    There were no board setting.  Didn't set the
16   board.
17        Q    Do you know why there's a board some years and
18   some not?
19        A    I don't know.  I don't know.
20        Q    In 2003 do you know who received the promotion?
21        A    Mr. Henry Orozco.
22        Q    Do you know what his position was when he
23   applied for the position?
24        A    204-B also, acting supervisor.  Driver.  He's
25   also a driver.
```

81

```
 1      A    I think it's O-r-z -- I cannot remember --
 2   -z-o, something like that, Orozco.
 3      Q    That's fine.
 4           Do you know his race?
 5      A    He's Chicano.
 6      Q    Do you know his approximate age?
 7      A    30, probably around 35, 36, somewhere in that
 8   neighborhood.
 9      Q    And you said that you might have seen his
10   application?
11      A    Yes.
12      Q    Do you have it?  Do you have a copy of his
13   application?
14      A    I have to look.  I don't know -- remember I
15   have a copy or not.
16      Q    Did you ask anybody why you weren't promoted,
17   the reason why you weren't promoted?
18      A    No, I didn't ask.
19      Q    Did anyone tell you, give you a reason why you
20   weren't promoted?
21      A    No.
22      Q    Do you believe that the reason that you weren't
23   promoted in 2003 was because of discrimination?
24      A    No, but I believe that case already set for
25   Mr. Henry Orozco, because Mr. Henry Orozco had the EEO
```

83

1   complaint on Mr. Keith Inouye that Mr. Keith Inouye put

2   the hand on him.   That's a possible mediation

3   settlement, or EEO settlement, that we all know around

4   the driver that Mr. Keith Inouye put the hand on him,

5   put the hand, that mean have some kind of fight.

6       Q    So you believe that Mr. Inouye had a fight with

7   Henry Orozco?

8       A    Yes.

9       Q    And there was an EEO complaint related to that?

10      A    I believe, yes.

11      MS. WANG:  Why don't we take a break here and let

12   the tape get switched.

13      THE VIDEOGRAPHER:  This marks the end of DVD number

14   one in the deposition of Jeffrey Tam.

15          Going off the record.  The time is 11:07 a.m.

16          (Recess taken.)

17      THE VIDEOGRAPHER:  Here marks the beginning of DVD

18   number two in the deposition of Jeffrey Tam.

19          Going on the record.  The time is 11:20 a.m.

20          Please begin.

21      THE WITNESS:  I thought -- let me clarify a little

22   bit about the deposition.  I think I have one before, a

23   dozen years ago, involve accident driving a postal

24   truck.

25      MS. WANG:  Okay.

84

1  selected for this promotion was because of

2  discrimination against you?

3      A    I wasn't thinking about this one.

4      Q    Okay.

5      A    No, I wasn't thinking -- well, that's the one,

6  that -- because that's sole purpose for the settlement.

7  And they actually set up that position for that purpose

8  and that purpose only.

9      Q    So you believe that the reason that you weren't

10  selected for this promotion was because it was actually

11  set up to provide a promotion to Henry Orozco?

12      A    Yes.  "Orozco."

13      Q    "Orozco," okay.

14         Did you ever file an EEO complaint about any of

15  these promotions that you did not receive?

16      A    No.

17      Q    Okay.

18      A    I think I commented maybe too late or way past

19  that 45-day limit; and I wasn't thinking.  That's all.

20      Q    So you didn't file --

21      A    I did not file --

22      Q    -- an EEO complaint?

23      A    Before I didn't want to break the relation, but

24  the last time I wasn't -- yeah.  I wasn't even think

25  about it.

1    Q    When was the first time you filed an EEO

2  complaint?

3    A    In the schedule, 2003, because that hurt me

4  bad.  I'm fight for my life.

5    Q    In 2003?

6    A    That time schedule.  That's why I stopped

7  fighting.  Basically, that's my first EEO.

8    Q    Do you remember when in 2003 that was?

9    A    I cannot pinpoint exactly day, but I have -- I

10  think I have a settlement.  Somewhere in August -- I

11  mean -- yeah, October -- not August -- October,

12  somewhere in October in 2003, the settlement.  I think

13  the settlement is August, somewhere in August.

14    Q    Are there any -- are there any other promotions

15  that we haven't discussed but that you believe you

16  didn't receive because of discrimination?

17    A    Say that again.

18    Q    We discussed promotions for supervisor of

19  transportation, and they were posted in 1999, 2000,

20  2001, 2002, 2003.

21         Are there any other promotions --

22    A    No, never --

23    Q    -- that we haven't talked about?

24    A    -- never thought about another one, no.

25    Q    So then earlier at this deposition you had said

                                                          88

1  back in next morning at 10 o'clock in the morning, which

2  I lose sleep every week.

3      Q    Why don't you tell me -- what was your schedule

4  like in 2002 when you made this request?

5      A    Same thing, like 7 o'clock, from Saturday,

6  Sunday 7 o'clock in the morning, and Monday at 1500;

7  that mean 3 o'clock in the afternoon.

8      Q    Uh-huh.

9      A    And then Tuesday come back at 10 o'clock in the

10  morning; and then Wednesday 7 o'clock in the morning;

11  off Thursday and Friday.

12        The problem start with 2000 -- in 2300,

13  11 o'clock, 11:30 at night, when I go home, it's

14  probably like at midnight.  I mean, we are human, and

15  not like a light.  Turn the switch, and you cannot get

16  some rest.  We have to wind down.  It take a couple

17  hours to wind down.

18        And the problems, see, I have two kid.  I had

19  to take them to school, and -- by the 7 o'clock, I had

20  to get up to take them to school, fix breakfast for

21  them, and then take them to school.  Their school start

22  at 8:30.  By the time I come home, about like 9 o'clock.

23  Then I had to -- 9 o'clock, I had to go to work at

24  10 o'clock.  I had to get something to fix up, go to

25  work.  And then I don't have enough sleep at all, maybe

90

1    A    Yes.

2    Q    But then after you became a bulk-mail assistant

3  in 2002, did you then request reassignment to become a

4  driver?

5    A    Yeah, after, I did require to go back to

6  driver.

7    Q    And you made that request because you didn't

8  like the hours that you had?

9    A    I don't -- not don't like it or not, because

10  it's hurting me, the hours are hurting me.

11    Q    How long had you been working those hours?

12    A    Ever since 1999 I picked the position up there,

13  except the detail that I were acting supervisor.

14    Q    And when did you first make your request to

15  switch back to being a driver?

16    A    I think in May, in May 2002.

17    MS. WANG:  Can I have this marked as Exhibit 3.

18      (Exhibit No. 3 marked for identification.)

19  BY MS. WANG:

20    Q    Can you take a look at this and let me know if

21  you recognize what's marked as Exhibit 3.

22    A    Mm-hmm.  Yes.

23    Q    What is it?

24    A    Yeah.  That's I request for go back to be a

25  tractor-trailer operator.

1   and get -- go to -- also go to -- what's the motor

2   vehicle, DMV, Department of Motor Vehicle, get them my

3   driving records, and I turned that one in also.

4       Q    When did you make the request -- send the

5   request to -- the request for reassignment to --

6       A    I think --

7       Q    Let me just finish my question -- sorry -- so

8   we have it clear on the record.

9            When did you give the request for reassignment

10  to human resources?

11      A    I think somewhere in July, July, somewhere in

12  July.

13      Q    Of 2002?

14      A    2002, yeah, July.

15      Q    Who did you give that request to?

16      A    The manager.  I can't remember --

17      Q    Does Virginia Glover sound right, or "Glover"?

18      A    Yeah, Virginia Glover.

19  MS. WANG:  Can I have this marked as Exhibit 4,

20  please.

21           (Exhibit No. 4 marked for identification.)

22  BY MS. WANG:

23      Q    Can you take a look at Exhibit 4 and let me

24  know if that's the request that you made to human

25  resources.

94

1    schedule.

2        Q    So you don't know who in management makes the

3    decision?

4        A    No, I don't know who the manager that do the

5    scheduling.

6        Q    Typically, once you make a bid for your

7    schedule for the year, who do you go to when you want to

8    change that schedule?

9        A    What you mean go to change it?  We have no

10    power to change it.  We only -- only if a manager put it

11    out.

12            But before that I talked to Mr. Keith Inouye to

13    put a request for any reason, for anybody be put that

14    bid, that way if it's a better condition that, you know,

15    the post office can provide to the employee for more

16    safe.

17        Q    So do you know if anyone has changed -- anyone

18    in your unit has changed their bid -- I'm sorry, has

19    changed their -- strike that.  Let me start over.

20            Do you know of anyone in your unit who has,

21    after they received their bid for the year, then asked

22    mid year to change their schedule?

23        A    Nobody, but I didn't request -- you got to

24    understand what I'm saying.  See, every year we had to

25    bid on that hours or the SDO they wanted, the schedule

1   they wanted.  They base it on seniority.

2           When I move up there, I'm the lowest seniority.

3   I'm away from the bottom.  I'm way on the bottom.  Even

4   I'm have like 26 -- 20-some years, 20 years in service

5   at the time when I bid the position up there, when I bid

6   the position up there, I was way back to the bottom of

7   the seniority list on that bulk-mail assistant crew.

8           When I am a driver, I have a lot of seniority,

9   but when I go up to traffic control as a bulk-mail

10  assistant, I was way at the bottom.

11          Anybody pick before that left over, I had to

12  get the leftover.  Whatever position they get that bid

13  the hour they got, I get the leftover, the last one I

14  had to get it.  I had no choice but take it.

15      Q    So you had the lowest seniority of all the

16  bulk-mail assistants?

17      A    Yes.

18      Q    So you took whatever bid was available at

19  the -- after everyone else had selected?

20      A    Yes.

21      Q    You had already selected or you had already

22  been given your bid for 2002 at the time that you asked

23  for reassignment to become a driver?

24      A    Yes.

25      Q    After you didn't -- after you didn't receive

                                                        98

1  changed and it wasn't changed, did you believe that the

2  reason it wasn't changed was because of discrimination?

3      A    They cannot change it.  If they change it, they

4  got to ruin the whole bid, because every-year process.

5  I just requested when they come up with another schedule

6  sign-up, change it for another schedule sign-up.  I was

7  suggested.  I didn't -- actually, I not request.  I was

8  suggest that hour better.

9      Q    So you didn't actually request that your hours

10  be changed in 2002, you suggested that there were better

11  hours and in -- and when you were allowed to bid again,

12  you wanted better hours?

13      A    Yeah.

14      Q    Okay.

15          You mentioned in 2002 that you asked for

16  reassignment because of -- because it was hard for you

17  to keep -- to maintain your schedule as a bulk-mail

18  assistant; is that right?

19      A    The hour?

20      Q    That the hours you had in 2002 were hard for

21  you, and so that's why you asked for reassignment to

22  become a driver?

23      A    Yes.

24      Q    Can you explain what you meant by it was hard

25  for you to keep those hours.

100

1      A    See, on Monday you get off at 11:30 at night.

2  I'm lucky I'm close by.  When I go home, it's about

3  midnight, 12 o'clock at nighttime.

4      Q    Okay.

5      A    You take a little bit snack, take a shower, try

6  to wind down to get in sleep.  That at least take you a

7  couple hours to wind down and go to sleep.

8          And no later than 7:00 I had to get up -- see,

9  my wife had already hit the road to go to work --

10 because I had to send the kids to school.  7 o'clock, no

11 later 7 o'clock, I had to get up, fix breakfast for

12 them, and get them ready go to school.  And the school

13 start at 8:30.

14         After I drop them off school, come home, it's

15 closer to 9 o'clock.  And I had to go to work at

16 10 o'clock.  So I had to get some breakfast, fix a

17 lunch, go to work at 10 o'clock.  Sit down at 10 o'clock

18 for work.  That's the schedule.

19     Q    So it was hard for you to sleep?

20     A    It's not hard.  No time to sleep.  Don't have

21 that much time.  Maybe have two or three hours.  That's

22 the most you can get in sleep.

23     Q    Were there any other -- were there any other

24 difficulties that you had?  Like, did you have any

25 physical problems as a result of this, of your schedule?

101

1     A     That causes me like, you know, a loss in sleep.

2  I don't have sleep.  That created a lot of stress in my

3  body.

4     Q     Anything else that you can think of?

5     A     I'm tired, got like a head expanding, some --

6  create like back pain, all kind of things that, you

7  know . . .

8     Q     Did you see anyone about these problems?

9     A     I don't remember seeing -- I see for the pain

10  that -- I don't remember exact when, but I start taking

11  aspirin, and then taking dose of Motrin or something

12  like that, you know.

13     Q     Was that for sleeplessness, or was that for

14  back pain?

15     A     For pain, for painkiller.

16     Q     Was the painkillers -- were the painkillers for

17  back pain that resulted from your schedule or from the

18  way you were seated as part of your job?

19     A     Also, the seat also -- I don't know what's the

20  exact word to create my back pain.  But also that

21  counter was really high.  And also when I would sit up

22  there, I almost have -- almost like standing all day

23  long, because it's so high.  Because that radio, we

24  control use the food pedal.  The switches, use the foot

25  to control.  So my feet -- I had to stand up.  I'm

1    short.   Those counter, when I sit up there, you almost

2    like up to here.

3        Q    So you experienced back pain because being a

4    bulk-mail assistant required you to work at a very high

5    counter?

6        A    Yes.

7        Q    And it also -- being a bulk-mail assistant

8    required you to sit in a chair that was uncomfortable

9    and bad for your back?

10       A    I don't know -- yeah, probably had input to it.

11   It's possible it have input to it.

12            But also sleeping, you know, I don't know that,

13   you know, what the medical -- I don't -- they have much,

14   you know, medical knowledge on that, but, you know, I

15   assume it has the input to -- to the situation.

16       Q    Did you experience back pain before 2002?

17       A    I don't -- I don't -- I don't remember.

18       Q    And --

19       A    And I don't remember that.

20       Q    Did you take any prescription medications for

21   your back pain?

22       A    I think it's have a Motrin, and then I -- you

23   know, every time we go like pay money, I rather buy

24   those -- also buy those aspirin that I took.  I took

25   aspirin too.

                                                          103

BEHMKE REPORTING & VIDEO SERVICES
(415) 597-5600

1     Q   Did you go to a clinic or anything like that?

2     A   No.

3     Q   Do you believe that the -- that you didn't --

4  you didn't get the reassignment to a driver position was

5  in any way related to your age?

6     A   I don't think so.  I never thought of that, no.

7     Q   And do you know of anyone else who made the

8  same request to change from a bulk-mail assistant or to

9  be reassigned from being a bulk-mail assistant back to

10  being a driver?

11     A   That's Norman Davis and Dennis Clark.  I think

12  Debbie Nails, I think she within 90 days.

13     And recently they have a -- another driver bid

14  on the dispatch, and then he go back to driver within

15  like 90 days.  So, you know, that's another case

16  recently.  I think earlier -- early this year.

17     Q   Do you know who that person was?

18     A   I think it's Valafor [phonetic].  I don't know

19  his first name.  I know it's Valafor.

20     Q   What?

21     A   Valafor.

22     Q   Rutherford?

23     A   Val- -- he's a Filipino guy.  So I don't

24  remember how to spell it.  It start with a V-a or

25  something.  Valafor.  Recently, early this year.  He bid

106

1    the position in dispatch -- as a dispatch clerk.  And

2    then he don't like the hour.  He come join right back

3    within 90 days.  So he resume his seniority.

4        Q    So this person who switched from a dispatcher,

5    dispatch clerk position, back to being a driver earlier

6    this year, he did that -- he asked for reassignment

7    within 90 days?

8        A    Yes.

9        Q    And Debbie Nails, who you mentioned, she asked

10   to be reassigned to a driver position after serving as a

11   bulk-mail assistant --

12       A    Mm-hmm.

13       Q    -- is that right?

14       A    Yes.

15       Q    But she asked for that reassignment within 90

16   days?

17       A    Yes.  That's I know of.

18       Q    And this person who you said earlier this year

19   made the switch, do you know his or national origin?

20       A    Early this year.  He's a Filipino.

21       Q    What about Debbie Nails?

22       A    Debbie Nails is African-American.

23       Q    And Danny Clark?

24       A    Danny Clark is African-American.

25       Q    And Norman Davis?

107

1    A    African-American.

2    Q    And do you believe that Norman Davis or Danny

3 Clark were treated differently than you were?

4    A    Yes.

5    Q    How?

6    A    Well, they are -- you know, they can go back as

7 a full-time regular, and they allow them to go back in.

8    Q    Do you know what reason was given for -- what

9 reason they were allowed to switch back into a driver

10 position?

11    A    That I don't know.  That I don't know.

12    Q    Do you believe that Debbie Nail was treated

13 differently than you?

14    A    Well, this what I think they have the right to

15 go back.  Right now I see the contract, you know, they

16 go by contract.  They say they have to go back in 90

17 days, okay to be -- you know, regain their seniority.

18 They don't lose any seniority within 90 days.

19    Q    So Debbie Nail and I guess the person who made

20 the switch from being a dispatcher to a driver earlier

21 this year, they're not in the same position that you

22 were --

23    A    No.

24    Q    -- when you made --

25    A    They're different.  They're within 90 days.

108

1      A    Okay.

2      Q    I think when we left off before the lunch break

3    we were talking about the request that you made to be

4    reassigned in 2002 to a driver position; and ultimately

5    were you reassigned to become a driver?

6      A    In 2002?

7      Q    Ever.

8      A    No, not in 2002.  I was finished training, but

9    he refused to let me go.

10     Q    But after 2002 did you subsequently become

11   reassigned --

12     A    In 2005.

13     Q    -- to be a driver?

14     A    In 2005 as a part-time flex.

15     Q    And when did you -- did you -- strike that.

16          Were you reassigned in 2005 after a request

17   that you made?  Did you make a new request in 2005?

18     A    Yeah, in 2005.  February the 2nd I put another

19   request in.

20     Q    And who did you send that request to?

21     A    I send it to -- actually, I send it to Chadha

22   and Keith Inouye, even the senior plant manager, Richard

23   Blancas.

24     Q    And in 2005, who would have made -- who had the

25   authority to make the decision as to reassignments?

113

```
 1    if you recognize it.
 2         A    Okay.  Okay.  Now, yeah, yeah.
 3         Q    So this is a February -- a letter that's dated
 4    February 1st, 2005.
 5         A    Uh-huh.
 6         Q    Is that your signature on Exhibit 5?
 7         A    Yes.
 8         Q    So this is a letter that you wrote?
 9         A    Yes.
10         Q    And it's a request to be reassigned --
11         A    Mm-hmm.
12         Q    -- as a part-time flexible motor-vehicle
13    operator and tractor-trailer operator?
14         A    Yes.  Okay.  Let me explain this one.
15         Q    And I just want to --
16         A    Okay.  Okay.
17         Q    -- describe the Exhibit 5 and make sure it's
18    accurate.
19              And you sent this request or this letter to
20    Mr. Inouye?
21         A    "Inouye."
22         Q    Mr. Chadha?
23         A    Chadha, yeah.
24         Q    And Mr. Roberson?
25         A    Roberson.
```

116

1    Q    And Mr. Roberson is the union representative --

2    A    Yes.

3    Q    -- that you referred to earlier?

4    A    Yes.

5    Q    And you also sent this to Mr. Blancas, who is

6  the senior plant manager?

7    A    Yes.

8    Q    And you sent it to Mr. Jacobs, who is also a

9  union representative?

10    A    Yes.  That's -- the union recommend me to do

11  that.

12    Q    Did you ultimate -- did you make another --

13  strike that.

14        After the union contacted you and told you the

15  procedures for getting the reassignment to become a

16  driver, what did you do?

17    A    I go to the -- go to postal east to put in the

18  information for request for the reassignment, but the

19  resources come out prior to me, and then they inform me

20  to go to in-house exam, which is for new hiring the

21  driver.

22    Q    And this is the union that informed you?

23    A    That's the management told the union, union

24  told me to do it.  And even they send me the letter that

25  said, well, go through the procedure later on.

117

1    Q    Who in management told you or through the union

2    told you to go --

3    A    I don't know who told the union tell me.  I had

4    no contact with the management.  They didn't contact me.

5    Q    Do you know if it was someone from personnel or

6    from human resources?

7    A    Somebody from resources send me a letter that

8    said, well, go through the postal east or something like

9    that, that -- go in the computer to check -- Internet to

10   check that.

11   Q    So someone told you -- someone from human

12   resources told you to go through the Internet to do your

13   application or your request for reassignment?

14   A    Yeah.

15   Q    Did you ultimately do that?

16   A    Yes.

17   Q    Okay.

18   A    And I got a score 81 on the test, on the exam,

19   whatever it is.  And then later on they send me a letter

20   for interview for the job.

21   Q    And after you went through the Internet

22   process, did you -- did you receive your reassignment to

23   become a driver?

24   A    I don't know when, but probably so.  Later on

25   September -- I mean, September 17, the order come out

118

1    I'm back as driver, part-time flex position.

2        Q    So I'm going to --

3             Could I have this marked as Exhibit 6, please.

4             (Exhibit No. 6 marked for identification.)

5        MS. WANG:  And this will be 7.

6             (Exhibit No. 7 marked for identification.)

7    BY MS. WANG:

8        Q    I'm going to show you what's been marked as

9    Exhibit 6.

10       A    That's the reassignment.

11       Q    Take a moment to review it.

12       A    (Witness complies.)

13       Q    Have you had a chance to go through Exhibit 6?

14       A    Yeah.

15       Q    Is this a printout of the Internet application

16   that you did requesting reassignment?

17       A    Mm-hmm, yes.

18       Q    And --

19       A    Also the internal exam.

20       Q    And if you look on the last page of

21   Exhibit 6 --

22       A    Yes.

23       Q    -- do you see where it says:  Date of

24   application, May 31st, 2005?

25       A    Mm-hmm.

1          Did you ever file an EEO complaint about not

2     being reassigned in 2002 into a driver position?

3          A    No.

4          Q    Did you ever file a grievance with your union

5     related to the fact that you weren't reassigned in 2002

6     into a driver position?

7          A    No.  In two thousand -- not in 2002.

8          Q    What about after 2002, did you ever file --

9          A    I had one --

10         Q    Let me get my question out so you know what I'm

11    asking.

12         At any point, whether or not in 2002, did you

13    file an EEO complaint related to the fact that you were

14    not reassigned in 2002 to a driver position?

15         A    No, not in 2002.

16         Q    And at any time did you file a grievance

17    related to the fact that you weren't reassigned to a

18    driver position in 2002?

19         A    No, not in 2002.

20         Q    Before the break we had talked about your

21    schedule in 2003 when you were still a bulk-mail

22    assistant.

23         A    Mm-hmm.

24         Q    Did you ever file an EEO complaint related to

25    your schedule as a bulk-mail assistant?

123

1    A    In two thousand what?

2    Q    At any time.

3    A    The schedules -- I start file a complaint in

4    2003, yes.

5    Q    Okay.

6    A    That's actually my first EEO complaint.

7    Q    And do you remember when you filed that?

8    A    I don't remember exactly, but somewhere in -- I

9    don't know, June, July or May.  I don't know.

10    Q    Was that -- was that complaint resolved?

11    A    Yeah.  The mediation, they change it to 4:00,

12    4:30 in the morning.

13    MS. WANG:  Can I have this marked as Exhibit 9,

14    please.

15          (Exhibit No. 9 marked for identification.)

16    BY MS. WANG:

17    Q    I'm going to show you what's been marked as

18    Exhibit 9.

19    A    Yes.

20    Q    And just take a moment and review that.

21    A    (Witness complies.)

22          Mm-hmm.

23    Q    At the bottom of Exhibit 9 on the left where it

24    says, "Initials," left bottom, under "Counselee's," is

25    that your signature, or are those your initials?

124

1      A      My initials, yes, the first one is initials.

2      Q      Is Exhibit 9 the -- a copy of the settlement

3  agreement that resolved your EEO complaint in 2003?

4      A      Yes.

5      Q      And that was the -- that was the complaint that

6  was related to your schedule?

7      A      Yes.

8      Q      As a bulk-mail assistant?

9      A      Yes.

10     Q      You said that when you initially were

11  reassigned to be a driver in 2005, that you went back as

12  a part-time flexible motor-vehicle operator?

13     A      Yes.

14     Q      Did you -- but you are now a full-time

15  tractor-trailer operator?

16     A      Now, yes.

17     Q      And did you file a complaint, an EEO complaint,

18  related to your reassignment as a part-time flexible

19  motor-vehicle operator?

20     A      Yes.

21     Q      Did you file a grievance with your union

22  related to that?

23     A      I think I have a grievance on that in the

24  matter, and then I tried to get better seniority and

25  start 2002 to end that grievance, but eventually they

1    Q    And who was her supervisor at the time?

2    A    Chadha.

3    Q    And why do you -- why do you believe that the

4  reason that your overtime was deleted was because of

5  discrimination?

6    A    I guess I'm -- he only do to me.  He don't do

7  to anybody.  And . . .

8    Q    Do you believe that it was discrimination

9  related to your race?

10    A    Yes.

11    Q    Do you believe that it was discrimination

12  related to your age?

13    A    I guess of my race.  I didn't think of age too.

14    Q    So you don't think age had anything to do with

15  it?

16    A    I don't think it's the age.

17    Q    Are you the only -- strike that.

18         Has Gloria ever said anything to you about your

19  race?

20    A    No.

21    Q    Have you had any other problems, conflicts with

22  Gloria?

23    A    That issue about the delete overtime, one time

24  she called me and I took the union representative

25  Roberson with me, okay?  And then Roberson told her:

132

1    You cannot delete Mr. Tam's time, and then we exchange a

2    couple words, and she kick us out the office.  And

3    without notify me that he delete my time, but later I

4    look at the paycheck.  And sometime I requested to go in

5    the computer to get the printout that say that I was

6    deleted that hour and a half.

7        Q    And did you ultimately get paid for that hour

8    and a half?

9        A    After the EEO complaint and then -- and

10   eventually way back, and then I got paid back on that

11   too.

12       Q    So you filed an EEO complaint related to --

13   related to this overtime?

14       A    Yeah.  That's a part of the -- part of the EEO

15   complaint, I believe.  It's not single one, but it's

16   part of the EEO complaint, the second one.  And after

17   the first one that -- because I tried to amend, amend

18   it, put it back together, but they said it kind of too

19   late.  So they have to advise me to file another EEO

20   complaint.

21       Q    What was the outcome of that EEO complaint?

22       A    Somehow they -- I was denied it by the judge,

23   and also the OFO -- OFO, something.

24       Q    But were you ultimately paid for the hour and a

25   half overtime?

1    A    Yes, I believe, yes, because they said they

2    track down way back.

3    Q    Was that the result of a settlement?

4    A    It's not a settlement, no, because I guess they

5    order -- the EEO ordered them to pay.  I don't know.

6    Maybe the management, they are wrong, and eventually

7    they paid me.  Maybe not the EEO decision.  I think the

8    management made decision.  They not supposed to take it

9    out, but I don't know exactly.

10    Q    Did that -- did you -- when you were working

11    with -- under Gloria's supervision, did it ever happen

12    again that you didn't get paid overtime?

13    A    No.

14    Q    So then earlier this morning you also said that

15    you felt that you were discriminated against because

16    once when you were missing, they went -- someone went to

17    look for you while you were in the bathroom, but that

18    didn't happen to others?

19    A    Yes.

20    Q    Is that right?  Okay.

21        Can you explain what you meant by that.

22    A    Okay.  One time I was like in the break room

23    talk to the driver, and we were -- it would be like --

24    it's about -- report on Wednesday at 7 o'clock, but at

25    7:30 Ms. Debbie Nail come down in the break room, tell

134

1  me, you better get up there.  He said, one of the

2  assistants wanted to take a break.

3         So every Wednesday that eight hour up there, we

4  have three clerks.  Only two is required, two clerk.  So

5  every Wednesday at one clerk were idling them when I

6  eight hour over there working, the whole eight hours.

7  Because at the time we only have three hookup for the

8  radio.  Two are the clerk; one is the supervisor to hook

9  up the radio and monitor the driver.  And every

10 Wednesday they're eight hour out there.

11     Q    But I'm not sure I understand.

12     A    Okay.

13     Q    So when you were missing, what exactly led to

14 someone coming to look for you?

15     A    Okay.  The 30 minute, okay, the 7:30 she come

16 down the break room.

17     Q    Who is she?

18     A    Debbie Nail, the acting supervisor.

19     Q    Was she your supervisor at this time?

20     A    Yes.

21     Q    When did this happen?

22     A    I cannot remember exact day.  Somewhere in

23 2005.  I cannot remember exact day.  And the second day,

24 same thing.  I was in the bathroom, and he come out the

25 door yelling, Tam.

135

1    even look.  Sure didn't look.

2        Q    Once -- once Debbie Nail on these two occasions

3    that you mentioned found you, what did she say to you?

4        A    She said, "Get up there.  They need to take a

5    break."

6        Q    So she wanted to find someone because another

7    person was going on break, and so she needed another

8    assistant out there?

9        A    They have another assistant up there too.

10       Q    And Mr. Scott, once he found you the time that

11   you mentioned earlier when Mr. Scott found you, what did

12   he tell you to do?

13       A    He said get -- get my ass up there.

14       Q    So he told you to go back to work?

15       A    Yeah, go up there to work.  I was starting.  I

16   start at 4 o'clock.  4:00 -- I think 4:20 he come down

17   to look for me.

18       Q    So on these three occasions when -- once when

19   Mr. Scott was looking for you and the other two times

20   when Debbie Nail was looking for you, you were on duty?

21       A    Yes.  See, the driver for whole -- the other

22   clerk for whole year, ever since this started in 2005,

23   every day I up there I know of it's 10 o'clock.  He

24   supposed to report at 9 o'clock.

25       Q    Okay.

140

1    A    Never look for him.  Never mentioned him.

2    Q    And Mr. Scott, when he went to look -- strike

3  that.

4         Why do you think that Mr. Scott went to look

5  for you because of a -- because of a -- because of your

6  race?

7    A    I don't know how -- what you mean.  Me don't

8  think that way.  I'm Chinese and they look for me.  They

9  are African-American.  And it's not only one occasion

10 happen like that.  Every -- I know it's ever since 2005

11 it started, up to the day I left the traffic control go

12 back to drive.  Every day or every time I know of it.

13   Q    Do you think that this was related -- that

14 Mr. Scott's -- these occasions that you've described

15 with Mr. Scott and Debbie Nail, were they related to

16 your age at all?

17   A    I don't think about age.  I think it's race,

18 you know.

19   Q    Did you ever file an EEO complaint related to

20 Mr. Scott or Ms. Nail's actions?

21   A    I think I remember just in that complaint too.

22 I don't remember that.  I thought it's in the complaint.

23   Q    Do you remember what the outcome of your EEO

24 complaint was?

25   A    Told you the judge did go against me.  They

141

1    A    Mm-hmm, from the driver.

2    Q    -- from a driver, and then when you tried to

3 give the message to Debbie Nail, you had -- you had like

4 a brief argument?

5    A    Yeah.  After she finish the phone, I give the

6 piece of information, and then I said, "What's the

7 matter?  You cannot handle the pressure," and exchange a

8 few words.

9    Q    Did you say that to her, that she couldn't

10 handle the pressure?

11    A    Yes, I said it to her.

12    Q    And why do you think that there was some type

13 of discrimination involved in this incident?

14    A    Because there's another story.  Then I say

15 after a few exchange, I say, F you.  I'm not going to do

16 it anymore.  I said, I do my side of work.  I said if

17 any driver call, I'm not going to answer anymore.  And

18 then she tried to discipline me by saying F it.  I was

19 out of frustration to say the word, okay?

20    Q    So you're saying that -- I'm sorry.  I'm not

21 quite sure I understand.

22        So you're saying that in this argument, you

23 both used profanity towards each other?

24    A    No, no.  Just I say F it.  Okay.  She didn't

25 say.

144

1    Q    You're saying F it, is that what you're saying?

2    A    Yes, F it.  I'm not -- no.  You, but I said F

3    it.  Just out of frustration, I said, from now on, I do

4    my side of work.  Any driver call, I'm not answer,

5    because I'm only required do one job, the jockey move,

6    okay?  After that she tried to give me a just cause,

7    tried to discipline me, but eventually didn't go

8    through, but the point is after years, not only one

9    time, after she was a supervisor, every time she say,

10    "Fuck you, Chinaman."

11    Q    So she tried to discipline you after this -- on

12    this occasion?

13    A    Yeah.

14    Q    But you didn't get disciplined?

15    A    No, I didn't get disciplined, because didn't go

16    through.

17    Q    What do you mean by it didn't go through?

18    A    But they only give me just cause, but that's

19    it.  They never take any action.

20    Q    What do you mean by they gave you a just cause?

21    A    Just cause mean try to discipline.  More like a

22    small court or whatever, you know.

23    Q    That Debbie Nail tried to discipline you?

24    A    Yeah, Debbie Nail and Henry Orozco, and there

25    have a -- union have a Kenny Mitchell in there.

145

1    Q    But you were ultimately not disciplined?

2    A    No.  But what my point is he say -- she say it

3  to me for years, even if she a supervisor, when we play

4  domino on the job at noontime, she lost.

5    Q    How often would you say -- so you're saying

6  that she called you a Chinaman?

7    A    They called me many times, in front of the

8  people.

9    Q    And how often?

10    A    She usually be -- when I working at 2:00, 3:00,

11  Monday, she come up, she was -- in that time she was on

12  light duty.  She don't work at all, just watching TV,

13  you know, because of this.  I get to work, he was

14  sitting there, sometimes she got bored and playing

15  domino with me.  She lost and then use the word for me.

16    Q    When did she become your supervisor?

17    A    I think two -- I think 2005.  That's why I

18  working start 2:00 or 3:00.  Basically, I'm only think

19  before -- before 2005 I work in at -- every Monday I

20  work at 2:00, 3:00.  Start at 1500, that's at 2:00 or

21  3:00, okay?  Every Monday, sometimes you come up here.

22    Q    Once she became your supervisor, how frequently

23  did she use this phrase towards you?

24    A    I think quite a few days.  I think when slow

25  down, nothing to do, the driver slow down, we play

146

1  domino.  When she lost, you know, either she pissed off.

2      Q    So she used this phrase mostly when you were

3  playing dominoes?

4      A    Yes.

5      Q    Did you hear her -- I guess, could you estimate

6  how often you would hear that phrase?

7      A    Quite often.  Usually it would be every Monday.

8  He not only just say to me.  Initially she say to me,

9  but when she was clerk -- when he was on light duty, she

10  even say it in front of the supervisor, another

11  supervisor, another clerk.

12     Q    So that was when she wasn't your supervisor --

13     A    Yes.

14     Q    -- that you're referring to?

15     A    Uh-huh.

16     Q    Did she ever refer to your age in any way?

17     A    No.

18     Q    Can you think of any other occasions where you

19  believe that you were discriminated against?

20     A    One time they were AWOL me.  And then ever

21  since that I request -- see, the thing's on my schedule,

22  Wednesday, Wednesday I come in at 7 o'clock in the

23  evening.  I get off Thursday, Thursday, 3:30 in the

24  morning, okay?  And Thursday I had to report at 1500

25  hour.  And 3:30 -- when you get home like 4 o'clock in

                                                        147

1    the -- but, see, the thing is that all those 1990 I'm

2    starting too right there.  I've been doing the same

3    thing, but the superior pain start in 2005.  That

4    schedule starting that make me hurt more on that thing,

5    because, you see, starting in 1999 up to like 2004, and

6    then started in 2005 the schedule really killed me.

7        Q    And do you know of anyone else, any other

8    bulk-mail assistant, who asked for a scheduling change

9    and didn't receive it?  I'm sorry.  Strike that.

10           Do you know of any other bulk-mail assistant

11   who asked for a scheduling change and did receive a

12   schedule change?

13       A    They don't need to require -- they start --

14   they steady, starting time the same every day.

15       Q    But my question is do you know of anyone who

16   was a bulk-mail assistant who made a request similar to

17   yours, in that they wanted to change their schedule, and

18   they received the schedule change that they wanted?

19       A    No.  I don't see anybody request for change.

20   They don't need to request a change, because they

21   starting the same time every day except me, five

22   reporting time.

23       Q    And I want to bring your attention, again, to

24   Exhibit 2, to paragraph 3 of that exhibit.  And here

25   you've stated, "On January 27th, 2005, complainant's

171

1    request for annual leave from February 9th to 11th, 2005

2    was denied."

3           Did I read that correctly?

4    A    Yes.

5    Q    Do you believe that this request for annual

6    leave from February 9th to 11th of 2005 was denied

7    because of discrimination?

8    A    Yeah, because -- my supervisor approve it for

9    me to celebrate a Chinese New Year, because they already

10   have people assign.  My seniority low, and then -- it's

11   the time for me, it's a -- culturally, it's important to

12   me.  And she was approve it, and Chadha just disapprove

13   it.  Not only disapprove it, he tear up my -- he tear up

14   my annual request.

15   Q    So who was your supervisor at this time?

16   A    Debbie Nail.

17   Q    So Debbie Nail had approved your request for

18   leave for Chinese New Year?

19   A    Yes.

20   Q    And then it was denied by Mr. Chadha?

21   A    Yeah.  And he tear up my 7971; that was a leave

22   request.

23   Q    So you initially submitted your request to

24   Debbie Nail?

25   A    Yeah.

172

1    examiner, and then he print out the weekly schedule,

2    base it on the order annual request.

3        Q    Mr. Morris, what's your interaction with him?

4    How often do you see him?

5        A    Well, sometimes we run into each other, but the

6    one time he were doing the schedule in 2004, somewhere

7    like October, he been -- ever since he have that job, he

8    been making mistake, so I -- I talked to my

9    supervisor -- at that time were Henry Orozco -- that I

10   wanted that they be collected, they make a month and

11   days, and collect.  So I want to fight a good overtime

12   issue.  I want that they be collected.  He was mad.

13   Come up here -- it don't make no difference, but it's a

14   mistake, it's a mistake.  It's a difference.  When you

15   find a good one, you got to have exactly month and days

16   and years.

17       Q    Do you believe that Mr. Morris made a mistake

18   on your schedule because --

19       A    It's not on my schedule.  On the day, the

20   month.  That week schedule, we had the weekly schedule

21   for all driver, bulk-mail assistant.

22       Q    So Mr. Morris made a mistake on the bulk-mail

23   assistant schedule for the month?

24       A    Yes.

25       Q    And did it relate -- did that scheduling error

1  relate to you in any way?

2      A    Ever since then they even -- they even don't

3  give out the weekly schedule on -- in the

4  traffic-control office.

5      Q    But my question is did that mistake on the

6  schedule that Mr. Morris made in 2004, did it relate to

7  your schedule?

8      A    It's not relate my schedule, relate to

9  verifying agreements because of overtime issues, because

10  they schedule other people instead of me that, you

11  know -- see, the overtime supposed to be based on

12  seniority and rotation.  So -- and somehow I wanted to

13  make a copy on that issue to make a -- file a grievance

14  on that.

15      Q    So I guess I don't understand.

16          How did Mr. Morris's mistake on the 2004

17  schedule affect you?

18      A    So I just want to file a grievance.  I want

19  exactly days and the month, exact month.  All he do is

20  change the month.

21      Q    Was your grievance related to Mr. Morris?

22      A    No.  Related to my overtime.  I want to make a

23  correction on the month.

24      Q    So you wanted to make a correction to a

25  schedule that Mr. Morris created; is that right?

1      A    He's the supervisor.  He's the 204-B.

2      Q    And when you said that he, you know, scheduled

3  your overtime in a way that you didn't approve of, do

4  you believe that that was because of your race?

5      A    It's hardly to make me not believe it.  The

6  other clerk, two clerk, they scheduled for seven days.

7  They -- three of them there, like Morris and William

8  Joe -- I mean, William Jones, and Barbara Daley, they

9  all African-American.  It's hard to make me not believe

10  it.

11      Q    Has Mr. Morris ever mentioned anything to you

12  either directly or indirectly about your race?

13      A    No.

14      Q    Has Mr. Morris ever said anything to you about

15  your age?

16      A    No.

17      Q    What's your best estimate of how frequent your

18  interactions are with Mr. Morris?

19      A    I don't interact with.  If I any problem, I go

20  to the union and file a grievance.  That's all.  I don't

21  really need to talk to him, but, you know --

22      Q    Have you ever filed a grievance against

23  Mr. Morris?

24      A    I don't file against him.  I file against the

25  overtime.  That, you know --

183

1    Q    Have you ever brought an EEO complaint related

2 to Mr. Morris?

3    A    No, not that issue.

4    Q    And about how often do you talk to Mr. Morris

5 directly?

6    A    Not often.

7    Q    I'm going to -- I want to bring your attention

8 back to Exhibit 2.  And in paragraph 4 of your amended

9 complaint it states, "On February 12th, 2005, management

10 did not call complainant in for overtime."

11        Can you describe what you meant by that?

12    A    I see that when I come to work that supervisor

13 only by himself there.  They have -- that have happened

14 before that -- and the supervisor, same supervisor,

15 he -- one time he call me --

16    Q    Who is -- I just want to clarify who is your

17 supervisor?

18    A    Lucas, Paulk Lucas.

19    Q    P-a-u-l-k?

20    A    Yeah.

21    Q    And what is his first name?

22    A    Lucas.

23    Q    Lucas?

24    A    Yeah.

25    Q    Okay.

184

1    instruction to Mr. Paulk because of your race?

2        A    Yes.

3        Q    Why do you believe that?

4        A    Because it's the same in other instance.  The

5    same thing, another supervisor call me in, and he call

6    him at home, this and that.  He don't bring me in for

7    four hour anymore, but allow me to come in at 2:00 to

8    relieve him to take a break, take a lunch break.

9        Q    Who was this other supervisor?

10       A    That's Billy Connor, another 204-B.  He

11   transferred to another state.

12       Q    And do you know of any other bulk-mail

13   assistant who has been called in for overtime without

14   Mr. Chadha interfering?

15       A    Not I know of.

16       Q    Were you paid the overtime for February 12th,

17   2005?

18       A    No.  I wasn't called in.

19       Q    Oh, you didn't actually work --

20       A    No.

21       Q    -- the overtime on February 12th, 2005?

22       A    No.

23       Q    Is that right?

24       A    Yeah.

25       Q    Okay.

186

1    A    Well, they said they had a no-call-in policy.

2    He make that policy.

3    Q    So --

4    A    He --

5    Q    So the reason that you were given about why you

6    couldn't be called in was because there was a policy

7    that Mr. Chadha had?

8    A    That's what I heard the supervisor say, that he

9    had a no-call-in policy.

10    Q    What is your understanding of the no-call-in

11    policy?

12    A    That he -- I don't know why he can represent

13    the management and the labor, labor union to make the

14    agreement that override the national agreement.

15    Q    So what is your understanding of the no-call-in

16    policy?  What is your understanding of what that policy

17    means?

18    A    What you mean?

19    Q    What is the policy?

20    A    The no-call-in policy?

21    Q    Right.

22    A    That mean he no call in, but the national --

23    Q    Let me just make sure I understand what you're

24    saying:  There is a policy that Mr. Chadha has that

25    applies to everyone that says -- or all the bulk-mail

187

1    assistants, and that is that you cannot be called in for

2    overtime; is that what you're saying?

3        A    That's what I heard.  And that required -- in

4    the document request that you provide me one, that he

5    instruct the supervisor not call in.

6        Q    So it's a policy that Mr. Chadha has that

7    relates to all the bulk-mail assistants?

8        A    I guess over all the motor vehicle, but which

9    is violate the contract.  The contract, he cannot make

10   the policy to override the national agreement.

11       Q    So it's a policy that applies to all of the

12   motor-vehicle-craft workers, so everyone who works in

13   that unit?

14       A    Okay.  The point is that --

15       Q    Can you answer my question.

16       A    I understand that.  I understand that.

17       Q    I'm not asking at this point -- I just want to

18   clarify.  I'm not asking whether or not it violates a

19   different policy.

20       A    Okay.  Okay.

21       Q    I want to understand what the no-call-in policy

22   means, who it applies to.

23       A    I assume to everybody.

24       Q    Everybody, you mean everyone in the

25   motor-vehicle-craft unit?

1    involved in any EEO before that, this 2003 EEO.  This is

2    my first EEO I know of.

3        Q    Do you believe that Mr. Chadha has retaliated

4    against you in any way for any EEO complaint that you've

5    filed?

6        A    Yeah.

7        Q    How?

8        A    Look at the 2005 schedule.  In 2004 -- 2003

9    schedule, he create that.  I have an EEO that.  And

10   follow that EEO complaint, because he don't pay me the

11   overtime that he do to me, and then I filed an EEO, and

12   also involved with the -- the -- the -- the -- that OFC

13   or something like that.

14       Q    So you believe that Mr. Chadha, in setting up

15   your 2005 schedule, set it up to retaliate against you

16   for prior EEO complaints?

17       A    Yes.

18       Q    Which EEO complaints?

19       A    2003 and the EEO followed that for the

20   overtime, the mediation that settle for him for pay me

21   for overtime in the 30 day, which he still refused to

22   pay me after the mediation.

23       Q    Any other -- is there any other type of

24   retaliation that you believe that you've experienced for

25   filing an EEO complaint?

202

1    A    That's all I know of.  Like, you know, even

2    right now.

3    Q    Okay.

4    A    Even right now they still harassing me.

5    Q    So let's talk about what you meant by

6    harassment in Exhibit 2, paragraph 8.  When -- what

7    harassment are you referring to?

8    A    Like they come to get me like 30 minute late.

9    Like Morris, when I complain about the schedule, they

10   don't even take out the master schedule; don't put in

11   there anymore.  Like when I say something to Debbie

12   Nail, F it, they try to discipline me when all the year

13   she say it to me.

14   Q    Anything else?

15   A    Even like recently that I have an accident,

16   little bit slight scratcher, and they tried to put me on

17   immediate training after -- it's about eight-hour

18   course.  They only put me in less than hour and a half.

19   When I come back, take out the dispatch after they

20   rushed me out to driving.  Mr. Paulk tell me to go out

21   to take out another mail, to come back before my regular

22   dispatch.

23       I told him "Look, let me -- I don't want to

24   rush, you know.  Let me do my own dispatch."  And they

25   said, no, they have to -- I have to -- make me go.  I

203

1    said, "No, you're stressing me out."

2        Q    Any other types of harassment?

3        A    Like same thing, like recently, that I was tell

4    them I'm on medication.  They will yell at me, "You go

5    home or take annual leave."

6        Q    Anything else?

7        A    And when I told them -- after ten hour working,

8    and I don't have to go -- but usually I go, but this

9    case he want me drop one and go the other way, and go

10   another place to pick one up that will postpone my lunch

11   hour.  And I told him, "Look, let me take a lunch right

12   now," because the regulations say after six hour if the

13   driver want to take a lunch, they have the right to take

14   a lunch.

15       But the supervisor tried to discipline me by

16   bring me to Chadha, told me, you know, I don't follow

17   his order to go to the place.  I just tell him, "Look,

18   that's my right."  Besides, I'm diabetic.  When my sugar

19   down, I have to put the insulin.

20       Q    So is there any other occasion that you can

21   think of of harassment?

22       A    Not right now.  All of a sudden I don't

23   remember.  That's all I remember right now.

24       Q    Let's go back to each of them that you've

25   described.  You said first that you -- that they had

                                                        204

1    come out to get you when you were late.

2         Are you referring to what you described earlier

3    during the deposition when we talked about Debbie Nail

4    and Mr. Scott trying to find you --

5    A    Yes.

6    Q    -- when you were -- when you were missing?

7    A    Yes.

8    Q    When you said that Mr. Morris harassed you by

9    taking away the master schedule after you pointed out a

10   mistake in his schedule, how did that -- how did taking

11   away the master schedule affect you?

12   A    So we don't have the information to get -- get

13   in hand to the people -- you know, that mean we can look

14   at a schedule.

15   Q    So you mean that there used to be a master

16   schedule that was provided to everyone; a copy was

17   provided to everyone?

18   A    No, not a copy.  In the office, the whole set

19   of them, for years.

20   Q    So there used to be a master schedule that was

21   available in Mr. Morris's office?

22   A    No.  In the traffic office.  The office that we

23   work in.

24   Q    And now that schedule is not available to

25   anyone?

205

1    A    It's not available for us in the traffic

2  control, but they have -- still have it on the dispatch

3  office, but in the different building.  They're required

4  to have another one too for years.

5    Q    And so the master schedule not being put up in

6  the office anymore makes it more difficult for you to

7  keep track of your schedule; is that what you're saying?

8  How are you affected by Mr. Morris --

9    A    Well, it's not really --

10   Q    Let me just finish my question.

11        How are you affected by Mr. Morris not putting

12  up the master schedule in the office?

13   A    What?  Inconvenient me or something?  Is that

14  what you said?

15   Q    I'm asking you -- okay.

16        So you've said that one form of harassment

17  is -- that you've experienced is that Mr. Morris took

18  away a master schedule that used to be posted in the

19  office.

20   A    Mm-hmm.

21   Q    Is that right?

22   A    Yes.

23   Q    And I'm asking you how has that affected you?

24  How does that impact you?

25   A    It's not much impact on me.

206

1      Q     So Mr. -- so what you're describing is that

2   your supervisor, who was Mr. Paulk at the time, required

3   you to go to the Regatta?

4      A     Mm-hmm.

5      Q     After you had had an accident?

6      A     A few days ago.  I have accident few days ago.

7      Q     Was he asking you to do something that is

8   outside your normal duties as a driver?

9      A     Yes, yes -- well, you know, it's still driving,

10  but instead -- you know, make me be late to my own

11  dispatch.  So I want -- I don't want to rush back and

12  then in a way, mistake happen, another accident, so I

13  don't want that happen.

14     Q     So it's not outside your -- it's not outside

15  the duties that you have as a driver to go -- to be told

16  to go to the Regatta?

17     A     It's not that.  Everybody have their own

18  dispatch.

19     Q     What do you mean by dispatch?  What do you mean

20  by dispatch?

21     A     Dispatch is your assigned -- the route you go.

22     Q     Okay.  Okay.

23     A     Okay?  And I start at 4:15.  4:45 I supposed to

24  go to the station, Berkeley station.  So, you know, by

25  the time I report, it be like 4:20, 4:30.  If I go to

1    Regatta, take you another 45 minutes.  You be late, you

2    know, for my own dispatch.

3        Q    Okay.

4        A    And then you try to be hurry and catch up, you

5    know, easy to make mistake.  So I said, "I'm kind of

6    nervous, you know.  Let me take it easy and do my own

7    dispatch."

8        Q    And you also talked about being yelled at when

9    you wanted to take medication or because you were taking

10   medication?

11       A    Yeah.

12       Q    Who yelled at you?

13       A    One of the Saturdays, Duffy, James Duffy.

14       Q    James Duffy?

15       A    Yeah.

16       Q    Is he your supervisor?

17       A    Yeah, he's a supervisor transportation.

18       Q    Is he your supervisor?

19       A    He's not my assigned supervisor, but, you know,

20   he working in tour three.

21       Q    And what exactly happened?

22       A    I told him, look -- he come in, he tell me to

23   take a load to like Fremont or something.  And I said,

24   "I'm on lunch.  I'm going to take a lunch.  I took a

25   medicine."  He said, "You're on medicine?  You go home."

210

1    You take annual leave or sick leave.  Come at me twice

2    on that.

3         I said, "You want me to go, I go.  Let me

4    finish my lunch, I go, you know."

5    Q    Did --

6    A    He said, "Oh, you're on medicine, you don't go.

7    You go home."

8         And the same thing like that --

9    Q    Were you required to go home on that occasion?

10   A    No, I don't require to go home, but, you know,

11   he said -- I told him, "Look, if you want to remove me,

12   you remove me.  I'm not going to cut myself."

13   Q    So that's what I'm asking you.  Did he remove

14   you --

15   A    No.

16   Q    -- and require you to go home?

17   A    No, he didn't, but he say it.

18   Q    Did he discipline you in any way?

19   A    No.

20   Q    And when did that occur?  What was the --

21   approximately around what time?  What day?  Was that

22   this year?

23   A    I don't remember exactly, but it was Saturday.

24   Q    Was it this year?

25   A    Yeah, this year.  I think it's last month or

211

1  something.

2      Q    Okay.

3      A    Because I have the medicine not long ago.

4      Q    And then you mentioned a third occasion

5  where -- oh, actually, I think this was the same

6  occasion, okay.

7          So on -- on this day when James Duffy spoke to

8  you, do you believe that he -- he asked you to go home

9  because of your race in any way?

10     A    No, I don't think so.  It's just a harassing

11 me.  That's all.

12     Q    So do you believe that this harassment that you

13 experienced was related to your race?

14     A    That I don't know.

15     Q    Has Mr. Duffy ever mentioned to you your race

16 or said anything to you about your race?

17     A    No.

18     Q    Has he ever said anything to you about your --

19 about your age?

20     A    No.

21     Q    And what about Mr. Paulk, do you believe that

22 his asking you to go to the Regatta before doing your

23 dispatch was related to your race?

24     A    That I don't know, but he sent another driver

25 to go to take the dispatch.  If that mail so important,

1    A    2005, 2003.  2003 is inhuman.  They have

2  operation.  Like --

3    Q    So just those two schedules, the 2003 and 2005

4  schedules, or are you referring to something in addition

5  to that?

6    A    The schedule after that.  Even 1990 -- all the

7  schedule up there.  They're inhuman.

8    Q    I'm trying to figure out what schedules you're

9  specifically referring to.

10    What schedules do you believe are a human-right

11  violation?

12    A    All my schedule, all my schedule.

13    Q    All your schedules as a bulk-mail assistant, or

14  all your schedules, period?

15    A    All my bulk-mail -- all my bulk-mail assistant

16  schedule.

17    Q    Did you file a grievance related to any of the

18  violations of the -- the collective bargaining

19  agreement?

20    A    No.  Actually, I learn after -- I don't -- we

21  normally don't have that national agreement.  Only shop

22  steward and the supervisor have it.  Usually the craft

23  member, they don't have it.  And after I file the EEO

24  and ask question, the shop steward went in and give me

25  one extra and let me study it.  That's why I filed all

222

1    the -- all the violation on there.

2        Q    So you didn't --

3        A    I didn't know that.

4        Q    -- file anything related to these violations of

5    the collective bargaining agreement through your union

6    or through the Postal Service?

7        A    No.

8        Q    And what about the human-rights violation that

9    you allege that we just discussed, did you file any

10   grievance related to those violations?

11       A    I didn't file before.  So I filed on this

12   complaint, on this lawsuit.

13       Q    So this lawsuit is the first time that

14   you've --

15       A    Yeah.

16       Q    -- articulated any human-rights violation?

17       A    Yes.

18       Q    Okay.

19       A    I also put in hate crime too.

20       Q    Has Frank -- Frank Taylor was your supervisor

21   at some point when you were a bulk-mail assistant?

22       A    Yes.

23       Q    That was approximately from 1999 to like 2004?

24       A    Somewhere in there, yes.

25       Q    Has Mr. Taylor ever referred to your race or

                                                        223

1   STATE OF CALIFORNIA        )

2                             )

3   COUNTY OF SAN MATEO        )

4            I hereby certify that the witness in the

5   foregoing deposition of JEFFREY TAM, was by me duly sworn

6   to testify to the truth, the whole truth and nothing but

7   the truth, in the within-entitled cause; that said

8   deposition was taken at the time and place herein named;

9   that the deposition is a true record of the witness's

10  testimony as reported by me, a duly certified shorthand

11  reporter and a disinterested person, and was thereafter

12  transcribed into typewriting by computer.

13           I further certify that I am not interested in

14  the outcome of the said action, nor connected with, nor

15  related to any of the parties in said action, nor to

16  their respective counsel.

17           IN WITNESS WHEREOF, I have hereunto set my hand

18  this 26th day of December, 2007.

19

20           _Carye C. Torres/s_ _ _ _ _ _

21           CARYE C. TORRES, CSR #10685

22           STATE OF CALIFORNIA

23

24

25

                                                          241

**U.S. Postal Service**
**ROUTING SLIP**

| To: | Office or Room No. | |
|---|---|---|
| 1 | Mr. Larouche | |
| 2 | | ☐ Approval ☐ Signature ☐ Comment ☐ See Me ☐ As Requested ☐ Information |
| 3 | | ☐ Read and File ☐ Necessary Action ☐ Investigate ☐ Recommendation |
| 4 | | |
| 5 | | |

From: ___

Date: 5/28/02

Remarks:

I request to return to be a trailer-trailer operator and I thank you for your enlargement

ITEM O-13, April 1998    (Additional Remarks on Reverse)

---

**U.S. Postal Service**
**ROUTING SLIP**

| To: | Office or Room No. | |
|---|---|---|
| 1 | Mr. Parcel | |
| 2 | | ☐ Approval ☐ Signature ☐ Comment ☐ See Me ☐ As Requested ☐ Information |
| 3 | | ☐ Read and File ☐ Necessary Action ☐ Investigate ☐ Recommendation ☐ Prepare Reply |
| 4 | | |
| 5 | | |

Date: 5/28/02

Remarks:

I request to return to be a trailer-trailer operator and I thank you for your enlargement

RECEIVED
FEB 3 2005
MANAGER
TRANSP. & NETWORKS
OAKLAND CA

EXHIBIT 3
WITNESS J. Tayn
CONSISTING OF 1 PAGES
DATE 12-12-07
BEHMKE REPORTING & VIDEO SERVICES

ITEM O-13, April 1998    (Additional Remarks on Reverse)

First

EXHIBIT 11
WITNESS J. Tam
CONSISTING OF 1 PAGES
DATE 12-12-07 PLTF. DEF.
BEHMKE REPORTING & VIDEO SERVICES

Virginia Glover:
Manager, Human Resources

PERSONNEL 02-44-1513-06

I am Jeffrey Tam, my current position is Bulk Mail Assistants at Transportation Network. Before that. I was tractor - trailer operator in the same unit.

Because of my personal reason that I want to be reassign to be tractor - trailer operator again. Since there are residual vacancies that I hope I could bid on one of the position.

I Thank you for your arrangement.

First

IF-946-0004-05



RECEIVED
FEB 3 2005
MANAGER
TRANS & NETWORKS

February 1, 2005

Keith Inouye, Manager Transportation & Networks
Balvinder Chadha, Network Administrator
Bernard Roberson, Shop Steward

I request to be reassigned as a Part-Time-Flexible Motor Vehicle Operator and Tractor

Trailer Operator, per Article 39, Collective Bargaining Agreement.

This is my second request (Please see attached).

| EXHIBIT | 5 | PLTE DEFT. |
|---|---|---|
| WITNESS | J. Tam | |
| CONSISTING OF | 1 | PAGES |
| DATE | 12-12-07 | |

BEHMKE REPORTING & VIDEO SERVICES

Jeffery Tam
Bulk Mail Assistant

attachment

CC: Richard J. Blancas - Senior Plant Manager
Fred Jacobs - President APWU Local 78

Exhibit 4
Page 1 of 4

21

**Instructions:** Complete the following form to submit your reassignment request. Each request can only be for one district and up to five offices and positions within that district. Requests for multiple districts must be submitted as separate requests.

**Note:** *Employees who receive a reassignment will be accepting a position as a PTF except for some maintenance and automotive mechanic positions.*

---

- • - You must enter a supervisor name OR
- • - You must select a supervisor name from the drop down and click the select button.
- • First Position - You can not submit a reassignment request to your current office.

---

    * Denotes Required Field

| ? | **Employee Name:** | TAM, JEFFREY W |
| ? | **Employee ID:** | 03163160 |
| ? | **Employee SSN:** | XXX-XX-3269 |

EXHIBIT ___6___

WITNESS *J. Tam*

CONSISTING OF _4_ PAGES

DATE _12-12-07_

BEHMKE REPORTING & VIDEO SERVICES

PLTE
DEPT.

This is your official address on file. You can change your address for this request, however, it will not change your official address. Please contact your local personnel office if there are official changes.

| ? | **\* Home Address:** | 408 YORKSHIRE RD |
| ? | **\* Home City:** | ALAMEDA |
| ? | **\* State:** | California |
| ? | **\* ZIP Code:** | 94501 |
| ? | **ZIP+4:** | 6041 (optional) |
| ? | **Email Address:** | (optional) |
| ? | **Daytime Phone Number:** | (optional) |

---

| ? | **\* Supervisor Name:** | BENAVIDES, GLORIA V  [Select] |
| | | OR |
| ? | **\* Supervisor Phone Number:** | (510) 874-8243 |
| ? | **Current District:** | Bay - Valley District |
| ? | **Current Office:** | OAKLAND PROC/DIST CTR |
| ? | **Current Position:** | VEHICLE OPRNS ASST BULK MAIL, Level 06 |

Reassign Submit Request Page

| | | |
|---|---|---|
| ? | **City:** | OAKLAND |
| ? | **State:** | CA |
| ? | **ZIP Code:** | 94615 |
| ? | **ZIP+4:** | 9994 |

| | | |
|---|---|---|
| ? | **Enter on Duty Date:** | 12/27/1980 |
| ? | **Seniority Date:** | 12/27/1980 |
| ? | **Months at Current Location in Present Craft:** | 18 or more |
| ? | **Pay Location:** | 068 |

| | | |
|---|---|---|
| ? | **Driver License Number:** | ▓▓▓▓▓▓ (optional) |
| ? | **Driver License State:** | California (optional) |
| ? | **Driver License Expiration Date:** | 06/09/2007 (mm/dd/yyyy) (optional) |
| ? | **Qualifying Exams:** | Class-A (optional) |

Click the buttons below to search for positions. Office(s) and position(s) should be selected in order of preference. Each request can only be for one district and up to five offices and positions within that district. Requests for multiple districts must be submitted as separate requests. You must specify an office and position when requesting a reassignment.

| | | |
|---|---|---|
| ? | **\* District:** | Bay - Valley District  [Change District] |

**First Choice:**

| | | |
|---|---|---|
| ? | **\* Office:** | OAKLAND PROC/DIST CTR (CA)  [Change Office] |
| ? | **\* Position:** | TRACTOR TRAILER OPERATOR, LEVEL 07 |

---

**Second Choice:**    Choose from Office Listing

| | | |
|---|---|---|
| ? | **Office:** | [Select Office] |
| ? | **Position:** | You must first select an Office. |

**Third Choice:**     Choose from Office Listing

[?]     **Office:**     [dropdown]
        Select Office

[?]     **Position:**     You must first select an Office.


**Fourth Choice:**     Choose from Office Listing

[?]     **Office:**     [dropdown]
        Select Office

[?]     **Position:**     You must first select an Office.


**Fifth Choice:**     Choose from Office Listing

[?]     **Office:**     [dropdown]
        Select Office

[?]     **Position:**     You must first select an Office.


**Privacy Act:**     Please read the following.

The collection of this information is authorized by 39 USC
401 and 1001.  This information will be used to process your
request for reassignment.  As a routine use, the information
may be disclosed to an appropriate government agency,
domestic or foreign, for law enforcement purposes; where
pertinent, in a legal proceeding to which the USPS is a party


If you are not finished with the request and want to complete it later, click the
following button to save the request as a draft.

Save Draft

---

If you would like to delete this request, click the following button.

Delete Draft


If you would like to submit this request to the district where you requested
reassignment, click the following button.

Submit

 **UNITED STATES POSTAL SERVICE**

Home

**JEFFREY TAM**

**Announcement Number:  118277**

**Date of Application:  5/31/2005**

Based on your responses to the assessment questionnaire, you have received an
eligible rating of 81 for a Motor Vehicle Operator position. You will receive the results
of your assessment within the next couple of weeks. Thank you for applying.

( Print > )    ( Return to Jobs > )

 POSTAL INSPECTORS    **site map    contact us    government services    jobs    National & Premier Accounts**
Preserving the Trust                    Copyright © 1999-2003 USPS. All Rights Reserved. Terms of Use  Privacy Policy 

**UNITED STATES**
**POSTAL SERVICE**

September 15, 2005

EXHIBIT         8
WITNESS      J. Tam                    PLTF.
CONSISTING OF                          DEFT
DATE          1        12-12-07        PAGES
BEHMKE REPORTING & VIDEO SERVICES

JEFFERY TAM
408 YORKSHIRE ROAD
ALAMEDA CA 94501

This is in reference to your request for reassignment within the Oakland Processing & Distribution Center. We are pleased to inform you that you have been accepted for the following position:

Office name:    Oakland Processing & Distribution Center
                1675 7th Street
                Oakland CA 94615-9998

Position:       PTF, Motor Vehicle Operator, Level 6
                Tour 2, Pay Location 069

Report to:      Balvinder Chadha, Manager PVS Operations

The effective date of your reassignment will be Saturday, September 17, 2005.

You are scheduled for Drivers Training on Tuesday, September 20, 2005, from 7:00 a.m. to 3:30 p.m. at 1155 7th Street, Oakland, CA.

Should you have any questions, please contact me at the address listed below. Thank you for your interest in reassigning within the Oakland Processing & Distribution Center.

Sincerely,

GWENDOLYN M MCCLURE
HUMAN RESOURCES SPECIALIST
1675 7TH STREET RM 431,
OAKLAND, CA 94615-9422

BAY-VALLEY DISTRICT EEO OFFICE
REDRESS™ - DISPUTE RESOLUTION

*UNITED STATES POSTAL SERVICE*

| EXHIBIT | 9 | PLTF DEFT |
| WITNESS | J. Tam | |
| CONSISTING OF | | PAGES |
| DATE | 12-12-07 | |

BEHMKE REPORTING & VIDEO SERVICES

## SETTLEMENT AGREEMENT FORM

**USPS CASE #:**  1F-946-0113-03
**Date of Mediation:**  Wednesday, October 22, 2003
**Mediator Invoice #:**  04-PAC-0870-003

## IN THE MATTER OF MEDIATION BETWEEN

Counselee:  Jeffrey Tam
Management Official:  Balvinder Chadha, TNA    Keith Inouye, MT/N

Any alleged breach arising out of the implementation of or compliance with this settlement agreement must be reported in writing to the EEO Office within 30 days of the alleged breach.

THIS AGREEMENT     DOES/DOES     NOT NEED TO BE APPROVED BY:
_____     (e.g., union official, management official, labor relations, etc.)

## AGREEMENT

As A Complete and final settlement of the subject matter, and without prejudice to the position of the parties in this or any other case, and with the understanding that it will not be cited in other proceedings, by the counselee, the counselee's representative (if any), and/or the union, the following resolution has been entered into by the parties.   It is mutually agreed between the parties that this matter be resolved as follows:

- MANAGEMENT OFFERED AND JEFFREY AGREED TO A 4:30 AM STARTING TIME ON THURSDAYS AND FRIDAYS EFFECTIVE TOMORROW MORNING.

- JEFFREY WILL SUBMIT SUGGESTIONS FOR REVISED CLERK SCHEDULE BY FRIDAY, OCTOBER 31, 2003.

- MANAGEMENT WILL MEET WITH JEFFREY AT THE TIME OF SUBMITTAL TO DISCUSS THE PROPOSED SCHEDULE.

Initials:

| _____ | Counselee | _____ | Mgt. Official | _____ | Mediator |
| | Counselee's Rep. | | Mgt. Official | | |
| | Union Rep. | | Mgt. Official Rep. | | |

WITNESS _____
CONSISTING OF   13          PAGES
DATE   12-12-07
BEHMKE REPORTING & VIDEO SERVICES

| US. Postal Service **Information for Pre-Complaint Counseling** | Certified Mail No. 70041350000003307377 | Date Mailed    or    Hand Delivered on October 26, 2004 |
|---|---|---|
| | By *(Initials)* MY | Case No. PRE-001686-2005 |

On 10/26/2004 you requested an appointment with a Dispute Resolution Specialist.

1F-946-0004-00

RECEIVED

**Important: Please read.** You should complete this form and return it to the EEO office *within 10 cale...* ...notification that you will receive regarding the necessity for you to complete this form.

## A. Requester Information

| Name *(Last, First, MI)* | Social Security No. | Home Telephone No. |
|---|---|---|
| **TAM, JEFFREY** | | BAY VALLEY DISTRICT |

Your Mailing Address
**406 YORKSHIRE ROAD,**     **ALAMEDA, CA 94501-6041**

EEO DISPUTE RESOLUTION

| Name of Postal Facility Where You Work **OAKLAND   TRANSPORTATION NET** | City Where Facility is Located *OAKLAND* | Office Telephone No. (510) 874 8433 |
|---|---|---|
| Address of Postal Facility 1675 7⁻ ST OAKLAND | | Email Address* |
| Employment Status *(Check One)* ☐ Applicant ☐ Casual ☐ TE ☒ Career | Position Title BULK MAIL ASSISTANT | Grade Level PG 6 |
| Pay Location EG4 | Tour 1,2,3 | Duty Hours | Off Days *(If Tour I, Show Nights Off)* TUESDAY / WEDSDAY | Time in Current Position years 5   months 5 |
| Your Supervisor's Name FRANK TAYLOR. | | Supervisor's Title TRANSPORTATION NETWORK | Supervisor's Telephone No. (510) 874 8243 |

*Providing this information will authorize the U/S. Postal Service to send you important documents electronically.

## B. Discrimination Factors

Prohibited discrimination includes actions taken based on your **Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or in Retaliation** *(actions based on your participation in prior EEO activity)*. These categories are referred to on this form as factors
What factor(s) of Discrimination are you alleging? (Please be specific, i.e., Race-(African American), Sex-(Female).

Race  (Chinese)

*For Retaliation Allegations Only.* If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity that you feel caused you to be retaliated against.

1. On _____, I engaged in EEO activity. Case No.: _____
   (Month, Day, Year)

2. On _____, I engaged in EEO activity. Case No.: _____
   (Month, Day, Year)

## C. Description of Incident/Action

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On September 2-3, 20 04
    Month, Day          Year

On Sep 2-3 MR Iwouye approached and in this date me that I might expect the system
I reply to him that I can run the operation better than the CMR Iwouye said denied my
promotion many time in the past. He said that that we only out aspect
After MR Iwouye's malicious confrontation I left very stressful I even everyday
On oct 15 meet with MR Iwouye at his office. I demanded an explanation. Jathy he
said I might the system. MR Iwouye did not give me any answer
I also asked him about the other aspect that I am not qualify. He said that
he select people for the position who should able to learn the administration
procedure. I said To him that they tell me I can't teached and earn my
AA and BS degree that I can not learn. MR Iwouye saied To me that some
of it even you have PH.D still can not do.

PS Form 2564-A, March 2001 (Page 1 of 3)

Counselor's Report
Page 12 of 27

**mparisons**

...lain why, based on the factors you cited in Section B, you believe that you were treated differently than other employees or applicants in similar situations.

1. _DELLEY, BARBARA_          _BLACK, FEMAL_
   (Name of Employee)                (Factor(s) describing employee, i.e., Race-Black, Sex-Female)

was treated differently than I when: _I was Malicious intimidated_

2. _JONES, WILLIAM_          _BLACK MALE_
   (Name of Employee)                (Factor(s) describing employee, i.e., Race-Black, Sex-Female)

was treated differently than I when: _I was malicious intimidated_

3. _STATEN, WOODROW_          _BLACK MALE._
   (Name of Employee)                (Factor(s) describing employee, i.e., Race-Black, Sex-Female)

was treated differently than I when: _I was malicious intimidated_

---

**E. Official(s) Responsible for Actions(s)**

List the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1a. Name _MR Keith Traupe_ | b. Title _TRANSPORTATION Net Work manager._ |
| c. Office _207_ | d. Grade Level _23_ |
| 2a. Name | b. Title |
| c. Office | d. Grade Level |

Retaliation Allegations Only:  Was/were the official(s) listed in Section E (above) aware of your prior EEO activity?

☐ Yes  ☒ No      If yes, explain how the official(s) became aware of your prior EEO activity.

---

**F. Resolution Sought:**

What are you seeking as a resolution to your pre-complaint?

_Be fair. I will reserve my right to seek for monetary damage._

---

**G. Grievance/MSPB Appeal**

On the incident that prompted you to seek EEO counseling, have you:

1. Filed a grievance on the issue?    ☐ Yes  ☒ No      If yes, _____
                                                                    (Date)         (Current Step)

2. Filed a MSPB appeal on this issue?  ☐ Yes  ☒ No      If yes, _____
                                                                    (Date Appeal Filed)

PS Form 2564-A, March 2001  (page 2 of 3)

anymily
have the right to remain anonymous during the pre-complaint process.

Do you desire anonymity?        ☐ Yes        ☒ No

### Representation

u have the right to retain representation of your choice.    (Check One)

☑ I waive the right to representation at this time.    OR        ☑ I authorize the person listed below to represent me.

| Name of Representative | | Representative's Title |
|---|---|---|
| MR Bernard Roberson | | Steuard. |
| Organization | Telephone No. | Email Address* |
| | (510) 520 2433 | |
| Mailing Address (Street or P.O. Box, City, State and Zip +4) | | |

*Providing this information will authorize the U. S. Postal Service to send your representative important documents electronically.

### J. Documentation

Please attach any documentation you wish to submit to support your allegation(s).  Include a copy of any written action(s) that caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, it is important for you to submit medical documentation of your disability during the pre-complaint process.

### K. Privacy Act Statement

This information. The collection of this information is authorized by the [...] Opportunity Act of 1972, 42 U.S.C. 2000e-16; The Age [...] ment Act of 1967, as amended, 29 U.S.C. 633a; The [...] amended, 29 U.S.C. 794; and Executive Order [...] information will be used to adjudicate complaints of [...] and to evaluate the effectiveness of the EEO program. [...] this information may be disclosed to an appropriate [...] proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a

congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for Investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act.  Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

### L. Authorization

I am aware that the claim(s) contained herein shall by-pass the pre-complaint process if like or related to a formal complaint that I have already filed, or if the claim(s) constitutes a spin-off complaint.  (A spin-off complaint contests the manner in which a previously filed complaint is being processed.)  In completing this PS Form 2564-A, Information for Pre-Complaint Counseling, I recognize that the Manager, Dispute Resolution, will review the claim(s) contained herein and determine how they shall be processed.   I will be notified, in writing, if the Manager determines that my claim(s) shall be processed as amendments or appendages to a formal complaint that I have already filed.

Please Print Your Name Here

JEFFREY W TOM

Your Signature

| | Date Signed |
|---|---|
| | 11/4/04 |

Please Return This Form To:

JUDY MARTINEZ
MANAGER, EEO DISPUTE RESOLUTION
P O BOX 23445
OAKLAND, CA  94623-3445

PS Form 2564-A, March 2001  (page 3 of 3)

![USPS Logo] **UNITED STATES POSTAL SERVICE** ™

# Privacy Act Notice for EEO Discrimination Complaint - Interview

Case No.

## Privacy Act Notice

**Privacy Act Notice.** The collection of this information is authorized by The Equal Employment Opportunity Act of 1972; 42 U.S.C.2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. 633a; The Rehabilitation Act of 1973, as amended, 29 U.S.C. 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses,

grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

Signature of Counselee



Date    11/5/04

PS Form 2563-A, November 1999

Counselor's Report
Page 15 of 27

 **UNITED STATES POSTAL SERVICE** ™          Allegations of Discrimination Based on Age

The Age Discrimination in Employment Act of 1967, as amended, (ADEA) prohibits discrimination in employment on the basis of age (40 years or older). The ADEA allows persons claiming age discrimination to go directly to court without going through an agency's administrative complaint procedures. The following information is being provided to you to explain the procedures concerning age discrimination.

If your complaint alleges age discrimination, you may bypass the administrative complaint process by electing not to file a formal complaint and instead filing a civil action in an appropriate U.S. district court. Before filing suit in U.S. district court, you must file a notice of intent to sue with the Office of Federal Operations, Equal Employment Opportunity Commission. You must file the notice within 180 calendar days of the date of the action alleged to be discriminatory. Once you have timely filed the notice of intent to sue, you must wait at least thirty (30) calendar days before filing a civil action.

Notices of intent to sue must be mailed to the EEOC at the following address:

        FEDERAL SECTOR PROGRAMS
        OFFICE OF FEDERAL OPERATIONS
        EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
        P.O. BOX 19848
        WASHINGTON, D.C. 20036-9848

hand delivered to:

        FEDERAL SECTOR PROGRAMS
        OFFICE OF FEDERAL OPERATIONS
        EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
        1801 L STREET, N.W.
        WASHINGTON, D.C. 20507

or facsimile to:

        FEDERAL SECTOR PROGRAMS
        OFFICE OF FEDERAL OPERATIONS
        (202) 663-7022.

The notice of intent to sue should be dated and must contain the following information:

1). Statement of intent to file a civil action under section 15(d) of the Age Discrimination in Employment Act of 1967, as amended;
2). Name, address, and telephone number of the employee or applicant;
3). Name, address, and telephone number of the complainant's designated representative, if any;
4). Name and location of the Postal facility where the alleged discriminatory action occurred;
5). Date on which the alleged discriminatory action occurred;
6). Statement of the nature of the alleged discriminatory action(s); and
7). Signature of the complainant or the complainant's representative.

If, however, you choose to file a formal, administrative complaint, you must exhaust administrative remedies before proceeding to court. 29 C.F.R. §1614 provides that a complainant exhausts administrative remedies under the ADEA either: (1) 180 days after filing a complaint, if the Postal Service has not issued a decision and an appeal has not been taken; or (2) after a final decision by the Postal Service; or (3) 180 days after filing an appeal with the EEOC; or if the EEOC has not issued a decision; or (4) after the EEOC issues a decision on appeal.

| Signature of Counselee | | Date | Signature of Counselor |
|---|---|---|---|
| | | | |

PS Form 2563-B, November 1999



 **UNITED STATES POSTAL SERVICE** ™    Withdrawal of Complaint of Discrimination    | Case No.

I, _____ , do hereby voluntarily withdraw

☐    my request for EEO counseling or formal EEO complaint in its entirety.

☐    the following allegation(s) ONLY:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I fully understand that by withdrawing the complaint or allegation(s) I have withdrawn, I am waiving my rights to any further appeal of this allegation(s) through the EEO process. I further stipulate that my withdrawal did not result from threat, coercion, intimidation, promise or inducement.

Privacy Act Notice

**Privacy Act Notice.** The collection of this information is authorized by The Equal Employment Opportunity Act of 1972; 42 U.S.C.2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. 633a; The Rehabilitation Act of 1973, as amended, 29 U.S.C. 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for Investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

Signature of Complainant                              | Date

_(signature)_                                        | 11 / 05 / 05

PS Form 2564-C, November 1999

**UNITED STATES**
**POSTAL SERVICE** ™

## Agree to Extend 30-Day EEO Counseling Process

Case No.

I _____, in accordance with 29 C.F.R. 1614.105(e), hereby agree to postpone the final interview and to extend the informal counseling process for an additional 60-day period. In signing this agreement, I understand that I retain my right to file a formal complaint if the mater(s) which I raised during counseling are not resolved within 90 calendar days from the date of my first contact with the EEO office, and at anytime thereafter up to 15 calendar days after my receiving my notice of right to file a discrimination complaint.

### Privacy Act Notice

**Privacy Act Notice.** The collection of this information is authorized by The Equal Employment Opportunity Act of 1972; 42 U.S.C.2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. 633a; The Rehabilitation Act of 1973, as amended, 29 U.S.C. 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses,

grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for Investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.



Signature of Counselee

Date    11/4/04

PS Form 2567-A, November 1999

**UNITED STATES**
**POSTAL SERVICE** ®

Certification of Receipt — Publication 133

## Privacy Act Notice

**Privacy Act Notice.** The collection of this information is authorized the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Disrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

## Certification of Receipt — Publication 133

I hereby certify that on this date I received a copy of Publication 133, *What You Need to Know About EEO,* to keep for my personal records.

Signature of Recipient

Date 11/4/04

**Note:** Recipient, when you receive this form by mail, please sign and return it to the EEO Office at the same time you return your completed PS Form 2564-A, *Information for Pre-Complaint Counseling.*

## Certification of Service — Publication 133

I hereby certify that on this date, Publication 133, *What You Need to Know About EEO,*

was mailed to _____

via Certified Mail No. _____

or delivered by hand to _____

Signature of Server

Date 11/4/04

PS Form 2563-A, March 2001

PRE 001333-2005

MR Ivory denied my request for reassignment. But he allow other clerbs to do so ( MR Neal. MR Davis and MR Clark. )

MR Ivory set up and allow the schedule that way not fair and reasonable to me. On Thursday and Friday there are two clerks are scheduled day off. one at Tour one (2300 hours) one at Tour Two (0700 hours) They have to schedule me to cover Tour one. That make me schedule are Saturday and Sunday start at 0700 hours. Monday starts at 1500 hours Thursday and Friday start at 2300 hours. That is really unfair and is harmful to my body.

Before the annual sign up. I brought that to my supervisor MR Taylor's attention. After the sign up and worked the schedule. but it hard for me to adjust. I brought this to MR Chadha's attention. That I am a diabetic, it is hard for me to this kind of time schedule. MR Chadha said

①

to me that it is my bid and do not use my health condition to get out of it (I have the lowest seniority at traffic control I have to take what ever left)

I then take this to MR Inouy all he said to me was that they cannot do this to you, Let me look into it. But nothing to be done. I filed an EEO complaint. They only allow me to start at 0430 hours on Thursday and Friday, not my request on 0700 hours. Make no mistake they are intend to get me!

One of the incident that I felt MR Inouy unfair and repress to me. One of the noonday (I start at 1500 hours) at 1500 hours. I found out that my TV cord was cut in half. at 1545 hours. I saw MR Sonny Singh at the door way (the room next to the traffic control room) MR Singh was supervisor on tour two (he get off at 1530) and MS Barara Delly state that she left that at 1520 and turn off. The

TV. (MS Delly get# at 1530) during that time there were no other people come up. Only people at the traffic control office were me, MR Thomas and MR Delly.

I myself, MR Thomas and MS Delly wrote up a statement. I gave one set of statement copy to supervisor MR. Orozco and request investigation on the incident (MR Orozco pressed me not to file the complaint. If I do my TV will be taken away) — I file the complaint. I also reported the incident to the Postal Police and I reported this to me Inouy with the statements. MR Inouy asked me if I saw MR Singh do it. I did not saw he cut it, but the timing and MR Singh had the mouline to cut it MR Inouy said that could MS Delly. It doesn't matter who cut it. there should be an invesgation to find out who did it that was the work place violence. But MR Inouy refused to investigate the matter

There was another incident that MR Chadha Threaten Supervisor MR Paulk that if he brought me in for Over Time. The incident was MR Staten called in sick There was no clerk work at traffic control. MR Paulk Called me in Four hours earlier on Saturday. After MR Chadha know about it, he called MR Paulk at home to harrass and Threaten MR Paulk, if him bring me in Again. MR Chadha will gave him a letter of Warning. MR Paulk stop to bring me in the next day Even there was no clerk at Tour one.

MR Chadha also called MR Conner (supervisor Tour one) at home to stop bring me in to work over time one week end. MR Staten called sick. MR Conner brought me 4 hours at Saturday. And Told me To come in at Sunday. MR Singh (Tour two supervisor) hear that and inform MR Chadha about MR Conner about To bring me in for overtime

E - 061686-2005

About three hours later MR Conner called me at work. said MR Chadha did not want me to come in at Sunday.

Another incident that I was discriminate and retaliated against. That I requested to Correct the Mistake on the master schedule (there were many mistakes have been made on the schedules) My request was to Correct the month on the schedule which should be Octobery not September. But I was yell at by Supervisor MR Morris said it made no difference as long as the days were right. I told him that I want the correct information so I can file grievance. After they learned about I make Copy on the schedule. They retaliate. by remove the master schedule from the traffic Control. MR. Morris also schedule other Clerk for 7 days (MR Morris, MR Jones and MS Dally are Black) But does not schedule me for 7 days

⑤