# Exhibit A

# AGREEMENT

between
United States Postal Service
and
American Postal Workers Union,
AFL-CIO

## 2000–2003

Handbook EL-912

Case 3:07-cv-02747-SI    Document 51-2    Filed 05/23/2008    Page 2 of 5

Article 39.1

## ARTICLE 39
## MOTOR VEHICLE CRAFT

| Section 1. | Seniority |
| Section 2. | Posting |
| Section 3. | Special Provisions |

### Section 1. Seniority

#### A. Introduction

1. The U.S. Postal Service and the Motor Vehicle Craft Division, APWU, AFL-CIO, agree to the following seniority principles which replace all former rules, instructions and practices.

2. This Article continues relative seniority standings properly established under past instructions, rules, practices and agreements and this Article shall be so applied. Seniority standings so established shall not be changed except to correct an error. If an employee requests a correction of seniority standing, it is the responsibility of the requesting employee to identify and restate the specific instructions, rule or practice in support of the request.

3. Service seniority is based on total part-time or full-time service in the Motor Vehicle Craft regardless of occupational codes and levels. It begins with an appointment to the regular work force in the Motor Vehicle Craft.

221

Article 39.1.B.7

vacancies, the selection method will be best qualified from any other position.

e. Employees bidding pursuant to Article 39.2.A.7, may bid only those duty assignments that have the same position designation.

7. Motor Vehicle Operators and Tractor-Trailer Operators:

   a. Full-time regular tractor-trailer operators bidding for PS-6 tractor-trailer assignments shall be assigned before posting any vacant level 6 assignment for bids by full-time regular level 5 operators.

   b. Remaining PS-6 tractor-trailer assignments shall be filled by promoting the senior qualified PS-5 motor vehicle operator who bids.

   c. A PS-6 tractor-trailer operator may bid in competition with a PS-5 motor vehicle operator for a PS-5 motor vehicle operator assignment.

   d. Seniority for preferred assignments is retained upon change from a motor vehicle operator to a tractor-trailer operator, or the reverse.

   e. For purposes of conversion to full-time, part-time flexible Motor Vehicle Operators will be placed together with part-time flexible Tractor-Trailer Operators (TTO) on the same Roll. When the opportunity for conversion to a vacant TTO position exists, the senior TTO qualified part-time flexible, regardless of level, will be converted and placed into the vacant full-time position. When the opportunity for conversion to a vacant Motor Vehicle Operator

Article 39.1.B.10

position exists, and the senior part-time flexible is a Motor Vehicle Operator, he/she will be converted and placed into the position. If the senior part-time flexible is a Tractor-Trailer Operator, he/she will be given the option of accepting the conversion. If the conversion is declined, the next senior part-time flexible will be converted (if the employee is a Motor Vehicle Operator) or will be given the option (if the employee is a Tractor-Trailer Operator). This procedure will continue until the position is filled or until all part-time flexibles on the list have been considered.

8. **Motor Vehicle Operations New in Installation.** In an installation which has had no motor vehicle operations assignment, any such newly established motor vehicle operator or tractor-trailer operator assignments shall be awarded to qualified vehicle maintenance service applicants who are employed in the same installation. The provisions of Article 12, Section 5.C.7, shall be complied with before application of this paragraph.

9. When tractor-trailer assignments are established, motor vehicle operators who are not qualified to drive tractor-trailers, will be given on-the-clock training, starting with the senior motor vehicle operator.

10. When filling Motor Vehicle Craft assignments other than those identified in 2.A.11 below, the service seniority of Motor Vehicle Craft employees who submit an application and meet the qualification standards established for that position will be considered in keeping with the provisions of Article 33.

227