# Exhibit B

# AGREEMENT

between
United States Postal Service
and
American Postal Workers Union,
AFL-CIO

# 2000–2003

Handbook EL-912

Article 39.1

## ARTICLE 39
## MOTOR VEHICLE CRAFT

| | |
|---|---|
| Section 1. | Seniority |
| Section 2. | Posting |
| Section 3. | Special Provisions |

**Section 1. Seniority**

**A. Introduction**

1. The U.S. Postal Service and the Motor Vehicle Craft Division, APWU, AFL-CIO, agree to the following seniority principles which replace all former rules, instructions and practices.

2. This Article continues relative seniority standings properly established under past instructions, rules, practices and agreements and this Article shall be so applied. Seniority standings so established shall not be changed except to correct an error. If an employee requests a correction of seniority standing, it is the responsibility of the requesting employee to identify and restate the specific instructions, rule or practice in support of the request.

3. Service seniority is based on total part-time or full-time service in the Motor Vehicle Craft regardless of occupational codes and levels. It begins with an appointment to the regular work force in the Motor Vehicle Craft.

**Article 39.1.B.5.b**

his personnel folder, the employee receives seniority credit for past service for the time on the disability retirement or for illness if reinstated or reemployed in the same postal installation and craft and in the same or lower PS salary level from which originally separated; provided application for reinstatement or reemployment is made within six months from the date of recovery. The date of recovery in the case of disability retirement must be supported by notice of recovery from the Bureau of Retirement Insurance and Occupational Health, Office of Personnel Management, and in the case of resignation due to illness, by a statement from the applicant's attending physician or practitioner. When reinstatement is to the part-time flexible roll, standing on the roll shall be the same as if employment had not been interrupted by the separation.

b. **Restoration.** On restoration in the same craft in the same installation after return from military service, transfer under letter of authority or unjust removal, an employee shall regain the same seniority rights such employee would have if not separated.

c. **Reassignment and Return in 90 Days.** A full-time regular or part-time flexible employee, voluntarily reassigned from one craft to another or from one occupational code to another within the motor vehicle craft at the same installation with or without change in PS salary level, who is voluntarily reassigned within 90 days back to the former craft, position designation, and salary level, or occupational code within the motor vehicle craft retains seniority previously acquired