# Exhibit A

1999 → 2002

DET2

1F-946-0004-05

| WEEKLY DETAIL | PAY PERIOD 3 | | WK 2 | | FY 01 | | |
|---|---|---|---|---|---|---|---|
| TRANSPORTATION OPERATIONS OAKLAND CA 94615-9761 | DPP 8 | DPP 9 | DPP 10 | DPP 11 | DPP 12 | DPP 13 | DPP 14 |
| | *** MONTH (Inclusive) | | | JANUARY | | | |
| EMPLOYEES NAME | SAT 20 | SUN 21 | MON 22 | TUE 23 | WED 24 | THU 25 | FRI 26 |
| ********** MANAGER TRANSPORTATION NETWORKS ********** | | | | | | | |
| INOUYE, KEITH | SDO | SDO | 2 0600 | 2 0600 | 2 0600 | 2 0600 | 2 0600 |
| ********** NETWORKS ADMINISTRATOR ********** | | | | | | | |
| ZIMMERMAN, MICHAEL | 2 0600 | SDO | SDO | 2 0600 | 2 0600 | 2 0600 | 2 0600 |
| ********** CENTRAL VEHICLE CONTROL OFFICERS ********** | | | | | | | |
| ALEXANDER, WILLIE   S/L | SDO | SDO | S/L | S/L | S/L | S/L | S/L |
| PAULK, LUCIOUS | 1 2300 | 1-2300 SDO | SDO | 1 2300 | 1 2300 | 1 2300 | 1 2300 |
| DUFFIE, JAMES | 2 0700 | 2 0700 | 3 1500 | 3 1500 | 3 1500 | STO-0700 SDO | SDO |
| ********** DETAILED - CENTRAL VEHICLE CONTROL OFFICERS ********** | | | | | | | |
| OROZCO, HENRY | 3 1500 | 3 1500 | | | BMA 1500 | 3 1500 | 3 1500 |
| DELLEY, BARBARA | | | 2 0700 | 2 0700 | 2 0700 | 2 0700 | 2 0700 |
| ********** VEHICLE BULK MAIL ASSISTANTS ********** | | | | | | | |
| DELLEY, BARBARA | 2 0700 | 2 0700 | 2 0700 | SDO | SDO | 2 0700 | 2 0700 |
| JONES, ROBERT | SDO | SDO | 2 0700 | 2 0700 | 2 0700 | 2 0700 | 2 0700 |
| JONES, WILLIAM | 1 2300 | SDO | 1-2300 SDO | 1 2300 | 1 2300 | 1 2300 | 1 2300 |
| STATEN, WOODROW | 1 2300 | 1 2300 | CVCO 2300 | 1-2300 SDO | SDO | 1 2300 | 1 2300 |
| WOODARD, DELORES | SDO | SDO | 1500 | DETAILED 1500 | 1500 | 1500 | 1500 |
| THOMAS, CURTIS | 3 1500 | 3 1500 | SDO | SDO | 3 1500 | 3 1500 | 3 1500 |
| TAM, JEFFERY | 2 0700 | 2 0700 | 3 1500 | 2 1000 | 0700 A/L | SDO | SDO |
| ********** DETAILED - VEHICLE BULK MAIL ASSISTANTS ********** | | | | | | | |
| BUIE, TERESA *** | | | 2 0700 | 2 0700 | 2 0700 | 2 0700 | 2 0700 |
| MANCIA, ARTURO | | | 3 1500 | 3 1500 | | 3 1500 | 3 1500 |
| ********** SCHEDULES EXAMINER ********** | | | | | | | |
| ADAMS, TONI | SDO | SDO | 2 0730 | 2 0730 | 2 0730 | 2 0730 | 2 0730 |
| ********** OFFICE CLERKS, TRANSPORTATION & NETWORKS ********** | | | | | | | |
| AVILA, BARBARA | SDO | SDO | 2 0630 | 2 0630 | 2 0630 | 2 0630 | 2 0630 |
| RAGLAND, FALESIA | SDO | SDO | 2 0700 | 2 0700 | 2 0700 | 2 0700 | 2 0700 |
| *** MONTH (Inclusive) JANUARY | SAT 20 | SUN 21 | MON 22 | TUE 23 | WED 24 | THU 25 | FRI 26 |

Exhibit B
Page 1 of 4

24

## TRAFFIC CONTROL
## VEHICLE BULK MAIL ASSISTANCE
## BID SIGN-UP 2003


RECEIVED
APR 4 2003
MANAGER
TRANS & NETWORKS
OAKLAND CA

| NAME | assignment number | SAT | SUN | MON | TUE | WED | THU | FRI | SS# |
|---|---|---|---|---|---|---|---|---|---|
| *[signature]* | T-1 | 2300 | 2300 | 2300 | 2300 | 2300 | SDO | SDO | Woodrow Staten |
| *[signature]* | T-1 | SDO | SDO | 2300 | 2300 | 2300 | 2300 | 2300 | Delores Woodard |
| *[signature]* | T-2 | SDO | SDO | 0700 | 0700 | 0700 | 0700 | 0700 | |
| *[signature]* | T-2 | 0700 | 0700 | 0700 | 0700 | 0700 | SDO | SDO | Barbara Delley |
| *[signature]* | T-3 | SDO | SDO | 1500 | 1500 | 1500 | 1500 | 1500 | |
| William Jones | T-3 | 1500 | 1500 | SDO | SDO | 1500 | 1500 | 1500 | |
| *[signature]* Tam | RELIEF | 0700 | 0700 | 1500 | SDO | SDO | 2300 | 2300 | Jeffrey Tam |



EXHIBIT 9

USPS1788

2003-2004

| WEEKLY DETAIL | PAY PERIOD 04 | | | | WK 1 | | | | FY 04 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRANSPORTATION OPERATIONS OAKLAND CA 94615-9761 | DPP | | | | | | | | | | | | |
| | 1 | | 2 | | 3 | | 4 | | 5 | | 6 | | 7 |
| | *** MONTH (Inclusive)    JANUARY | | | | | | | | | | | | |
| EMPLOYEES NAME | SAT | | SUN | | MON | | TUE | | WED | | THU | | FRI |
| | | | 25 | | | | 27 | | | | 29 | | |
| | TOUR | START TIME | TOUR | START TIME | TOUR | START TIME | TOUR | START TIME | TOUR | START TIME | TOUR | START TIME | TOUR | START TIME |
| ****** MANAGER TRANSPORTATION / NETWORKS ****** | | | | | | | | | | | | | |
| ***** NETWORKS ADMINSTRATOR ***** | | | | | | | | | | | | | |
| ***** CENTRAL VEHICLE CONTROL OFFICERS ***** | | | | | | | | | | | | | |
| ****** DETAILED - CENTRAL VEHICLE CONTROL OFFICERS ****** | | | | | | | | | | | | | |
| ****** DETAILED - VEHICLE BULK MAIL ASSISTANTS ****** | | | | | | | | | | | | | |
| DELLEY, BARBARA | T-2 | 0700 | T-2 | 0700 | T-2 | 0700 | T-2 | 0700 | T-2 | 0700 | SDO | | | 1300 |
| JONES, ROBERT | SDO | | SDO | | T-2 | 0700 | T-2 | 0700 | T-2 | 0700 | T-2 | 0700 | T-2 | 0700 |
| JONES, WILLIAM | T-3 | 1500 | T-3 | 1500 | SDO | | SDO | | T-3 | 1500 | T-3 | 1500 | T-3 | 1500 |
| THOMAS, CURTIS | SDO | | SDO | | T-3 | 1500 | T-3 | 1500 | T-3 | 1500 | T-3 | 1500 | T-3 | |
| STATEN, WOODROW | T-1 | 2300 | T-1 | 2300 | T-1 | 2300 | T-1 | 2300 | T-1 | 2300 | SDO | | SDO | |
| WOODARD, DELORES | | 2300 | SDO | | T-1 | 2300 | T-1 | 2300 | T-1 | 2300 | T-1 | 2300 | T-1 | 2300 |
| TAM, JEFFERY | T-2 | 0700 | T-2 | 0700 | T-3 | 1500 | | 1500 | SDO | | T-1 | 0430 | T-1 | 0430 |
| ****** DETAILED - VEHICLE BULK MAIL ASSISTANTS ****** | | | | | | | | | | | | | |

Exhibit B
Page 3 of 4

# TRANSPORTATION / NETWORKS

## VEHICLE BULK MAIL ASSISTANTS

WEEK #: _____ of PP: _____    A/P: ⟵    DATE 2005

| TITLE | POSITION | EMPLOYEE | SAT | SUN | MON | TUE | WED | THU | FRI |
|---|---|---|---|---|---|---|---|---|---|
| BMA | 1A |  | 2100 | 2100 | SDO | SDO | 2100 | 2100 | 2100 |
| BMA | 1B | W. Waylon | 2300 | 2300 | 2300 | 2300 | SDO | 2300 | SDO |
|  |  |  |  |  |  | TOUR 1 |  |  |  |
| BMA | 2A | HCT | SDO | SDO | 0500 | 0500 | 0500 | 0500 | 0500 |
| BMA | 2B | B. Allen | 0700 | 0700 | SDO | SDO | 0700 | 0700 | 0700 |
|  |  |  |  |  |  | TOUR 2 |  |  |  |
| BMA | 3A | R. Burgess | SDO | SDO | 1300 | 1300 | 1300 | 1300 | 1300 |
| BMA | 3B | Workman | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1600 |
|  |  |  |  |  |  | TOUR 3 |  |  |  |
| BMA | RELIEF | Tom | SDO | 0700 | SDO | 0500 | 1900 | 1500 | 1600 |
|  |  |  |  |  |  | RELIEF |  |  | VARIES |

10/29/2007 17:06  5102513182  LABOR RELATIONS  PAGE 11/12

# Exhibit B

Networks Administrator(A)


**UNITED STATES**
**POSTAL SERVICE**

July 9, 2004

Memorandum for: **All Transportation Employees**
**Oakland P & D Center**

Subject: **Annual Leave & Schedule Change Request**

Lately a lot of employees are placing untimely request for annual leave and schedule changes. As a reminder to all of you, I am reiterating the policy on annual leave (not scheduled) and schedule changes.

If you are requesting annual leave or a change of schedule it must be submitted to your immediate supervisor or your pay location supervisor. *You must provide a minimum of two (2) weeks notice so that we can review the request and inform you if it is approved or disapproved. Request submitted with less than two (2) weeks notice will be automatically denied with the exception of unusual circumstances.* The request must be handed personally to your immediate supervisor or pay location supervisor and you can ask for a copy of the request. Request left in the supervisor's holdout or placed on the desk will *not be approved*. If the supervisor on duty is not available for any reason then you can drop the request to my office.

Employees requesting change of schedule are *required* to provide a request in writing and the reason for the request. We will no longer approve change of schedule without your request in writing. You can use PS form 13 or a piece of any paper to make the request. After the request is submitted in a timely manner and proper procedures are followed, we will inform you in writing if it is approved or disapproved. *Employees placing request must not make the assumption that the request will be approved.* We will do all possible to work with you and approve the request.

I am requesting all of you to follow the procedures so that we have no impact on the weekly and daily detail. Please work with us so that we can work with you.

Balvinder Chadha
Network Administrator (A)
Oakland P & D Center

Cc: Keith Inouye

475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-

FAX:
WWW.USPS.COM

# Exhibit C

Page 1 of 1

EXHIBIT # 7

Taylor, Frank J - Oakland, CA

From: Chadha, Balvinder - Oakland, CA                                Sent: Wed 9/3/2003 4:25 PM
To: Paulk, Lucious - Oakland, CA; Duffle, James C - Oakland, CA; Davis, Hank - Oakland, CA; Taylor, Frank J - Oakland, CA; Jacobs, Larry L - Oakland, CA; Thomas, Barbara A - Oakland, CA; Orozco, Henry F - Oakland, CA; Ragland, Falesia - Oakland, CA; Stewart, Elaine - Oakland, CA; Benavides, Gloria - Oakland, CA
Cc: Inouye, Keith M - Oakland, CA
Subject: FW: Call in policy
Attachments:

These instructions were issued to all of you on July 25, 2003. I am reissuing the instructions since some of you are not in compliance.

I am only going to repeat this for the last time. STOP THIS PRACTICE IMMEDIATELY. STO's failing to follow instructions will be dealt with. Some of you are still making wrong decisions and costing the company time and money. Therefore, I am requesting you to stop this practice immediately

-----Original Message-----
From: Chadha, Balvinder - Oakland, CA
Sent: Friday July 25, 2003 10:05 AM
To: Paulk, Lucious - Oakland, CA; Duffle, James C - Oakland, CA; Davis, Hank - Oakland, CA; Taylor, Frank J - Oakland, CA; Benavides, Gloria - Oakland, CA; Thomas, Barbara A - Oakland, CA; Orozco, Henry F - Oakland, CA; Stewart, Elaine - Oakland, CA; Ragland, Falesia - Oakland, CA; Jacobs, Larry L - Oakland, CA

Cc: Inouye, Keith M - Oakland, CA
Subject: Call in policy

To All of You,

Transportation does not have a call in policy to call employees to report to work early or work their schedule day off. This practice must cease immediately. There is no agreement between APWU and Management that we are required to call MVOs, TTOs & clerks at home if they are off.

An example if for Traffic Control, if the regular clerk on T-2 calls in sick or emergency, you can use any available qualified person in Traffic Control. But you should not call a T-3 clerk to report 4 hours BT just because they are going to file a grievance. There is no language in contract written that we are required to call T-3 clerk early since the regular clerk on T-2 called in. Same thing for T-1, if the regular clerk calls in then you are not required to call in T-2 clerk 4 hours early. The only exception is that if a clerk calls in sick for an incoming tour and the outgoing clerk is still on duty then we are required to keep the outgoing clerk up to 4 hours. Same scenario is for the annual leave.

Similar situation is for the drivers, if they sign their name on the overtime desired list then they do not have options. But if you are going to excuse them from the overtime then you must have it in writing. If you excuse them verbally then be prepared for a grievance since the same driver is going to come back and file a grievance Everything must be documented in writing.

The reason I took this time to explain all of you is simply because some of you are causing extra work load for me by making wrong decisions. Lately a lot of step 2 grievances were filed for the reasons mentioned above. From now on if the supervisor does not follow the proper procedures and I have to answer a step 2 for overtime issues then be prepared to meet me in person and explain your reasoning.


CHADHA


https://eagnmnsxm2a/exchange/frank.j.taylor/Inbox/FW:%20Call%20in%20policy.EML?Cn...    1/3/2004

USPS0602

# Exhibit D



**eReassign**

| **Attention All Career Bargaining Unit Employees** |
| --- |
| Requesting a reassignment? |
| *eReassign* will make the process easier. |

Bargaining unit employees all across the country will soon be able to apply for voluntary reassignments using the Internet!

*eReassign* will let you submit a request for reassignment using any computer anywhere that has Internet access. Search for reassignment opportunities, submit requests and check on the request's progress right from your own home.

Check out *eReassign* on USPS.com at: http://www.usps.com/employment/uspsemployees.htm.

You can access *eReassign* starting Oct. 15, 2003. You'll need your new 8-digit employee ID number and your PostalEase PIN to access the system. Remember, *eReassign* is for bargaining unit employees only.

USPS1789