1

**CERTIFICATE OF SERVICE**

2  The undersigned hereby certifies that she is an employee of the Office of the United

3 States Attorney for the Northern District of California and is a person of such age and discretion

4 to be competent to serve papers. The undersigned further certifies that she is causing a copy of

5 the following:

6  **1. DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**
7  **2. DECLARATION OF JENNIFER S WANG IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
8  **3. DECLARATION OF KEITH INOUYE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
9  **4. DECLARATION OF BALVINDER CHADHA IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
10 **5. PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

11

Jeffrey W. Tam v. John E. Potter
Case No. CV 07-2747 JCS

12

13 to be served this date upon the party in this action by placing a true copy thereof in a sealed

14 envelope, and served as follows:

15 ___  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

16

17 ___  **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

18  **X**   **PERSONAL SERVICE (BY MESSENGER)**

19 ___  **FEDERAL EXPRESS**

20 to the party(ies) addressed as follows:

21 **Jeffrey W Tam, PRO SE**
**408 Yorkshire Road**
22 **Alameda, CA 94501**
**(510) 522-5534**
23

  I declare under penalty of perjury under the laws of the United States that the foregoing is
24
true and correct.
25
  Executed on May 23, 2008 at San Francisco, California.
26

27

28
___/s/_____
BONNY WONG
Legal Assistant