JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   Facsimile: (415) 436-6748
   jennifer.s.wang@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY W. TAM,                )<br>          Plaintiff,        )<br>                             )<br>      v.                )<br>                             )<br>JOHN E. POTTER, Postmaster General, )<br>                             )<br>          Defendant.    )<br>                             ) | No. 07-2747 SI<br><br>**SUPPLEMENTAL DECLARATION OF JENNIFER S WANG IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, Jennifer S Wang, declare as follows:

    1.  I am over 18 years of age, am a resident of the State of California, am an Assistant United States Attorney and make this declaration in support of defendant's motion for summary judgment. The statements contained in this declaration are within my personal knowledge.

    2. On multiple occasions, including January 14, 2008, in response to plaintiff's first set of special interrogatories, I informed plaintiff that pursuant to the USPS' document retention policies documents related to the 1999 to 2002 selection process for transportation supervisor vacancies had been destroyed before plaintiff filed his complaint. A true and correct copy of Defendant's Objections and Responses to Plaintiff's First Set of Special Interrogatories is attached as Exhibit A.  In response to plaintiff's request, I produced the application information

from 2003 to plaintiff as documents bates stamped USPS0605 to USPS0683. After a reasonably diligent search, defendant was unable to locate any lists of Board members in 2003.

3. A true and correct copy of excerpts of the 2000-2003 Agreement between the USPS and American Postal Worker's Union, AFL-CIO are attached as Exhibit B.

4. On December 12, 2007, I took plaintiff's deposition in the above-captioned case. A true and correct copy of excerpts of the transcript of plaintiff's December 12, 2007 deposition is attached as Exhibit C

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 13, 2008 at San Francisco, California.

/s/

Jennifer S Wang