# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4   - - - - - - - - - - - - - - - - - - -
 5   JEFFREY W. TAM,                      )
 6              Plaintiff,                )
 7                                        )
 8   v.                                   )   CASE NO.
 9                                        )   07-2747 SI
10   JOHN E. POTTER,                      )
11              Defendant.                )
12   - - - - - - - - - - - - - - - - - - -
13
14
15
16              DEPOSITION OF JEFFREY TAM
17            WEDNESDAY, DECEMBER 12, 2007
18
19
20
21             BEHMKE REPORTING & VIDEO SERVICES
22         BY:  CARYE C. TORRES, CSR #10685, CRP
23                160 SPEAR STREET, SUITE 300
24              SAN FRANCISCO, CALIFORNIA 94105
25                       (415) 597-5600
```

1

1  that you believed you were discriminated against because
2  you weren't reassigned from being a bulk-mail assistant
3  to a driver --
4      A    Mm-hmm.
5      Q    -- is that right?
6      A    Yes.
7      Q    Can you explain what you meant by that.
8      A    They have another driver.  They bid up to be a
9  bulk-mail assistant, and then from bulk-mail assistant,
10 go back to driving, and they allow them, and they allow
11 them go back to full-time regular, but not allow me to
12 do so.
13     Q    Okay.
14     A    Even they allow me at the time in 2002.  I tell
15 him finish the training, and he refused to let me go
16 back.
17     Q    When was the first time you made a request?
18     A    In 2002.
19     Q    That was the -- so in 2002 that was the first
20 time you made a request to switch back from a bulk-mail
21 assistant to a driver?
22     A    Yes, because the hours start back -- after --
23 after I relief from the supervisor 204-B, and then the
24 hours start hurting me again, that double back.  When
25 I -- Monday I get off at 11:30 at night, I had to double

89

```
 1  a couple hours.  And that hour -- that kind of schedule
 2  hurted me.  And they are violation of the contract in
 3  Article 8, which state that in the consecutive days,
 4  they're supposed to be spread evenly.
 5          And also they violate the contract on
 6  Article 14, that management supposed to provide a safe
 7  condition for employee, which is not safe condition for
 8  me, that kind of schedule hour.
 9          And they violate the contract on Article 1.6,
10  because they tried to eliminate two of the lead
11  position, and they use the supervisor doing the clerk's
12  work.
13      Q   Let me just stop you for a second.
14          So when you were -- when you were still an
15  acting supervisor of transportation in 2002, was your
16  schedule the same?
17      A   Yes, schedule the same.  7 o'clock in the
18  morning.
19      Q   And after you were removed from acting -- from
20  the position as acting supervisor, you requested
21  reassignment to a driver?
22      A   Not reassignment.  Resume my bid.  That mean go
23  back to my own bid.
24      Q   So you asked to become a bulk-mail assistant
25  again?
```

91

```
1   STATE OF CALIFORNIA      )
2                            )
3   COUNTY OF SAN MATEO      )
4            I hereby certify that the witness in the
5   foregoing deposition of JEFFREY TAM, was by me duly sworn
6   to testify to the truth, the whole truth and nothing but
7   the truth, in the within-entitled cause; that said
8   deposition was taken at the time and place herein named;
9   that the deposition is a true record of the witness's
10  testimony as reported by me, a duly certified shorthand
11  reporter and a disinterested person, and was thereafter
12  transcribed into typewriting by computer.
13           I further certify that I am not interested in
14  the outcome of the said action, nor connected with, nor
15  related to any of the parties in said action, nor to
16  their respective counsel.
17           IN WITNESS WHEREOF, I have hereunto set my hand
18  this 26th day of December, 2007.
19
20           _Carye C. Torres/s_ _ _ _
21           CARYE C. TORRES, CSR #10685
22           STATE OF CALIFORNIA
23
24
25
```