JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   Facsimile: (415) 436-6748
   jennifer.s.wang@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY W. TAM,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER,<br><br>    Defendant. | No. 07-2747 SI<br><br>**DECLARATION OF JENNIFER S WANG IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO FILE ADDITIONAL REPLY BRIEFING IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, Jennifer S Wang, declare as follows:

1. I am an Assistant United States Attorney, am admitted to practice law before this Court, and make this declaration in support of defendant's motion for leave to file additional reply briefing in support of defendant's motion for summary judgment. The statements contained in this declaration are within my personal knowledge.

1    2.    On June 12, 2008, I received plaintiff's opposition to defendant's motion for summary judgment and attached exhibits in the above-captioned case. That document is captioned "Replying to Defendant's Motion for Summary Judgment."

3.  I have not received a notification from the Court's ECF system that plaintiff's "Replying to Defendant's Motion for Summary Judgment" and its attached exhibits have been filed with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 13, 2008 at San Francisco, California.

/s/
_____
JENNIFER S WANG

WANG DECL. ISO MOT. FOR LEAVE TO FILE ADDITIONAL REPLY BREIFING
C07-2747 SI                                    2