JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
Facsimile: (415) 436-6748
jennifer.s.wang@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY W. TAM,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>    Defendant. | No. 07-2747 SI<br><br>**DEFENDANT'S MOTION FOR LEAVE TO FILE ADDITIONAL REPLY BRIEFING IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Defendant moves this Court to permit defendant John E. Potter leave to file additional reply briefing in support of his motion for summary judgment by June 20, 2008. The additional time and reply briefing is needed because plaintiff did not serve defendant with a copy of his opposition to defendant's motion for summary judgment until June 12, 2008, one day before the deadline for defendant's reply.

Pursuant to the Court's September 10, 2007 Pretrial Preparation Order ("Order") defendant timely filed his motion for summary judgment on May 23, 2008. As stated in the Court's September 10, 2007 Order, plaintiff had until June 6, 2008 to file his opposition to defendant's motion. Plaintiff did not serve his opposition on defendant until June 12, 2008, one day prior to defendant's deadline for filing its reply in support of his motion for summary

judgment. (Declaration of Jennifer S Wang In Support of Defendant's Motion Requesting Leave to File Additional Reply Briefing in Support of Defendant's Motion for Summary Judgment ¶ 2). Plaintiff does not appear to have filed his opposition with the Court. (*Id*. ¶ 3).

To permit defendant sufficient time to address the arguments raised by plaintiff in his opposition, defendant requests leave to file additional reply briefing in support of his motion for summary judgment by June 20, 2008.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 13, 2008

/s/
_____
JENNIFER S WANG
Assistant United States Attorney

### [PROPOSED] ORDER

The Court, having considered the briefing regarding defendant's motion for leave to file additional reply briefing in support of his motion for summary judgment in the above-captioned case,

IT IS HEREBY ORDERED that defendant may file additional reply briefing in support of his motion for summary judgment by June 20, 2008.

IT IS SO ORDERED.

DATED: _____

_____
SUSAN ILLSTON
United States District Court Judge