JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY W. TAM, ) | No. 07-2747 SI |
| Plaintiff, ) | **DECLARATION OF SHIRLEY MORRIS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. ) | |
| JOHN E. POTTER, Postmaster General, ) | |
| Defendant. ) | |

I, Shirley Morris, declare as follows:

    1. I am over 18 years of age, am a resident of the State of California. I make this declaration in support of defendant's motion for summary judgment. The statements contained in this declaration are within my personal knowledge.

    2. I am the Human Resources Generalist (Principle) with the United States Postal Service ("USPS") in Oakland, California and have been so since May 26, 2007. In that capacity, I am familiar with the USPS's document retention policies. Those policies are listed in the Handbook EL-312. Pursuant to the USPS document retention policy, application forms (PS Form 991) submitted for a particular job vacancy, as well as other documents related to the selection process for that vacancy, are destroyed after five (5) years. A true and correct copy of

MORRIS DECL. ISO DEF.'S MSJ
C07-02747 SI

1  that retention policy is attached as Exhibit A.  The document retention policy described in
2  attached Exhibit A has been in effect since 2001.
3      I declare under penalty of perjury under the laws of the United States of America that
4  the foregoing is true and correct.

6      Executed on June 20, 2008 at Oakland, California.

                                                    /s/
                                           SHIRLEY MORRIS

MORRIS DECL. ISO DEF.'S MSJ
C07-02747 SI                           2