**EXHIBIT A**



UNITED STATES POSTAL SERVICE

# EMPLOYMENT AND PLACEMENT

HANDBOOK EL-312
SEPTEMBER 2001

2008-Jun-20 03:52 PM USPS - Oakland, CA 510-433-7529   Case 3:07-cv-02747-SI   Document 63-29   Filed 06/20/2008   Page 3 of 3   4/5

735                                                                    Employment and Placement

position. The panel should recommend at least 2 more names than there are vacancies (if there are enough qualified applicants), and a minimum of 3 names for a single vacancy. If the panel cannot recommend 3 qualified applicants for a single vacancy, it advises the selecting official, who may either consider the recommended candidates and make a selection, or have the vacancy reannounced with an expanded area of consideration.

c. *Step 3.* The advisory panel's recommendation is submitted by memo, signed by each panel member, with the recommended candidates' names listed by last name in alphabetical order.

### 735 Selection Process

The selecting official is normally the supervisor or manager with the vacancy. The selecting official is responsible for choosing the individual who best meets the position requirements from among those recommended by the advisory panel. The selecting official may interview any of those recommended. Selection must be made exclusively on merit.

### 736 Vacancy File

An advisory panel contributes to the vacancy file for all selections made. The file may be identified by vacancy announcement number and/or position title.

### 736.1 Vacancy File Contents

Only the following documents should be retained in the vacancy file:

a. Vacancy announcement.
b. Position description and qualification standard.
c. Names, position titles, and levels of all advisory panel members.
d. Documentation on any exceptions authorized.
e. For individual announcement selections, copies of all Forms 991, *Application for Promotion or Assignment*, and the list of ratings giving each applicant's name, SSN, and rating (superior, above average, or basic).
f. Advisory panel's recommendation memo (signed by all panel members) listing recommended candidates in alphabetical order.
g. Name, title, and level of the selecting official.
h. Name of persons selected.
i. Copy of completed Form 5938, *Promotion Report*.

Personal notes made by individual advisory panel members to assist in evaluating applicants are considered their own property, and not records of the Postal Service. Such notes must not be circulated among other advisory panel members, nor are they to be included in the vacancy file.

### 736.2 Vacancy File Retention

Vacancy files are retained for 5 years and then destroyed, unless an audit, investigation, or appeal is pending. In that case, the file is retained until the need is satisfied and the matter resolved.