## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 6/27/08

Case No.   C07-2747SI          Judge:   SUSAN ILLSTON

Title: JEFFREY TAM  -v- POTTER

Attorneys: Tam            Wang

Deputy Clerk:  Tracy Sutton  Court Reporter: K. Wyatt

**PROCEEDINGS**

1)  Defendant's Motion for Summary Judgment - HELD

2)  

3)  

Order to be prepared by:  ( )Pltf   ( )Deft   ( x )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to ____ for Further Case Management Conference


ORDERED AFTER HEARING:
The Court had further questions and will be issuing an order requesting further briefing.