# Exhibit A

Article 39.1.B.7

vacancies, the selection method will be best qualified from any other position.

e. Employees bidding pursuant to Article 39.2.A.7, may bid only those duty assignments that have the same position designation.

7. **Motor Vehicle Operators and Tractor-Trailer Operators:**

   a. Full-time regular tractor-trailer operators bidding for PS-6 tractor-trailer assignments shall be assigned before posting any vacant level 6 assignment for bids by full-time regular level 5 operators.

   b. Remaining PS-6 tractor-trailer assignments shall be filled by promoting the senior qualified PS-5 motor vehicle operator who bids.

   c. A PS-6 tractor-trailer operator may bid in competition with a PS-5 motor vehicle operator for a PS-5 motor vehicle operator assignment.

   d. Seniority for preferred assignments is retained upon change from a motor vehicle operator to a tractor-trailer operator, or the reverse.

   e. For purposes of conversion to full-time, part-time flexible Motor Vehicle Operators will be placed together with part-time flexible Tractor-Trailer Operators (TTO) on the same Roll. When the opportunity for conversion to a vacant TTO position exists, the senior TTO qualified part-time flexible, regardless of level, will be converted and placed into the vacant full-time position. When the opportunity for conversion to a vacant Motor Vehicle Operator

226

---

Article 39.1.B.10

position exists, and the senior part-time flexible is a Motor Vehicle Operator, he/she will be converted and placed into the position. If the senior part-time flexible is a Tractor-Trailer Operator, he/she will be given the option of accepting the conversion. If the conversion is declined, the next senior part-time flexible will be converted (if the employee is a Motor Vehicle Operator) or will be given the option (if the employee is a Tractor-Trailer Operator). This procedure will continue until the position is filled or until all part-time flexibles on the list have been considered.

8. **Motor Vehicle Operations New in Installation.** In an installation which has had no motor vehicle operations assignment, any such newly established motor vehicle operator or tractor-trailer operator assignments shall be awarded to qualified vehicle maintenance service applicants who are employed in the same installation. The provisions of Article 12, Section 5.C.7, shall be complied with before application of this paragraph.

9. When tractor-trailer assignments are established, motor vehicle operators who are not qualified to drive tractor-trailers, will be given on-the-clock training, starting with the senior motor vehicle operator.

10. When filling Motor Vehicle Craft assignments other than those identified in 2.A.11 below, the service seniority of Motor Vehicle Craft employees who submit an application and meet the qualification standards established for that position will be considered in keeping with the provisions of Article 33.

227

**Article 39.1.C.1**

11. Auxiliary garages beyond the normal commuting area of the home Vehicle Maintenance Facility shall be treated as independent facilities for the purposes of administering this Agreement, except for the application of the provisions of Article 1, Section 6; Article 7, Section 3; and Article 8, Section 8.

12. **Changes in Which Seniority is Modified.** Mutual exchanges may be made only between full-time Motor Vehicle Service employees who are the same level and have the same occupational code. The seniority for Motor Vehicle Craft employees, who are reassigned between installations as a result of a mutual exchange in accordance with applicable provisions of the Employee and Labor Relations Manual (ELM), will be established for both employees as that of the junior employee involved.

C. **Definitions**

1. **Position Designation.** In the Motor Vehicle Craft, position designation shall be determined by occupation code and level.

2. **Craft Group.** The craft group is composed of those positions for which the Union has secured recognition at the national level.

3. **Application.** A written request by a full-time Motor Vehicle Craft employee for consideration for an assignment for which such employee is not entitled to submit a bid.

4. **Bid.** A written request submitted to the installation head to be assigned to a duty assignment by a full-time Motor Vehicle Craft employee eligible to bid on a vacancy or newly established duty assignment. In offices where alternative bidding procedures have

228

**Article 39.1.D**

been established, bids, except those in 39.2.A.6 & 7, may be submitted, at the employee's option, by telephone or electronically.

5. **Duty Assignment.** A duty assignment is a set of duties and responsibilities within recognized positions regularly scheduled during specific hours of duty.

6. **Preferred Duty Assignment.** Any assignment preferred by a full-time regular.

7. **Eligible Bidder.** Full-time Motor Vehicle Craft employees are eligible to bid only within the Motor Vehicle Craft in the same installation, salary level, and position designation (except as specifically provided for in Section 2.A.11). When there are no successful bidders from the position designation of the vacant assignment, the assignment shall be filled in accordance with Section 2.A.11.

8. **Abolishment.** A management decision to reduce the number of occupied duty assignments in an established section and/or installation.

9. **Residual Vacancy.** A duty assignment that remains vacant after the completion of the voluntary bidding process.

D. **Excess Employees**

Length of full-time regular or part-time flexible service (service seniority) in the Motor Vehicle Craft in the same installation governs in identifying excess employees within a position designation.

229

USPS1231

Article 39.2.A.1

bids shall not exceed 72 hours.

4. Selection of a part-time flexible for a holddown assignment in no way modifies the part-time flexible's employment status as to benefits and rights under the National Agreement not otherwise modified as above.

5. All present and existing procedures for filling temporarily vacant motor vehicle assignments at the local level are automatically negated in favor of the foregoing holddown procedure.

**Section 2. Posting**

A. Vacant Motor Vehicle Craft duty assignments shall be posted as follows:

1. All vacant or newly established craft duty assignments shall be posted or reverted within 28 days. When an assignment is reverted, a notice shall be posted immediately, indicating the action taken and the reason therefor. The local Union shall be given a copy of the notice.

2. When it is necessary that fixed scheduled day(s) of work in the basic work week for a craft assignment be permanently changed, the affected assignment(s) shall be reposted.

3. The determination of what constitutes a sufficient change of duties, or principal assignment area, to cause the duty assignment to be reposted shall be a subject of negotiation at the local level.

4. No assignment will be posted because of change in starting time unless the change exceeds two hours. Whether to post or not is negotiable at the local level,

232

Article 39.2.A.7

if it exceeds two hours.

5. An unassigned full-time employee may bid on duty assignments posted for bid by employees in the craft. If the employee does not bid or is the unsuccessful bidder, such employee shall be assigned in any residual duty assignment within the same position designation. When there is more than one residual vacancy, the vacancies shall be offered to the unassigned full-time employees beginning with the senior employee and their preference shall be honored. If additional vacancies still exist after all available full-time regulars have been assigned to residual vacancies, full-time flexible employees will be assigned to such vacancies in the same manner as provided above. If there are more unassigned full-time employees and/or full-time flexible regular employees than vacancies, seniority will be honored for preferences and involuntary assignments will be made by juniority, if necessary.

6. When requested by the Union, all full-time regular Motor Vehicle Operator, Tractor-Trailer Operator and Vehicle Operator Assistant-Bulk Mail craft assignments shall be posted for bid once each calendar year.

7. All full-time regular Motor Vehicle Maintenance Craft duty assignments may be posted for bid once each calendar year upon mutual agreement between the parties at the local level. Absent such local agreement, Motor Vehicle Maintenance Craft duty assignments shall be posted for bid every second calendar year, when requested by the Union.

8. Employees bidding pursuant to 6 or 7 above, may bid

233

USPS1233

### Article 39.2.A.8

only those duty assignments that have the same position designation.

9. Currently qualified part-time regular employees are eligible to be considered for reassignment to residual vacancies as a result of the application of 6, 7 and 8 above. To be eligible for consideration, the part-time regular employee must be senior to the senior part-time flexible employee.

10. Motor Vehicle Craft employees temporarily detailed to a nonbargaining-unit position may not bid on vacant motor vehicle craft duty assignments while so detailed. However, nothing contained herein shall be construed to preclude such temporarily detailed employees from voluntarily terminating a nonbargaining-unit detail and returning to their craft position. Upon return to the craft position, such employees may exercise their right to bid on vacant motor vehicle craft duty assignments. The duty assignment of a full-time motor vehicle craft employee detailed to a nonbargaining-unit position, including a nonbargaining-unit training program in excess of four months shall be declared vacant and shall be posted for bid in accordance with this Article. Upon return to the craft, the employee will become an unassigned regular. A motor vehicle craft employee temporarily detailed to a nonbargaining-unit position will not be returned to the craft solely to circumvent the provisions of Section 2.A.10 Form 1723, Notice of Assignment, shall be used in detailing motor vehicle craft employees to temporary nonbargaining-unit positions. The Employer will provide the Union at the local level with a copy of Form(s) 1723 showing the beginning and ending of all such details. Employees detailed to nonbargaining-unit positions are not entitled to out-of-schedule premium.

234

### Article 39.2.A.11

11. Residual vacancies for the following positions are to be filled by the senior qualified bidder, from the appropriate position(s) as herein indicated. Except for Motor Vehicle Operator and Tractor-Trailer Operator assignments, total service seniority in the Motor Vehicle craft will be used by employees when bidding to assignments in a different position designation.

a.

| Position | To be filled by Senior Qualified |
|---|---|
| Junior Mechanic, Automotive, SP 5-52, PS-5 | Garageman, KP 9, PS-4 |
| Tire Repairman 5-53, PS-5 | Garageman, KP 9, PS-4 Junior Mechanic, Automotive, SP 5-52, PS-5 |
| Tractor-Trailer Operator SP 5-22, PS-5 | Motor Vehicle Operator, KP 10, PS-5 |
| Tools and Parts Clerk, SP 1-31, PS-5 | All Motor Vehicle Craft Employees |
| Clerk, Vehicle Dispatcher, SP 5-10, PS-5 | Motor Vehicle Operator, KP 10, PS-5, Tractor-Trailer Operator, SP 5-22, PS-6 |

235

USPS1234