Exhibit C

"2003" TRACTOR/TRAILER BID RESTRUCTURED BID ASSIGNMENT

| PRINT NAME | SIGNATURE | SS# | JOB ID # | RUN # | SAT | SUN | MON | TUE | WED | THU | FRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONNER, B. | Edna Swinson | | 8968141 | 150 | 2200 | 2200 | 2200 | 2200 | 2200 | SDO | SDO |
| E.N. Marinete | Edna Marinete | | 8976546 | 151 | 2215 | 2215 | 2215 | 2200 | 2215 | 2215 | SDO |
| ENOS, R.N | Ronnie Enos | | 8968305 | 152 | 2300 | 2300 | 2300 | 2300 | SDO | SDO | 2300 |
| WALSINGTON, J | Ronnie Enos PROXY | | 8968306 | 153 | 2345 | SDO | SDO | 2345 | 2345 | 2345 | 2345 |
| K. Wade | | | 8968307 | 154 | SDO | SDO | 0000 | 0000 | 0000 | 0000 | 0000 |
| RIDDLE, D. | | | 8968308 | 155 | 0000 | SDO | SDO | 0000 | 0000 | 0000 | 0000 |
| BELNAS, R. | Carroll Buel Proxy | | 8968309 | 156 | 0000 | SDO | 0015 | 0015 | 0015 | 0015 | 0015 |
| Carroll Buel | Buel Chappel | | 8968310 | 157 | SDO | SDO | 0015 | 0015 | 0015 | 0015 | SDO |
| Edwin Whiteside | Edwin Whiteside | | 8968311 | 158 | SDO | SDO | 0030 | 0000 | 0030 | 0030 | 0030 |
| LEE, W. | WA | | 8968312 | 159 | SDO | SDO | 0030 | 0030 | 0030 | 0030 | 0030 |
| James Jefferson | Jam Jefferson | | 8968313 | 160 | 0030 | SDO | SDO | 0030 | 0030 | 0030 | 0030 |
| | Harold L. Thompson | | 0908858 | 161 | 0030 | SDO | 0100 | 0100 | 0100 | 0100 | 0100 |
| | | | 0908859 | 162 | 0100 | SDO | 0130 | 0130 | 0130 | 0130 | 0130 |
| Nossraldin Khalid | Proxy | | 8968314 | 163 | 0130 | SDO | 0130 | 0130 | 0130 | 0130 | 0130 |
| GLEN, EDWIN | Proxy | | 8968315 | 164 | 0130 | SDO | 0145 | 0145 | 0145 | 0145 | 0145 |
| Kenh Hoffman | Keith H | | 8968316 | 165 | 0145 | SDO | 0145 | SDO | SDO | 0145 | 0145 |
| ESPINOSA, F. | | | 8968317 | 166 | 0200 | SDO | 0200 | 0200 | 0200 | 0200 | 0200 |
| KEITH Q. Williams | | | 8968318 | 167 | 0200 | SDO | 0215 | 0200 | 0200 | 0200 | 0200 |
| Miguel Ramirez | | | 8968319 | 168 | SDO | SDO | 0215 | 0215 | 0215 | 0215 | 0215 |
| GIBSON, A | PROXY | | 8968320 | 169 | 0230 | SDO | 0230 | SDO | 0230 | 0230 | 0230 |
| Cheena, B. | PROXY | | 8968363 | 170 | 0245 | SDO | 0245 | 0245 | SDO | 0245 | 0245 |
| | | | 8968364 | 171 | 0315 | SDO | 0315 | 0315 | 0315 | SDO | 0315 |

"2003" TRACTOR/TRAILER RESTRUCTURED BID ASSIGNMENT

| PRINT NAME | SIGNATURE | SS# | JOB ID # | RUN # | SAT | SUN | MON | TUE | WED | THU | FRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ELISEO A SANTOS | Eliseo SaSa | ███ | 8968365 | 172 | 0330 | SDO | 0330 | 0330 | 0330 | 0330 | SDO |
| James Hill | proxy | | 8968367 | 174 | 0345 | SDO | 0345 | 0345 | 0345 | 0345 | SDO |
| ANDERSON | | | 8968818 | 246 | SDO | 0400 | 0400 | 0400 | 0400 | 0400 | 0400 |
| N. DAIS | | | 8968222 | 247 | 0400 | 0400 | 0400 | 0400 | 0400 | 0400 | 0400 |
| HAYES, J. | | | 8968368 | 248 | 0430 | SDO | SDO | 0430 | 0430 | 0430 | 0430 |
| B.T. Smith 8-25-03 | | | 8968189 | 249 | SDO | SDO | 0445 | 0445 | 0445 | 0445 | 0445 |
| PATTON Z | | | 8968371 | 250 | SDO | SDO | 0445 | 0445 | 0445 | 0445 | 0445 |
| CHARLES POTTS | | | 9146657 | 251 | 0445 | 0445 | 0445 | 0445 | 0445 | 0445 | 0445 |
| James PerAY | | | 8968273 | 252 | SDO | 0530 | 0530 | 0530 | 0530 | 0530 | SDO |
| Nelton Francis | | | 8976549 | 253 | SDO | SDO | 0630 | 0630 | 0630 | 0630 | 0630 |
| Bernard Roberson | | | 8968191 | 254 | 0700 | SDO | SDO | 0700 | 0700 | 0700 | 0700 |
| LANSALON, M. | | | 8968193 | 255 | SDO | SDO | 0730 | 0730 | 0730 | 0730 | 0730 |
| DICKERSON, K. | | | 9098862 | 256 | SDO | SDO | 0730 | 0730 | 0730 | 0730 | 0730 |
| BIGG, J. | | | 9098861 | 257 | SDO | SDO | 0730 | 0730 | 0730 | 0730 | 0730 |
| NEAL, B. | | | 8968192 | 258 | SDO | SDO | 0730 | 0730 | 0730 | 0730 | 0730 |
| Irish Hawkins | | | 8976545 | 259 | SDO | SDO | 0930 | 0930 | 0930 | 0930 | 0930 |
| Rex L Grooch | | | 9005426 | 260 | SDO | SDO | 0945 | 0945 | 0945 | 0945 | 0945 |
| LAWSON O | | | 8968219 | 261 | SDO | SDO | 1030 | 1030 | 1030 | 1030 | 1030 |
| GLEANEL, C.S. | | | 8968372 | 262 | SDO | SDO | 1145 | 1145 | 1145 | 1145 | 1145 |
| Goldman M. | | | 8968370 | 263 | SDO | SDO | 0730 | 0730 | 0730 | 0730 | 0730 |
| GAINES, C. | | | 9123718 | 350 | SDO | SDO | 1200 | 1200 | 1200 | 1200 | 1200 |
| Bradshaw S | proxy | | 8968225 | 351 | 1230 | SDO | SDO | 1230 | 1230 | 1230 | — |

| NAME | SIGNATURE | SS# | JOB ID # | RUN # | SAT | SUN | MON | TUE | WED | THU | FRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OWENS, L | RobertWebb | [redacted] | 9123719 | 352 | SDO | SDO | 1230 | 1230 | 1230 | 1230 | 1230 |
| HEYDECK, R | | | 9123720 | 353 | SDO | SDO | 1230 | 1230 | 1230 | 1230 | 1230 |
| SCOTT, GERARD | Proxy | | 8968227 | 354 | SDO | 1245 | 1245 | 1245 | 1245 | 1245 | SDO |
| KILBURN, J | | | 8968228 | 355 | 1245 | 1245 | SDO | SDO | 1245 | 1245 | 1245 |
| William Cunningham | proxy | | 8968229 | 356 | 1300 | 1300 | 1300 | 1300 | 1300 | 1300 | SDO |
| Jacqueline Gill | proxy | | 9146660 | 357 | 1315 | SDO | SDO | 1315 | 1315 | 1315 | 1315 |
| FR, C | | | 8968231 | 358 | SDO | SDO | 1330 | 1330 | 1330 | 1330 | 1330 |
| CY Alpin | | | 8968232 | 359 | SDO | SDO | 1330 | 1330 | 1330 | 1330 | 1330 |
| CHILCO | Charles H | | 8968233 | 360 | SDO | SDO | 1330 | 1330 | 1330 | 1330 | 1330 |
| L Hunter | proxy | | 8968234 | 361 | SDO | SDO | 1400 | 1400 | 1400 | 1400 | 1400 |
| STAL, D | Robert Webbs | [redacted] | 8968235 | 362 | SDO | SDO | 1500 | 1500 | SDO | 1500 | 1500 |
| MILLER, M | proxy | [redacted] | 8968236 | 363 | 1530 | 1530 | 1530 | 1530 | 1530 | 1530 | 1530 |
| ARK, DANNY | proxy | | 8968237 | 364 | 1530 | 1530 | SDO | SDO | 1530 | 1530 | 1530 |
| Bill Moll | Billy Moll | | 8968238 | 365 | 1530 | SDO | 1530 | 1530 | 1530 | 1530 | SDO |
| NZ, T | Michael | | 9008540 | 366 | 1700 | 1700 | SDO | 1700 | 1700 | 1700 | SDO |
| Jimmy Williams | Michael K | | 8968240 | 367 | 1700 | SDO | 1700 | 1700 | 1700 | 1700 | 1700 |
| EVENGREN | | | 9127420 | 368 | SDO | SDO | 1700 | 1700 | 1700 | 1700 | 1700 |
| TCHELL, K | Michael K | | 8968241 | 369 | SDO | SDO | 1700 | 1700 | 1700 | 1700 | 1700 |

"2003" SPOTTER RUNS BID RESTRUCTURED BID ASSIGNMENT

| PRINT NAME | SIGNATURE | SS# | JOB ID # | RUN # | SAT | SUN | MON | TUE | WED | THU | FRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Arthur Henderson | Art Henderson | [redacted] | 9146558 | 600 | SDO | SDO | 2230 | 2230 | 2230 | 2230 | 2230 |
| Onofranto Jose | Proxy | | 8968247 | 601 | 2300 | 2300 | SDO | SDO | 2300 | 2300 | 2300 |
| John F Ocon | John F Ocon | [redacted] | 9146659 | 602 | SDO | SDO | 0630 | 0630 | 0630 | 0630 | 0630 |
| Helen Long | Proxy | | 8968250 | 603 | 0700 | 0700 | SDO | SDO | 0700 | 0700 | 0700 |
| G Bjork | Proxy | | 8968252 | 605 | SDO | SDO | 1430 | 1430 | 1430 | 1430 | 1430 |
| Lee D | Proxy | | 8968253 | 606 | 1500 | 1500 | SDO | SDO | 1500 | 1500 | 1500 |
| Singh, Sukhjinder | Proxy | | 8976545 | 620 | 1100 | 1100 | 1100 | SDO | SDO | 1100 | 1100 |
| R D Coley | R D Coley | [redacted] | 8976551 | 621 | 0300 | 0300 | 0300 | 0300 | 0300 | 0300 | 0300 |

## "2003" TRACTORTRAILER RESTRUCTURED BID ASSIGNMENT

| PRINT NAME | SIGNATURE | SS# | JOB ID # | RUN # | SAT | SUN | MON | TUE | WED | THU | FRI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aggiela, J | Proxy | | 8968243 | R-1 | 600 2230 | 600 2230 | 601 2300 | 601 2300 | SDO | SDO | 150 2200 |
| Johnson, Jean | Proxy | | 9142618 | R-2 | 154 0000 | SDO | 151 2215 | 151 2215 | 152 2300 | 150 2200 | SDO |
| Jaynes Pitts | | | 9142619 | R-3 | 158 0015 | SDO | 153 2345 | 161 0030 | 162 0100 | 152 2300 | 156 0000 |
| A.Montemayor | Proxy | | 9142620 | R-4 | 157 0000 | SDO | 155 0000 | 166 0200 | 165 0145 | 162 0100 | SDO |
| C Stokes | Proxy | | 8967340 | R-5 | 159 0000 | SDO | 160 0030 | 169 0230 | 170 0245 | 171 0315 | SDO |
| Cannon, T | Resigned | | 9142621 | R-6 | 163 0130 | SDO | 164 0130 | 167 0200 | 173 0345 | 172 0330 | 174 0345 |
| J.L.Angle | E Dantchev | | 9142622 | R-7 | 168 0215 | SDO | 250 0200 | 251 0200 | 251 0300 | 621 0300 | 150 0300 |
| Kevin WATTS | Kevin Watts | | 9146656 | R-8 | 249 0430 | 250 0445 | 250 0445 | 251 0445 | 0445 | SDO | SDO |
| Hotts, D | Proxy | | 8967344 | R-9 | 168 0630 | 0630 | 0700 | 0700 | 0400 | SDO | 0530 |
| Ayyad, J | Proxy | | 8967345 | R-10 | 0530 | 0530 | 0700 | 0400 | 0400 | SDO | SDO |
| Jeff Domingo | Proxy | | 9142523 | R-11 | 252 1430 | 253 1430 | 254 1500 | 247 1500 | 247 | SDO | 354 1245 |
| Hardang, A | Proxy | | 8967347 | R-12 | 354 1245 | 355 1245 | 355 1230 | 363 1530 | 363 1530 | SDO | 252 0530 |
| T. Lewis | Proxy | | 8967343 | R-13 | 352 1230 | 356 1300 | 355 1245 | | | SDO | 365 1530 |
| J. Hawkins | Proxy | | 8967348 | R-14 | 353 1230 | 364 1300 | 356 1300 | | | 366 1700 | 366 1700 |
| BAUTISTA | Bautista | | 8976547 | R-15 | 358 1330 | 365 1630 | 357 1315 | 620 1100 | 620 1100 | 367 1700 | SDO |

NOTE: RUN #248 ON MONDAYS WILL BE COVERED BY THE WEEKLY DETAIL.