Exhibit D

"2005" TRACTOR/TRAILER BID ASSIGNMENTS
REVISED 11/15/04



| NAME | JOB ID # | RUN # | P/L | SAT | SUN | MON | TUE | WED | THU | FRI | SSN # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Conner | | 150 | 062 | 2200 | 2200 | 2200 | 2200 | 2200 | SDO | SDO | |
| HUNTER L. | | 151 | 062 | 2215 | SDO | SDO | 2215 | 2215 | 2215 | 2215 | |
| Taylor J. | | 152 | 062 | SDO | SDO | 2300 | 2300 | 2300 | 2300 | 2300 | |
| Wee | | 153 | 062 | 2300 | SDO | SDO | 2300 | 2300 | 2300 | 2300 | |
| Gibson | | 154 | 062 | SDO | SDO | 0000 | 0000 | 0000 | 0000 | 0000 | |
| Whiteside | | 155 | 062 | SDO | SDO | 0000 | 0000 | 0000 | 0000 | 0000 | |
| Jefferson | | 156 | 062 | 0000 | 0000 | 0000 | SDO | SDO | 0000 | 0000 | |
| Belnas R | | 157 | 062 | SDO | SDO | 0000 | 0000 | 0000 | 0000 | 0000 | |
| Allen, E | | 158 | 062 | 0030 | 0030 | 0030 | SDO | SDO | 0030 | 0030 | |
| Brown F | | 159 | 062 | SDO | SDO | 0030 | 0030 | 0030 | 0030 | 0030 | |
| K.Nuriddin | | 160 | 062 | 0045 | SDO | SDO | 0045 | 0045 | 0045 | 0045 | |
| R. Navarrete | | 161 | 062 | SDO | SDO | 0100 | 0100 | 0100 | 0100 | 0100 | |
| | | 162 | 062 | 0100 | 0100 | 0100 | SDO | SDO | 0100 | 0100 | |
| J. Washington | | 163 | 067 | SDO | SDO | 0130 | 0130 | 0130 | 0130 | 0130 | |
| L Wade | | 164 | 067 | 0130 | SDO | SDO | 0130 | 0130 | 0130 | 0130 | |
| Riddle D | | 165 | 067 | 0145 | 0145 | 0145 | 0145 | 0145 | SDO | SDO | |
| Hill J | | 166 | 067 | SDO | SDO | 0200 | 0200 | 0200 | 0200 | 0200 | |
| Pitts J | | 167 | 067 | 0200 | SDO | SDO | 0200 | 0200 | 0200 | 0200 | |
| Tony | | 168 | 067 | SDO | SDO | 0215 | 0215 | 0215 | 0215 | 0215 | |
| Dantzler | | 169 | 067 | 0230 | 0230 | 0230 | 0230 | 0230 | SDO | SDO | |
| | | 170 | 067 | SDO | SDO | 0315 | 0315 | 0315 | 0315 | 0315 | |
| Elena A Santos | | 171 | 067 | 0330 | SDO | SDO | 0330 | 0330 | 0330 | 0330 | |
| | | 172 | 067 | 0345 | 0345 | 0345 | SDO | SDO | 0330 0345 | 0330 0345 | |

## "2005" TRACTOR/TRAILER BID ASSIGNMENTS

(1)

| Name | JOB ID # | RUN # | P/L | SAT | SUN | MON | TUE | WED | THU | FRI | SSN # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Z. Patton | | 246 | 063 | 0400 | SDO | SDO | 0400 | 0400 | 0400 | 0400 | |
| C. Pettus | | 247 | 063 | SDO | SDO | 0430/0445 | 0445 | 0445 | 0445 | 0500 | |
| J. Ayyad | | 248 | 063 | 0445 | 0445 | 0445 | 0445 | 0445 | SDO | SDO | |
| Watts | | 249 | 063 | 0445 | SDO | SDO | 0445 | 0445 | 0445 | 0445 | |
| B.T. Smith | | 250 | 063 | SDO | SDO | 0445 | 0445 | 0445 | 0445 | 0445 | |
| R. Layugao | | 251 | 063 | 0445 | SDO | SDO | 0445 | 0445 | 0445 | 0445 | |
| Bradshaw | | 252 | 063 | 0500 | 0500 | 0500 | SDO | SDO | 0500 | 0500 | |
| Perry | | 253 | 063 | SDO | 0530 | 0530 | 0530 | 0530 | 0530 | SDO | |
| Fredericks | | 254 | 063 | SDO | SDO | 0700 | 0700 | 0700 | 0700 | 0700 | |
| B. Roberson | | 255 | 063 | 0700 | SDO | SDO | 0700 | 0700 | 0700 | 0700 | |
| B. Carroll | | 256 | 063 | SDO | SDO | 0700 | 0700 | 0700 | 0700 | 0700 | |
| Hogg | | 257 | 063 | SDO | SDO | 0730 | 0730 | 0730 | 0730 | 0730 | |
| ONeal | | 258 | 063 | SDO | SDO | 0730 | 0730 | 0730 | 0730 | 0730 | |
| Dickenson K. | | 259 | 063 | SDO | SDO | 0730 | 0730 | 0730 | 0730 | 0730 | |
| Dave/Grey | | 260 | 063 | SDO | SDO | 0730 | 0730 | 0730 | 0730 | 0730 | |
| Bautista | | 261 | 063 | 0900 | SDO | SDO | 0900 | 0900 | 0900 | 0900 | |
| K Williams | | 262 | 063 | SDO | SDO | 0900 | 0900 | 0900 | 0900 | 0900 | |
| Rey Gerochi | | 263 | 063 | SDO | SDO | 1100 | 1100 | 1100 | 1100 | 1100 | |
| W. Meek | | 264 | 063 | SDO | SDO | 1145 | 1145 | 1145 | 1145 | 1145 | |
| Jamison | | 350 | 063 | SDO | SDO | 1230 | 1230 | 1230 | 1230 | 1230 | |
| R. Wuo | | 351 | 063 | 1230 | SDO | SDO | 1230 | 1230 | 1230 | 1230 | |
| John D. Gil | | 352 | 063 | SDO | SDO | 1230 | 1230 | 1230 | 1230 | 1230 | |
| C. Doren | | 353 | 064 | SDO | SDO | 1230 | 1230 | 1230 | 1230 | 1230 | |
| G. Scott | | 354 | 064 | SDO | 1245 | 1245 | 1245 | 1245 | 1245 | SDO | |

**REVISION "2005"**

## "2005" TRACTOR/TRAILER BID ASSIGNMENTS
## REVISED 11/15/04

| Name | JOB ID # | RUN # | P/L | SAT | SUN | MON | TUE | WED | THU | FRI | SSN # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| William Hung*han* | | 355 | 064 | 1300 | SDO | SDO | 1300 | 1300 | 1300 | 1300 | |
| *(signature)* | | 356 | 064 | 1315 | SDO | SDO | 1315 | 1315 | 1315 | 1315 | |
| Calvin Paavo | | 357 | 070 | 1330 | SDO | SDO | 1330 | 1330 | 1330 | 1330 | |
| Christopher Lee | | 358 | 064 | SDO | SDO | 1345 | 1345 | 1345 | 1345 | 1345 | |
| R. HEYDECK | | 359 | 070 | SDO | SDO | 1400 | 1400 | 1400 | 1400 | 1400 | |
| K. Mitchell | | 360 | 070 | SDO | SDO | 1415 | 1415 | 1415 | 1415 | 1415 | |
| R. LONG | | 361 | 064 | SDO | SDO | 1430 | 1430 | 1430 | 1430 | 1430 | |
| Domingo | | 362 | 070 | SDO | SDO | 1500 | 1500 | 1500 | 1500 | 1500 | |
| Michael *Smith* | | 363 | 070 | 1530 | 1530 | 1530 | SDO | SDO | 1530 | 1530 | |
| Miguel Ramos | | 364 | 070 | SDO | SDO | 1530 | 1530 | 1530 | 1530 | 1530 | |
| A. HANDANG | | 365 | 070 | SDO | SDO | 1600 | 1600 | 1600 | 1600 | 1600 | |
| C.K. NGO | | 366 | 070 | 1600 | 1600 | 1600 | SDO | SDO | 1600 | 1600 | |
| Cheema | | 367 | 070 | 1630 | 1630 | 1630 | 1630 | 1630 | SDO | SDO | |
| Danny *(illegible)* | | 368 | 070 | 1700 | SDO | SDO | 1700 | 1700 | 1700 | 1700 | |

REVISION "2005"

## "2005" TRACTOR/TRAILER BID ASSIGNMENTS
## REVISED 11/15/04



| Name | JOB ID # | RUN # | P/L | SAT | SUN | MON | TUE | WED | THU | FRI | SSN # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Montgomery D | | R-1 | 062 | 600<br>2230 | 600<br>2230 | 601<br>2300 | 601<br>2300 | SDO | SDO | 602<br>2330 | |
| Espinoza, F. | | R-2 | 062 | 152<br>2300 | 153<br>2300 | 153<br>2300 | 156<br>0000 | 156<br>0000 | SDO | SDO | |
| Arriola, J. | | R-3 | 067 | 154<br>0000 | 154<br>0000 | 151<br>2215 | SDO | SDO | 150<br>2200 | 150<br>2200 | |
| Thompson, H | | R-4 | 067 | 155<br>0000 | 155<br>0000 | 159<br>0030 | 158<br>0030 | 158<br>0030 | SDO | SDO | |
| G. Binton | | R-5 | 067 | 159<br>0030 | 159<br>0030 | 161<br>0100 | 162<br>0100 | 162<br>0100 | SDO | SDO | |
| | | R-6 | 067 | 163<br>0130 | 164<br>0130 | 164<br>0130 | SDO | SDO | 165<br>0145 | 165<br>0145 | |
| Stokes | | R-7 | 067 | 166<br>0200 | 166<br>0200 | 167<br>0200 | 172<br>0345 | 172<br>0345 | SDO | SDO | |
| Amoranto | | R-8 | 063 | 168<br>0215 | 168<br>0215 | 171<br>0330 | SDO | SDO | 169<br>0230 | 169<br>0230 | |
| | | R-9 | 063 | 170<br>0315 | 246<br>0400 | 246<br>0400 | SDO | SDO | 604<br>0700 | 604<br>0700 | |
| Ho Thi, D | | R-10 | 063 | 247<br>0500 | 247<br>0500 | 249<br>0445 | SDO | SDO | 248<br>0445 | 248<br>0445 | |
| P. Lau | | R-11 | 064 | 250<br>0445 | 250<br>0445 | 251<br>0500 | 252<br>0500 | SDO | SDO | 253<br>0530 | |
| Singh/Sonny | | R-12 | 064 | 603<br>0630 | 603<br>0630 | 255<br>0700 | 605<br>0730 | 605<br>0730 | SDO | SDO | |
| | | R-13 | 064 | 620<br>1430 | 620<br>1430 | 621<br>1500 | 622<br>1530 | 622<br>1530 | SDO | SDO | |
| | | R-14 | 070 | 361<br>1430 | 353<br>1230 | 351<br>1230 | 363<br>1530 | 363<br>1530 | SDO | SDO | |
| J. Hawkins | | R-15 | 064 | SDO | SDO | 355<br>1300 | 366<br>1600 | 366<br>1600 | 367<br>1630 | 367<br>1630 | |
| Gill, B | | R16 | 064 | 352<br>1230 | 352<br>1230 | 356<br>1315 | EX<br>1300 | SDO | SDO | 354<br>1230 | |

REVISION "2005"

## "2005" TRACTOR/TRAILER BID ASSIGNMENTS

| NAME | JOB ID # | RUN # | P/L | SAT | SUN | MON | TUE | WED | THU | FRI | SSN # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Henderson, A | | 600 | 067 | SDO | SDO | 2230 | 2230 | 2230 | 2230 | 2230 | |
| Davis, N. | | 601 | 067 | 2300 | 2300 | SDO | SDO | 2300 | 2300 | 2300 | |
| Enos, RW | | 602 | 67 | 2330 | 2330 | 2330 | 2330 | 2330 | SDO | SDO | |
| O'Con | | 603 | 68 | SDO | SDO | 0630 | 0630 | 0630 | 0630 | 0630 | |
| J. Gill | | 604 | 68 | 0700 | 0700 | 0700 | 0700 | 0700 | SDO | SDO | |
| Lee, D | | 605 | 68 | 0730 | 0730 | SDO | SDO | 0730 | 0730 | 0730 | |
| Williams, J | | 620 | 70 | SDO | SDO | 1430 | 1430 | 1430 | 1430 | 1430 | |
| Gomez, RD | | 621 | 70 | 1500 | SDO | SDO | 1500 | 1500 | 1500 | 1500 | |
| VillaFlor | | 622 | 70 | 1530 | 1530 | 1530 | SDO | SDO | 1530 | 1530 | |

**REVISION "2005"**