# Exhibit E

## "2005" TRACTOR/TRAILER BID ASSIGNMENTS

6 PTF CoNVersion                                    ②

| NAME | JOB ID # | RUN # | P/L | SAT | SUN | MON | TUE | WED | THU | FRI | SSN # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONNER | 8968141 | 150 | 062 | 2200 | 2200 | 2200 | 2200 | 2200 | SDO | SDO | |
| HUNTER | 8976546 | 151 | 062 | 2215 | SDO | SDO | 2215 | 2215 | 2215 | 2215 | |
| TAYLOR | 8968305 | 152 | 062 | SDO | SDO | 2300 | 2300 | 2300 | 2300 | 2300 | |
| LEE, W | 8968306 | 153 | 062 | 2300 | SDO | SDO | 2300 | 2300 | 2300 | 2300 | |
| GIBSON | 8968307 | 154 | 062 | SDO | SDO | 0000 | 0000 | 0000 | 0000 | 0000 | |
| WHITESIDE | 8968308 | 155 | 062 | SDO | SDO | 0000 | 0000 | 0000 | 0000 | 0000 | |
| JEFFERSON | 8968309 | 156 | 062 | 2300 | 2300 | 2300 | SDO | SDO | 2300 | 2300 | |
| BELNAS | 8968310 | 157 | 062 | SDO | SDO | 0000 | 0000 | 0000 | 0000 | 0000 | |
| ALLEN | 8968311 | 158 | 062 | 0030 | 0030 | 0030 | SDO | SDO | 0030 | 0030 | |
| BROWN | 8968912 | 159 | 062 | SDO | SDO | 0030 | 0030 | 0030 | 0030 | 0030 | |
| NURIDDIN | 8968313 | 160 | 062 | 0030 | SDO | SDO | 0030 | 0030 | 0030 | 0030 | |
| NAVARETTE | 0908858 | 161 | 062 | SDO | SDO | 0100 | 0100 | 0100 | 0100 | 0100 | |
|  | 0908859 | 162 | 062 | 0100 | 0100 | 0100 | SDO | SDO | 0100 | 0100 | BATARA E |
| WASHINGTON | 8968314 | 163 | 062 | SDO | SDO | 0130 | 0130 | 0130 | 0130 | 0130 | |
| WADE | 8968315 | 164 | 062 | 0130 | SDO | SDO | 0130 | 0130 | 0130 | 0130 | |
| RIDDLE | 8968316 | 165 | 062 | 0145 | 0145 | 0145 | 0145 | 0145 | SDO | SDO | |
| HILL | 8968317 | 166 | 067 | SDO | SDO | 0200 | 0200 | 0200 | 0200 | 0200 | |
| PITTS | 8968318 | 167 | 062 | 0130 | SDO | SDO | 0130 | 0130 | 0130 | 0130 | |
| NIXON | 8968319 | 168 | 067 | SDO | SDO | 0215 | 0215 | 0215 | 0215 | 0215 | |
| DANTZLER | 8968320 | 169 | 067 | 0230 | 0230 | 0230 | 0230 | 0230 | SDO | SDO | |
| GOLDMAN | 8968363 | 170 | 067 | SDO | SDO | 0315 | 0315 | 0315 | 0315 | 0315 | |
| SANTOS | 8968364 | 171 | 062 | 0330 | SDO | SDO | 0330 | 0330 | 0330 | 0330 | |
|  | 8968365 | 172 | 067 | 0345 | 0345 | 0345 | SDO | SDO | 0345 | 0345 | MANCIA |

## "2005" TRACTOR/TRAILER BID ASSIGNMENTS



| Name | JOB ID # | RUN # | P/L | SAT | SUN | MON | TUE | WED | THU | FRI | SSN # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTGOMERY | 8968243 | R-1 | 062 | 600<br>2230 | 600<br>2230 | 601<br>2300 | 601<br>2300 | SDO | SDO | 602<br>2330 | |
| ESPINOSA | 9142618 | R-2 | 062 | 152<br>2300 | 153<br>2300 | 153<br>2300 | 156<br>2300 | 156<br>2300 | SDO | SDO | |
| ARRIOLA | 9142619 | R-3 | 067 | 154<br>0000 | 154<br>0000 | 151<br>2215 | SDO | SDO | 150<br>2200 | 150<br>2200 | |
| THOMPSON | 8967340 | R-4 | 067 | 155<br>0000 | 155<br>0000 | EX<br>0030 | 158<br>0030 | 158<br>0030 | SDO | SDO | |
| BRUTON | 9142620 | R-5 | 67 | 159<br>0030 | 159<br>0030 | EX<br>0100 | 162<br>0100 | 162<br>0100 | SDO | SDO | |
|  | 9142620 | R-6 | 067 | 163<br>0130 | 164<br>0130 | 164<br>0130 | SDO | SDO | 165<br>0145 | 165<br>0145 | Venturi |
| STOKES | 9142621 | R-7 | 067 | 166<br>0200 | 166<br>0200 | 167<br>0130 | 172<br>0345 | 172<br>0345 | SDO | SDO | |
| AMORANTO | 9142622 | R-8 | 063 | 168<br>0215 | 168<br>0215 | 171<br>0330 | SDO | SDO | 169<br>0230 | 169<br>0230 | |
|  | 8967344 | R-9 | 063 | 170<br>0315 | 246<br>0400 | 246<br>0400 | SDO | SDO | 604<br>0700 | 604<br>0700 | Singh |
| HOTHI | 8967345 | R-10 | 063 | 247<br>0445 | 247<br>0445 | 249<br>0445 | SDO | SDO | 248<br>0445 | 248<br>0445 | |
| LAU | 9142633 | R-11 | 064 | 250<br>0445 | 250<br>0445 | 251<br>0500 | 252<br>0500 | SDO | SDO | 253<br>0530 | |
| SINGH,S | 8967347 | R-12 | 064 | 603<br>0630 | 603<br>0630 | 605<br>0730 | 605<br>0730 | EX<br>0730 | SDO | SDO | |
|  | 8967343 | R-13 | 064 | 620<br>1430 | 620<br>1430 | 621<br>1500 | 622<br>1530 | 622<br>1530 | SDO | SDO | Caprato |
|  | 8967348 | R-14 | 070 | 364<br>1530 | 353<br>1230 | 351<br>1230 | 363<br>1530 | 363<br>1530 | SDO | SDO | Hendic |
| HAWKINS | 8976547 | R-15 | 064 | SDO | SDO | 355<br>1300 | 366<br>1600 | 366<br>1600 | 367<br>1630 | 367<br>1630 | |
| GILL-BALJIT | NEW | R16 | 064 | 352<br>1230 | 352<br>1230 | 356<br>1315 | EX<br>1300 | SDO | SDO | 354<br>1230 | |