Exhibit F



**UNITED STATES POSTAL SERVICE**

| 01 EFFECTIVE DATE 06-11-2005 | Notification Of Personnel Action | 02 SOCIAL SECURITY NUMBER |
|---|---|---|

**EMPLOYEE INFORMATION**

| No | Field | Value | No | Field | Value |
|---|---|---|---|---|---|
| 03 | EMPLOYEE NAME-LAST | MANCIA | 39 | FLSA STATUS | N - NON-EXEMPT |
| 04 | EMPLOYEE NAME-FIRST | ARTURO | 40 | PAY LOCATION | 062 |
| 05 | EMPLOYEE NAME-MIDDLE | R | 41 | RURAL CARRIER-ROUTE | |
| 06 | MAILING ADDRESS STREET/BOX/APT | | 42 | RURAL CARR-L-RTE-ID | |
| | | | 43 | RURAL CARR-PAY TYPE | |
| 07 | MAILING ADDRESS-CITY | | 44 | RURAL CARR-TRI-WEEKLY | |
| 08 | MAILING ADDRESS-STATE | | 45 | RURAL CARR-FLSA | |
| 09 | MAILING ADDRESS-ZIP+4 | | 46 | RURAL CARR-COMMIT | |
| 10 | DATE OF BIRTH | | 47 | RURAL CARR-EMA | |
| 11 | VETERANS PREFERENCE | 1 - NO PREFERENCE | 48 | RURAL CARR-HOURS | |
| 12 | SEX | M | 49 | RURAL CARR-MILES | |
| 13 | MINORITY | | 50 | JOB SEQUENCE | 1 |
| 14 | DISABILITY | 05 | 51 | OCCUPATION CODE | 5703-0004 |
| 15 | LEAVE COMP DATE | 03-11-2000 | 52 | POSITION TITLE | TRACTOR TRAILER OPERATOR |
| 16 | ENTER ON DUTY DATE | 03-11-2000 | 53 | LABOR DIST CODE | 3400 |
| 17 | RETIREMENT COMP DATE | 03-11-2000 | 54 | DESIGNATION/ACTIVITY | 13/5 |
| 18 | SERV ANNIVERSARY PPYR | 07 2000 | 55 | POSITION TYPE | 1 - FULL TIME |
| 19 | TSP ELIGIBILITY | | 56 | LIMIT HOURS | 0 |
| 20 | TSP SERVICE COMP DATE | 03-11-2000 | 57 | | |
| 21 | PRIOR CSRS SERVICE | N | 58 | EMPLOYMENT TYPE | |
| 22 | FROZEN CSRS TIME | | | **SALARY INFORMATION** | |
| 23 | LEAVE DATA-CATEGORY | | 59 | | |
| 24 | LEAVE DATA-CHG PPYR | | 60 | | |
| 25 | LEAVE DATA-TYPE | 1 - ADVANCED AT BEGINNING | 61 | | |
| 26 | CREDIT MILITARY SERV | | 62 | | |
| 27 | RETIRED MILITARY | | 63 | | |
| 28 | RETIREMENT PLAN | | 64 | | |
| 29 | EMPLOYMENT STATUS | | 65 | | |
| 30 | LIFE INSURANCE | | 66 | MERIT ANNIV DATE | |
| 31 | SPECIAL BENEFITS | | 67 | | |
| | **POSITION INFORMATION** | | 68 | SPECIAL SALARY CODE | |
| 32 | EMPLOY OFFICE-FIN NO | | 69 | PROTECTED RSC | |
| 33 | EMPLOY OFFICE-NAME | OAKLAND P&DC | 70 | PROTECTED GRADE/STEP | / |
| | | | 71 | EXPIRATION DATE | |
| 34 | EMPLOY OFFICE-ADDRESS | OAKLAND CA 94615-9998 | 72 | PROTECTED RC HOURS | |
| | | | 73 | PROTECTED RC MILES | |
| 35 | DUTY STATION-FIN NO | 05-5509 | 74 | RC GUARANTEED SALARY | |
| 36 | DUTY STATION-NAME | OAKLAND P&DC | 75 | | |
| 37 | APPT EXPIRATION DATE | | 76 | RED CIRCLE CODE | 0 |
| 38 | PROBATION EXPIR DATE | | | | |

**NATURE OF PERSONNEL ACTION**

| 77 | NATURE OF ACTION CODE | 702 | 78 | AUTHORITY | | | 39-USC Sect 1001 | |
|---|---|---|---|---|---|---|---|---|
| 79 | DESCRIPTION | PROMOTION | 80 | CODE | 81 CODE | 82 CODE | 83 CODE | |
| 84 | REMARKS | | | | | | | |

PROMOTED TO A RESIDUAL VACANCY.
LL 06/13/05

| 85 | AUTHORIZATION ALFRED INIGUEZ, VP AREA OPERATIONS-PACIFIC AREA | 86 | PROCESSED DATE | 08-15-2005 |
|---|---|---|---|---|
| | | 87 | PERSONNEL OFFICE ID | |
| | | 88 | OPF LOCATION | |

PS Form 50, November 1998 (Exception to Standard Form 50)    1 - EMPLOYEE COPY - RETAIN FOR FUTURE REFERENCE



## UNITED STATES POSTAL SERVICE

### Notification Of Personnel Action

| 01 | EFFECTIVE DATE 06-11-2005 | | | 02 | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|

**EMPLOYEE INFORMATION**

| # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|
| 03 | EMPLOYEE NAME-LAST | VENTURA | 39 | FLSA STATUS | N - NON-EXEMPT |
| 04 | EMPLOYEE NAME-FIRST | ALEXANDER | 40 | PAY LOCATION | 067 |
| 05 | EMPLOYEE NAME-MIDDLE | A | 41 | RURAL CARRIER-ROUTE | |
| 06 | MAILING ADDRESS STREET/BOX/APT | | 42 | RURAL CARR-L-RTE-ID | |
| | | | 43 | RURAL CARR-PAY TYPE | |
| 07 | MAILING ADDRESS-CITY | | 44 | RURAL CARR-TRI-WEEKLY | |
| 08 | MAILING ADDRESS-STATE | | 45 | RURAL CARR-FLSA | |
| 09 | MAILING ADDRESS-ZIP+4 | | 46 | RURAL CARR-COMMIT | |
| 10 | DATE OF BIRTH | | 47 | RURAL CARR-EMA | |
| 11 | VETERANS PREFERENCE | 1 - NO PREFERENCE | 48 | RURAL CARR-HOURS | |
| 12 | SEX | M | 49 | RURAL CARR-MILES | |
| 13 | MINORITY | | 50 | JOB SEQUENCE | 1 |
| 14 | DISABILITY | 05 | 51 | OCCUPATION CODE | 5703-0004 |
| 15 | LEAVE COMP DATE | 05-06-2000 | 52 | POSITION TITLE | TRACTOR TRAILER OPERATOR |
| 16 | ENTER ON DUTY DATE | 05-06-2000 | 53 | LABOR DIST CODE | 3400 |
| 17 | RETIREMENT COMP DATE | 05-06-2000 | 54 | DESIGNATION/ACTIVITY | 13/5 |
| 18 | SERV ANNIVERSARY PPYR | 11 2000 | 55 | POSITION TYPE | 1 - FULL TIME |
| 19 | TSP ELIGIBILITY | | 56 | LIMIT HOURS | 0 |
| 20 | TSP SERVICE COMP DATE | 05-06-2000 | 57 | | |
| 21 | PRIOR CSRS SERVICE | N | 58 | EMPLOYMENT TYPE | |
| 22 | FROZEN CSRS TIME | | | **SALARY INFORMATION** | |
| 23 | LEAVE DATA-CATEGORY | | 59 | | |
| 24 | LEAVE DATA-CHG PPYR | | 60 | | |
| 25 | LEAVE DATA-TYPE | 1 - ADVANCED AT BEGINNING | 61 | | |
| 26 | CREDIT MILITARY SERV | | 62 | | |
| 27 | RETIRED MILITARY | | 63 | | |
| 28 | RETIREMENT PLAN | | 64 | | |
| 29 | EMPLOYMENT STATUS | | 65 | | |
| 30 | LIFE INSURANCE | | 66 | MERIT ANNIV DATE | |
| 31 | SPECIAL BENEFITS | | 67 | | |
| | **POSITION INFORMATION** | | 68 | SPECIAL SALARY CODE | |
| 32 | EMPLOY OFFICE-FIN NO | | 69 | PROTECTED RSC | |
| 33 | EMPLOY OFFICE-NAME | OAKLAND P&DC | 70 | PROTECTED GRADE/STEP | / |
| | | | 71 | EXPIRATION DATE | |
| 34 | EMPLOY OFFICE-ADDRESS | OAKLAND CA 94615-9998 | 72 | PROTECTED RC HOURS | |
| | | | 73 | PROTECTED RC MILES | |
| 35 | DUTY STATION-FIN NO | 05-5509 | 74 | RC GUARANTEED SALARY | |
| 36 | DUTY STATION-NAME | OAKLAND P&DC | 75 | | |
| 37 | APPT EXPIRATION DATE | | 76 | RED CIRCLE CODE | 0 |
| 38 | PROBATION EXPIR DATE | | | | |

**NATURE OF PERSONNEL ACTION**

| 77 | NATURE OF ACTION CODE | 702 | 78 | AUTHORITY | 39-USC Sect 1001 |
|---|---|---|---|---|---|
| 79 | DESCRIPTION | PROMOTION | 80 CODE | 81 CODE | 82 CODE  83 CODE |
| 84 | REMARKS | | | | |

CHANGE TO FULL TIME AND PROMOTED TO A TTO RESIDUAL VACANCY.
LL 06/13/05

| 85 | AUTHORIZATION ALFRED INIGUEZ, VP AREA OPERATIONS-PACIFIC AREA | 86 | PROCESSED DATE | 06-15-2005 |
|---|---|---|---|---|
| | | 87 | PERSONNEL OFFICE ID | |
| | | 88 | OPF LOCATION | |

PS Form 50, November 1998 (Exception to Standard Form 50)        1 - EMPLOYEE COPY - RETAIN FOR FUTURE REFERENCE



## UNITED STATES POSTAL SERVICE

### Notification Of Personnel Action

| | | | |
|---|---|---|---|
| 01 EFFECTIVE DATE 06-11-2005 | | 02 SOCIAL SECURITY NUMBER ■■■■■■ | |

**EMPLOYEE INFORMATION**

| | | | | | |
|---|---|---|---|---|---|
| 03 | EMPLOYEE NAME-LAST | SINGH | 39 | FLSA STATUS | N - NON-EXEMPT |
| 04 | EMPLOYEE NAME-FIRST | RANJODH | 40 | PAY LOCATION | 062 |
| 05 | EMPLOYEE NAME-MIDDLE | | 41 | RURAL CARRIER-ROUTE | |
| 06 | MAILING ADDRESS STREET/BOX/APT | ■■■■■■■ | 42 | RURAL CARR-L-RTE-ID | |
| | | | 43 | RURAL CARR-PAY TYPE | |
| 07 | MAILING ADDRESS-CITY | ■■■■ | 44 | RURAL CARR-TRI-WEEKLY | |
| 08 | MAILING ADDRESS-STATE | ■ | 45 | RURAL CARR-FLSA | |
| 09 | MAILING ADDRESS-ZIP+4 | ■■■■ | 46 | RURAL CARR-COMMIT | |
| 10 | DATE OF BIRTH | | 47 | RURAL CARR-EMA | |
| 11 | VETERANS PREFERENCE | 1 - NO PREFERENCE | 48 | RURAL CARR-HOURS | |
| 12 | SEX | M | 49 | RURAL CARR-MILES | |
| 13 | MINORITY | ■■■■■ | 50 | JOB SEQUENCE | 1 |
| 14 | DISABILITY | 05 | 51 | OCCUPATION CODE | 5703-0004 |
| 15 | LEAVE COMP DATE | 04-22-2000 | 52 | POSITION TITLE | TRACTOR TRAILER OPERATOR |
| 16 | ENTER ON DUTY DATE | 04-22-2000 | 53 | LABOR DIST CODE | 3400 |
| 17 | RETIREMENT COMP DATE | 04-22-2000 | 54 | DESIGNATION/ACTIVITY | 13/5 |
| 18 | SERV ANNIVERSARY PPYR | 10 2000 | 55 | POSITION TYPE | 1 - FULL TIME |
| 19 | TSP ELIGIBILITY | ■■■■■ | 56 | LIMIT HOURS | 0 |
| 20 | TSP SERVICE COMP DATE | 04-22-2000 | 57 | ■■■■■ | ■■■■■ |
| 21 | PRIOR CSRS SERVICE | N | 58 | EMPLOYMENT TYPE | |
| 22 | FROZEN CSRS TIME | | **SALARY INFORMATION** | | |
| 23 | LEAVE DATA-CATEGORY | ■■■■ | 59 | ■■■■ | ■ |
| 24 | LEAVE DATA-CHG PPYR | ■■■ | 60 | ■■■■ | ■■ |
| 25 | LEAVE DATA-TYPE | 1 - ADVANCED AT BEGINNING | 61 | ■■■ | ■■■ |
| 26 | CREDIT MILITARY SERV | | 62 | ■■■■ | |
| 27 | RETIRED MILITARY | | 63 | ■■ | ■■ |
| 28 | RETIREMENT PLAN | ■■ | 64 | ■■ | ■■■■■ |
| 29 | EMPLOYMENT STATUS | | 65 | ■■■ | ■■■ |
| 30 | LIFE INSURANCE | ■■■ | 66 | MERIT ANNIV DATE | |
| 31 | SPECIAL BENEFITS | | 67 | ■■■ | ■■ |
| **POSITION INFORMATION** | | | 68 | SPECIAL SALARY CODE | |
| 32 | EMPLOY OFFICE-FIN NO | ■■ | 69 | PROTECTED RSC | |
| 33 | EMPLOY OFFICE-NAME | OAKLAND P&DC | 70 | PROTECTED GRADE/STEP | / |
| | | | 71 | EXPIRATION DATE | |
| 34 | EMPLOY OFFICE-ADDRESS | OAKLAND CA  94615-9998 | 72 | PROTECTED RC HOURS | |
| | | | 73 | PROTECTED RC MILES | |
| 35 | DUTY STATION-FIN NO | 05-5509 | 74 | RC GUARANTEED SALARY | |
| 36 | DUTY STATION-NAME | OAKLAND P&DC | 75 | ■■■■ | ■■ |
| 37 | APPT EXPIRATION DATE | | 76 | RED CIRCLE CODE | 0 |
| 38 | PROBATION EXPIR DATE | | | | |

**NATURE OF PERSONNEL ACTION**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 77 | NATURE OF ACTION CODE | 702 | 78 | AUTHORITY | | | 39-USC Sect 1001 | | |
| 79 | DESCRIPTION | PROMOTION | 80 | CODE | 81 | CODE | 82 | CODE | 83 | CODE |
| 84 | REMARKS | | | | | | | | |

CHANGE TO FULL TIME AND PROMOTED TO A TTO RESIDUAL VACANCY.
LL 06/13/05

| | | | |
|---|---|---|---|
| 85 AUTHORIZATION ALFRED INIGUEZ, VP AREA OPERATIONS-PACIFIC AREA | | 86 PROCESSED DATE | 06-15-2005 |
| | | 87 PERSONNEL OFFICE ID | |
| | | 88 OPF LOCATION | |

PS Form 50, November 1998 (Exception to Standard Form 50)

1 - EMPLOYEE COPY - RETAIN FOR FUTURE REFERENCE



**UNITED STATES POSTAL SERVICE**

### Notification Of Personnel Action

| | | | | |
|---|---|---|---|---|
| 01 EFFECTIVE DATE<br>06-11-2005 | | | 02 SOCIAL SECURITY NUMBER | ▓▓▓▓▓▓ |

**EMPLOYEE INFORMATION**

| | | | | |
|---|---|---|---|---|
| 03 EMPLOYEE NAME-LAST | CAPRISTO | 39 FLSA STATUS | N - NON-EXEMPT | |
| 04 EMPLOYEE NAME-FIRST | POLO | 40 PAY LOCATION | 064 | |
| 05 EMPLOYEE NAME-MIDDLE | S | 41 RURAL CARRIER-ROUTE | | |
| 06 MAILING ADDRESS STREET/BOX/APT | ▓▓▓▓▓ | 42 RURAL CARR-L-RTE-ID | | |
| | | 43 RURAL CARR-PAY TYPE | | |
| 07 MAILING ADDRESS-CITY | ▓▓▓▓ | 44 RURAL CARR-TRI-WEEKLY | | |
| 08 MAILING ADDRESS-STATE | ▓ | 45 RURAL CARR-FLSA | | |
| 09 MAILING ADDRESS-ZIP+4 | ▓▓▓ | 46 RURAL CARR-COMMIT | | |
| 10 DATE OF BIRTH | ▓▓▓ | 47 RURAL CARR-EMA | | |
| 11 VETERANS PREFERENCE | 1 - NO PREFERENCE | 48 RURAL CARR-HOURS | | |
| 12 SEX | M | 49 RURAL CARR-MILES | | |
| 13 MINORITY | ▓▓▓ | 50 JOB SEQUENCE | 1 | |
| 14 DISABILITY | 05 | 51 OCCUPATION CODE | 5703-0004 | |
| 15 LEAVE COMP DATE | 05-20-2000 | 52 POSITION TITLE | TRACTOR TRAILER OPERATOR | |
| 16 ENTER ON DUTY DATE | 05-20-2000 | 53 LABOR DIST CODE | 3400 | |
| 17 RETIREMENT COMP DATE | 05-20-2000 | 54 DESIGNATION/ACTIVITY | 13/5 | |
| 18 SERV ANNIVERSARY PPYR | 12 2001 | 55 POSITION TYPE | 1 - FULL TIME | |
| 19 TSP ELIGIBILITY | ▓▓▓▓ | 56 LIMIT HOURS | 0 | |
| 20 TSP SERVICE COMP DATE | 05-20-2000 | 57 ▓▓▓ | ▓▓▓ | |
| 21 PRIOR CSRS SERVICE | N | 58 EMPLOYMENT TYPE | | |
| 22 FROZEN CSRS TIME | | **SALARY INFORMATION** | | |
| 23 LEAVE DATA-CATEGORY | ▓▓▓ | 59 ▓▓▓ | ▓ | |
| 24 LEAVE DATA-CHG PPYR | ▓▓▓ | 60 ▓▓▓ | ▓ | |
| 25 LEAVE DATA-TYPE | 1 - ADVANCED AT BEGINNING | 61 ▓▓▓ | ▓ | |
| 26 CREDIT MILITARY SERV | | 62 ▓▓▓ | ▓ | |
| 27 RETIRED MILITARY | | 63 ▓▓▓ | ▓ | |
| 28 RETIREMENT PLAN | ▓▓▓ | 64 ▓▓▓ | ▓ | |
| 29 EMPLOYMENT STATUS | | 65 ▓▓▓ | ▓ | |
| 30 LIFE INSURANCE | ▓▓▓ | 66 MERIT ANNIV DATE | | |
| 31 SPECIAL BENEFITS | | 67 ▓▓▓ | ▓ | |
| **POSITION INFORMATION** | | 68 SPECIAL SALARY CODE | | |
| 32 EMPLOY OFFICE-FIN NO | ▓▓▓ | 69 PROTECTED RSC | | |
| 33 EMPLOY OFFICE-NAME | OAKLAND P&DC | 70 PROTECTED GRADE/STEP | / | |
| | | 71 EXPIRATION DATE | | |
| 34 EMPLOY OFFICE-ADDRESS | OAKLAND CA 94615-9998 | 72 PROTECTED RC HOURS | | |
| | | 73 PROTECTED RC MILES | | |
| 35 DUTY STATION-FIN NO | 05-5509 | 74 RC GUARANTEED SALARY | | |
| 36 DUTY STATION-NAME | OAKLAND P&DC | 75 ▓▓▓ | ▓ | |
| 37 APPT EXPIRATION DATE | | 76 RED CIRCLE CODE | 0 | |
| 38 PROBATION EXPIR DATE | | | | |

**NATURE OF PERSONNEL ACTION**

| | | | | | | |
|---|---|---|---|---|---|---|
| 77 NATURE OF ACTION CODE | 702 | 78 AUTHORITY | | 39-USC Sect 1001 | | |
| 79 DESCRIPTION | PROMOTION | 80 CODE | 81 CODE | 82 CODE | 83 CODE | |
| 84 REMARKS | | | | | | |

CHANGE TO FULL TIME AND PROMOTED TO A TTO RESIDUAL VACANCY.
LL 06/13/05

| | |
|---|---|
| 85 AUTHORIZATION<br>ALFRED INIGUEZ, VP<br>AREA OPERATIONS-PACIFIC AREA | 86 PROCESSED DATE    06-15-2005 |
| | 87 PERSONNEL OFFICE ID |
| | 88 OPF LOCATION |

PS Form 50, November 1998 (Exception to Standard Form 50)

1 - EMPLOYEE COPY - RETAIN FOR FUTURE REFERENCE



**UNITED STATES POSTAL SERVICE**

| 01 EFFECTIVE DATE 06-11-2005 | | **Notification Of Personnel Action** | 02 SOCIAL SECURITY NUMBER ▓▓▓▓▓▓ |
|---|---|---|---|

**EMPLOYEE INFORMATION**

| 03 EMPLOYEE NAME-LAST | HEREDIA | 39 FLSA STATUS | N - NON-EXEMPT |
|---|---|---|---|
| 04 EMPLOYEE NAME-FIRST | JAVIER | 40 PAY LOCATION | 064 |
| 05 EMPLOYEE NAME-MIDDLE | | 41 RURAL CARRIER-ROUTE | |
| 06 MAILING ADDRESS STREET/BOX/APT | ▓▓▓▓▓ | 42 RURAL CARR-L-RTE-ID | |
| | | 43 RURAL CARR-PAY TYPE | |
| 07 MAILING ADDRESS-CITY | ▓▓▓ | 44 RURAL CARR-TRI-WEEKLY | |
| 08 MAILING ADDRESS-STATE | ▓▓ | 45 RURAL CARR-FLSA | |
| 09 MAILING ADDRESS-ZIP+4 | ▓▓▓▓ | 46 RURAL CARR-COMMIT | |
| 10 DATE OF BIRTH | ▓▓▓▓ | 47 RURAL CARR-EMA | |
| 11 VETERANS PREFERENCE | 1 - NO PREFERENCE | 48 RURAL CARR-HOURS | |
| 12 SEX | M | 49 RURAL CARR-MILES | |
| 13 MINORITY | ▓▓▓▓ | 50 JOB SEQUENCE | 1 |
| 14 DISABILITY | 05 | 51 OCCUPATION CODE | 5703-0004 |
| 15 LEAVE COMP DATE | 06-17-2000 | 52 POSITION TITLE | TRACTOR TRAILER OPERATOR |
| 16 ENTER ON DUTY DATE | 06-17-2000 | 53 LABOR DIST CODE | 3400 |
| 17 RETIREMENT COMP DATE | 06-17-2000 | 54 DESIGNATION/ACTIVITY | 13/5 |
| 18 SERV ANNIVERSARY PPYR | 14 2000 | 55 POSITION TYPE | 1 - FULL TIME |
| 19 TSP ELIGIBILITY | ▓▓▓▓ | 56 LIMIT HOURS | 0 |
| 20 TSP SERVICE COMP DATE | 06-17-2000 | 57 ▓▓▓ | ▓▓▓▓ |
| 21 PRIOR CSRS SERVICE | N | 58 EMPLOYMENT TYPE | |
| 22 FROZEN CSRS TIME | | **SALARY INFORMATION** | |
| 23 LEAVE DATA-CATEGORY | ▓▓▓ | 59 ▓▓▓ | ▓ |
| 24 LEAVE DATA-CHG PPYR | ▓▓▓ | 60 ▓▓▓ | ▓▓ |
| 25 LEAVE DATA-TYPE | 1 - ADVANCED AT BEGINNING | 61 ▓▓▓ | ▓▓ |
| 26 CREDIT MILITARY SERV | | 62 ▓▓▓ | ▓▓ |
| 27 RETIRED MILITARY | | 63 ▓▓ | ▓▓ |
| 28 RETIREMENT PLAN | ▓▓▓ | 64 ▓▓▓ | ▓▓▓ |
| 29 EMPLOYMENT STATUS | | 65 ▓▓▓ | ▓▓▓ |
| 30 LIFE INSURANCE | ▓▓▓ | 66 MERIT ANNIV DATE | |
| 31 SPECIAL BENEFITS | | 67 | ▓▓ |

**POSITION INFORMATION**

| 32 EMPLOY OFFICE-FIN NO | ▓▓ | 68 SPECIAL SALARY CODE | |
|---|---|---|---|
| 33 EMPLOY OFFICE-NAME | OAKLAND P&DC | 69 PROTECTED RSC | |
| | | 70 PROTECTED GRADE/STEP | / |
| | | 71 EXPIRATION DATE | |
| 34 EMPLOY OFFICE-ADDRESS | OAKLAND CA 94615-9998 | 72 PROTECTED RC HOURS | |
| | | 73 PROTECTED RC MILES | |
| 35 DUTY STATION-FIN NO | 05-5509 | 74 RC GUARANTEED SALARY | |
| 36 DUTY STATION-NAME | OAKLAND P&DC | 75 ▓▓▓ | ▓▓ |
| 37 APPT EXPIRATION DATE | | 76 RED CIRCLE CODE | 0 |
| 38 PROBATION EXPIR DATE | | | |

**NATURE OF PERSONNEL ACTION**

| 77 NATURE OF ACTION CODE | 702 | 78 AUTHORITY | | | 39-USC Sect 1001 | |
|---|---|---|---|---|---|---|
| 79 DESCRIPTION | PROMOTION | 80 CODE | 81 CODE | 82 CODE | 83 CODE | |

84 REMARKS

CHANGE TO FULL TIME AND PROMOTED TO A TTO RESIDUAL VACANCY.
LL 06/13/05

| 85 AUTHORIZATION ALFRED INIGUEZ, VP AREA OPERATIONS-PACIFIC AREA | 86 PROCESSED DATE | 06-15-2005 |
|---|---|---|
| | 87 PERSONNEL OFFICE ID | |
| | 88 OPF LOCATION | |

PS Form 50, November 1998 (Exception to Standard Form 50)

1 - EMPLOYEE COPY - RETAIN FOR FUTURE REFERENCE



**UNITED STATES POSTAL SERVICE**

| 01 EFFECTIVE DATE 06-11-2005 | Notification Of Personnel Action | 02 SOCIAL SECURITY NUMBER ▓▓▓ |
|---|---|---|

**EMPLOYEE INFORMATION**

| # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|
| 03 | EMPLOYEE NAME-LAST | BATARAO | 39 | FLSA STATUS | N - NON-EXEMPT |
| 04 | EMPLOYEE NAME-FIRST | FREDY JOSE | 40 | PAY LOCATION | 062 |
| 05 | EMPLOYEE NAME-MIDDLE | P | 41 | RURAL CARRIER-ROUTE | |
| 06 | MAILING ADDRESS STREET/BOX/APT | ▓▓▓▓▓ | 42 | RURAL CARR-L-RTE-ID | |
| | | | 43 | RURAL CARR-PAY TYPE | |
| 07 | MAILING ADDRESS-CITY | ▓▓ | 44 | RURAL CARR-TRI-WEEKLY | |
| 08 | MAILING ADDRESS-STATE | ▓ | 45 | RURAL CARR-FLSA | |
| 09 | MAILING ADDRESS-ZIP+4 | ▓▓ | 46 | RURAL CARR-COMMIT | |
| 10 | DATE OF BIRTH | ▓▓ | 47 | RURAL CARR-EMA | |
| 11 | VETERANS PREFERENCE | 1 - NO PREFERENCE | 48 | RURAL CARR-HOURS | |
| 12 | SEX | M | 49 | RURAL CARR-MILES | |
| 13 | MINORITY | ▓▓▓ | 50 | JOB SEQUENCE | 1 |
| 14 | DISABILITY | 05 | 51 | OCCUPATION CODE | 5703-0004 |
| 15 | LEAVE COMP DATE | 03-11-2000 | 52 | POSITION TITLE | TRACTOR TRAILER OPERATOR |
| 16 | ENTER ON DUTY DATE | 03-11-2000 | 53 | LABOR DIST CODE | 3400 |
| 17 | RETIREMENT COMP DATE | 03-11-2000 | 54 | DESIGNATION/ACTIVITY | 13/5 |
| 18 | SERV ANNIVERSARY PPYR | 07 2000 | 55 | POSITION TYPE | 1 - FULL TIME |
| 19 | TSP ELIGIBILITY | ▓▓▓ | 56 | LIMIT HOURS | 0 |
| 20 | TSP SERVICE COMP DATE | 03-11-2000 | 57 | ▓▓▓ | ▓▓▓ |
| 21 | PRIOR CSRS SERVICE | N | 58 | EMPLOYMENT TYPE | |
| 22 | FROZEN CSRS TIME | | | **SALARY INFORMATION** | |
| 23 | LEAVE DATA-CATEGORY | ▓▓ | 59 | ▓▓ | ▓ |
| 24 | LEAVE DATA-CHG PPYR | ▓▓ | 60 | ▓▓▓ | ▓▓ |
| 25 | LEAVE DATA-TYPE | 1 - ADVANCED AT BEGINNING | 61 | ▓▓ | ▓ |
| 26 | CREDIT MILITARY SERV | | 62 | ▓▓ | ▓ |
| 27 | RETIRED MILITARY | | 63 | ▓ | ▓ |
| 28 | RETIREMENT PLAN | ▓▓ | 64 | ▓▓ | ▓▓ |
| 29 | EMPLOYMENT STATUS | | 65 | ▓▓ | ▓▓ |
| 30 | LIFE INSURANCE | ▓▓▓ | 66 | MERIT ANNIV DATE | |
| 31 | SPECIAL BENEFITS | | 67 | ▓▓ | ▓ |
| | **POSITION INFORMATION** | | 68 | SPECIAL SALARY CODE | |
| 32 | EMPLOY OFFICE-FIN NO | ▓▓ | 69 | PROTECTED RSC | |
| 33 | EMPLOY OFFICE-NAME | OAKLAND P&DC | 70 | PROTECTED GRADE/STEP | / |
| | | | 71 | EXPIRATION DATE | |
| 34 | EMPLOY OFFICE-ADDRESS | OAKLAND CA 94615-9998 | 72 | PROTECTED RC HOURS | |
| | | | 73 | PROTECTED RC MILES | |
| 35 | DUTY STATION-FIN NO | 05-5509 | 74 | RC GUARANTEED SALARY | |
| 36 | DUTY STATION-NAME | OAKLAND P&DC | 75 | ▓▓ | ▓ |
| 37 | APPT EXPIRATION DATE | | 76 | RED CIRCLE CODE | 0 |
| 38 | PROBATION EXPIR DATE | | | | |

**NATURE OF PERSONNEL ACTION**

| 77 NATURE OF ACTION CODE | 702 | 78 AUTHORITY | 39-USC Sect 1001 | | |
|---|---|---|---|---|---|
| 79 DESCRIPTION | PROMOTION | 80 CODE | 81 CODE | 82 CODE | 83 CODE |
| 84 REMARKS | | | | | |

CHANGE TO FULL TIME AND PROMOTED TO A TTO RESIDUAL VACANCY.
LL 06/13/05

| 85 AUTHORIZATION ALFRED INIGUEZ, VP AREA OPERATIONS-PACIFIC AREA | 86 PROCESSED DATE | 06-15-2005 |
|---|---|---|
| | 87 PERSONNEL OFFICE ID | |
| | 88 OPF LOCATION | |

PS Form 50, November 1998 (Exception to Standard Form 50)

1 - EMPLOYEE COPY - RETAIN FOR FUTURE REFERENCE