# Exhibit B

A0130

JOB SLOTS
DISPLAY

JOB SLOT: 8968249
TA88    OAKLAND PROC/DIST CTR            CA
TA88 0044    POSTAL VEHICLE SERVICES TOUR - I
5756-01XX    TRACTOR TRAILER OPERATOR
SP5-22         PS    06

POSITION CLASSIFICATION: VEHICLE OPERATOR
POSITION TYPE: FULL TIME
DES/ACT: 135
LDC: 3400    TOUR: 1

FACILITY: OAKLAND MAIN OFFICE
WORK AREA: VEHICLE OPERATIONS
SECTION:                                PAY LOCATION: 067

STATUS: REVERTED
EFFECTIVE: 2002 11 16
VACATED BY: REINOSA         BOBBY    Q

PDAM0356