# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

1. Defendant's Responses to Order Directing Supplemental Briefing

2. Supplemental Declaration of Balvinder Chadha in Support of Defendant's Motion for Summary Judgment

3. Declaration of Linda Lee In Support of Defendant's Motion for Summary Judgment

<u>Jeffrey W. Tam v. John E. Potter</u>
Case No. CV 07-2747 SI

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

____    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

  X     **PERSONAL SERVICE (BY MESSENGER)**

____    **FEDERAL EXPRESS**

____    **FACSIMILE (FAX)**  Telephone No.: _See Below_____

to the party(ies) addressed as follows:

Jeffrey W Tam, PRO SE
408 Yorkshire Road
Alameda, CA 94501
(510) 522-5534

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 10, 2008 at San Francisco, California.

____/s/_____
Tina Louie
Legal Assistant