IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY W. TAM, | No. C 07-2747 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JOHN E. POTTER, | |
| Defendant. | |

Defendant's motion for summary judgment is granted in its entirety. Accordingly, judgment is entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 21, 2008

SUSAN ILLSTON
United States District Judge