AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| JEFFREY W. TAM | ) |
| v. | ) Case No.: C 07-2747 SI |
| JOHN E. POTTER | ) |

## Bill of Costs

Judgment having been entered in the above entitled action  07/21/2008  against  Jeffrey W. Tam ,
                                                              Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ |
| Fees for service of summons and subpoena ................................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 5,877.75 |
| Fees and disbursements for printing .......................................... | 61.68 |
| Fees for witnesses (itemize on page two) ................................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | |
| Docket fees under 28 U.S.C. 1923 ............................................ | |
| Costs as shown on Mandate of Court of Appeals ......................... | |
| Compensation of court-appointed experts .................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) .................................................... | |
| TOTAL | $ 5,939.43 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐   Electronic service by e-mail as set forth below and/or.

☑   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _[signature]_

Name of Attorney:  Jennifer S Wang, AUSA, Attorney for Defendant

For:  Federal Defendant, John E. Potter, Postmaster General                Date:  08/04/2008
       Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                        Deputy Clerk                         Date

EIN 94-2832206
A California corporation



ONE KAISER PLAZA, SUITE 505
OAKLAND, CALIFORNIA 94612
510/ 451-1580
Fax 510/ 451-3797
Certified Shorthand Reporters

**INVOICE**   PAGE  1

TO1
: JENNIFER S. WANG, ESQ.
UNITED STATES DEPT OF JUSTICE
U.S. ATTORNEYS OFFICE
450 GOLDEN GATE AVE, 10 FL
SAN FRANCISCO   CA 94102

JEFFREY W. TAM V. JOHN E. POTTER

FILE #:

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|
| TAM.POTT02 | 07-2747-SI | NET 30 | 00341814 | 03/10/08 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | PAGES | AMOUNT |
|---|---|---|---|---|
| 1 COPY, DEPOSITION OF: BARBARA DELLEY | 01/31/08 | LEESAN | | 110.65 |

"I certify that these goods and/or services were received on 1/31/08 (date) and accepted on 3/10/08 (date). Oral purchase was authorized and no confirming order has been issued."

Voyager H11-4163   Partial ____ Final X
Signature: [signed]   Date 3/13/08
Printed or Typed Name and Title: Jennifer S Wang, AUSA

Grand Jury Subpoena: indicated type of account:
____ Corporation ____ Partnership(how many) ____

$ 110.65
SALES TAX  .00
INVOICE TOTAL $ 110.65

PLEASE RETURN THIS STUB WITH YOUR REMITTANCE

ONE KAISER PLAZA, SUITE 505
OAKLAND, CALIFORNIA 94612
510/ 451-1580
Fax 510/ 451-3797
Certified Shorthand Reporters

DUE DATE   04/09/08
INVOICE DATE   03/10/08

UNIT01   UNITED STATES DEPT OF JUSTICE

INVOICE NUMBER   00341814

To charge the amount to your bankcard, simply complete the information below and return to us.
____ Visa ____ MasterCard
Account No. _____ Exp. Date _____
Amount _____ Cardholder's Name _____
Cardholder's Signature _____

INVOICE AMOUNT $ 110.65

Budget
3/13/08

UNIT01

If legal action is required to recover payment, Aiken & Welch shall be entitled to reasonable attorney's fees and costs.

EIN 94-2332206
A California corporation


Aiken AND Welch

ONE KAISER PLAZA, SUITE 505
OAKLAND, CALIFORNIA 94612
510/ 451-1580
Fax 510/ 451-3797
Certified Shorthand Reporters

**INVOICE**     PAGE 1

IT01
_T: JENNIFER S. WANG, ESQ.
UNITED STATES DEPT OF JUSTICE
U.S. ATTORNEYS OFFICE
450 GOLDEN GATE AVE, 10 FL
SAN FRANCISCO   CA 94102

JEFFREY W. TAM V. JOHN E. POTTER

FILE #:

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|
| TAM.POTT02 | 07-2747- SI | NET 30 | 00341860 | 03/11/08 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | PAGES | AMOUNT |
|---|---|---|---|---|
| 1 COPY, DEPOSITION OF: TOYA JACKSON | 02/06/08 | LEESAN | | 24.25 |
| 1 COPY, DEPOSITION OF: BALVINDER CHADHA | 02/06/08 | LEESAN | | 154.70 |
| 1 COPY, DEPOSITION OF: FRANK TAYLOR | 02/19/08 | LEESAN | | 99.55 |
| 1 COPY, DEPOSITION OF: ERNEST JOHNSON | 02/19/08 | LEESAN | | 86.40 |
| 1 COPY, DEPOSITION OF: 'CIOUS PAULK | 02/20/08 | LEESAN | | 45.40 |
| 1 COPY, DEPOSITION OF: GLORIA BENAVIDES | 02/20/08 | LEESAN | | 37.75 |
| 1 COPY, DEPOSITION OF: DEBORAH NAILES | 02/20/08 | LEESAN | | 59.90 |

"I certify that these goods and/or services were received on 2/6/08 (date) and accepted on 3/4/08 (date). No prior purchase was authorized and no confirming order has been issued."

Voucher H11-4162   Partial ____  Final X

Signature [signature]   Date 3/13/08

Printed or Typed Name and Title   Jennifer S Wang, AUSA

Grand Jury Subpoena: indicated type of account:
Individual ____  Corporation ____  Partnership(how many) ____

SALES TAX
( CONTINUED )
INVOICE TOTAL

PLEASE RETURN THIS STUB WITH YOUR REMITTANCE

Aiken AND Welch
ONE KAISER PLAZA, SUITE 505
OAKLAND, CALIFORNIA 94612
510/ 451-1580
Fax 510/ 451-3797
Certified Shorthand Reporters

DUE DATE

INVOICE DATE

INVOICE NUMBER

INVOICE AMOUNT

To charge the amount to your bankcard, simply complete the information below and return to us.
___ /Isa   ___ MasterCard
Account No. _____ Exp. Date _____
Amount _____ Cardholder's Name _____
Cardholder's Signature _____

If legal action is required to recover payment, Aiken & Welch shall be entitled to reasonable attorney's fees and costs.

Budget 3/13/08

EIN 94-2832206
A California corporation



ONE KAISER PLAZA, SUITE 505
OAKLAND, CALIFORNIA 94612
510/ 451-1580
Fax 510/ 451-3797
Certified Shorthand Reporters

# INVOICE

PAGE   2

TT01
T: JENNIFER S. WANG, ESQ.
UNITED STATES DEPT OF JUSTICE
U.S. ATTORNEYS OFFICE
450 GOLDEN GATE AVE, 10 FL
SAN FRANCISCO    CA 94102

JEFFREY W. TAM V. JOHN E. POTTER

FILE #:

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|
| TAM.POTT02 | 07-2747- SI | NET 30 | 00341860 | 03/11/08 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | PAGES | AMOUNT |
|---|---|---|---|---|

"I certify that these goods and/or services were received on
__2/6/08__ (date) and accepted on __3/11/08__ (date).
Oral purchase was authorized and no confirming order has been issued."

Invoice __H11-4162__   Partial ____   Final __X__

Signature _[signature]_   Date __3/13/08__
Printed or Typed Name and Title __Jennifer S Wang, AUSA__

Grand Jury Subpoena: indicated type of account:
Individual ____ Corporation ____ Partnership(how many) ____

|  |  |  |
|---|---|---|
|  | $ | 507.95 |
| SALES TAX |  | .00 |
| INVOICE TOTAL | $ | 507.95 |

PLEASE RETURN THIS STUB WITH YOUR REMITTANCE

ONE KAISER PLAZA, SUITE 505
OAKLAND, CALIFORNIA 94612
510/ 451-1580
Fax 510/ 451-3797
Certified Shorthand Reporters

UNIT01    UNITED STATES DEPT OF JUSTICE

To charge the amount to your bankcard, simply complete the information below and return to us.
___ Visa   ___ MasterCard
Account No. _____ Exp. Date _____
Amount _____ Cardholder's Name _____
Cardholder's Signature _____

| DUE DATE | 04/10/08 |
|---|---|
| INVOICE DATE | 03/11/08 |
| INVOICE NUMBER | 00341860 |
| INVOICE AMOUNT | $ 507.95 |
|  | UNIT01 |

egal action is required to recover payment, Aiken & Welch shall be entitled to reasonable attorney's fees and costs.

EIN 94-2832206
A California corporation


Aiken AND Welch

ONE KAISER PLAZA, SUITE 505
OAKLAND, CALIFORNIA 94612
510/ 451-1580
Fax 510/ 451-3797
Certified Shorthand Reporters

**INVOICE**     PAGE   1

UNIT01
: JENNIFER S. WANG, ESQ.
UNITED STATES DEPT OF JUSTICE
U.S. ATTORNEYS OFFICE
450 GOLDEN GATE AVE, 10 FL
SAN FRANCISCO    CA 94102

JEFFREY W. TAM V. JOHN E. POTTER

FILE #:

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NUMBER | INVOICE DATE |
|---|---|---|---|---|
| TAM.POTT02 | 07-2747-SI | NET 30 | 00339744 | 02/05/08 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | PAGES | AMOUNT |
|---|---|---|---|---|
| 1 COPY, DEPOSITION OF: KEITH M. INOUYE | 12/26/07 | LEESAN | | 331.00 |
| 1 COPY, DEPOSITION OF: HENRY OROZCO | 01/15/08 | LEESAN | | 125.90 |

"I certify that those goods and/or services were received on
12/26/07 (date) and accepted on 2/5/08 (date).
Oral purchase was authorized and no confirming order has been issued."

Invoice H11-4060   Partial____ Final X

Signature: [signature]   Date 2/13/08
Printed or Typed Name and Title: Jennifer S Wang, AUSA

Grand Jury Subpoena: indicated type of account:
____ ____ Corporation ____ Partnership (how many)____

                                           $   456.90
                                SALES TAX       .00
                           INVOICE TOTAL $  456.90

PLEASE RETURN THIS STUB WITH YOUR REMITTANCE

ONE KAISER PLAZA, SUITE 505
OAKLAND, CALIFORNIA 94612
510/ 451-1580
Fax 510/ 451-3797
Certified Shorthand Reporters

UNIT01   UNITED STATES DEPT OF JUSTICE

To charge the amount to your bankcard, simply complete the information below and return to us.
____ Visa  ____ MasterCard
Acct No._____ Exp. Date_____
Amount_____ Cardholder's Name_____
Cardholder's Signature_____

If legal action is required to recover payment, Aiken & Welch shall be entitled to reasonable attorney's fees and costs.

DUE DATE           03/06/08
INVOICE DATE       02/05/08
INVOICE NUMBER     00339744
INVOICE AMOUNT  $  456.90

UNIT01

Budget 2/13/08

# Behmke Reporting & Video Services                                    Invoice
"Always the same personalized service!"

1320 Adobe Drive
Pacifica, CA  94044
Phone: (650) 359-3201     Fax: (650) 359-3293

| Invoice Date | Invoice # |
|---|---|
| Friday, December 28, 2007 | 22587TC |

"I certify this that goods and/or services were received on 12/12/07 (date) and accepted on 12/31/07 (date). [...] purchase was authorized and no confirming order has been issued."

H11-3802, Call #149   Partial ___  Final  X

Signature _____ Date 1/2/08

Printed or Typed Name and Title: Jennifer S Wang

Jennifer S. Wang
U.S. Attorney's Office
450 Golden Gate Avenue
9th Floor
San Francisco, CA 94102

Phone: (415) 436-6967     Fax:

| | |
|---|---|
| Witness: | Jeffrey Tam |
| Case: | Jeffrey Tam v. John E. Potter |
| Venue: | Northern District of CA San Francisco Division |
| Case #: | 07-2747 SI |
| Date: | 12/12/2007 |
| Start Time: | 9:00 AM |
| End Time: | 5:02 PM |
| Reporter: | Carye Torres |
| Claim #: | 02-C-0592 |
| File #: | 13684 |

14053TC

| Description | Each | Quan | Total |
|---|---|---|---|
| Original Transcript | $6.00 | 241 | $1,446.00 |
| Hourly Rate - Reporter | $100.00 | 8 | $800.00 |
| Disk | $15.00 | 1 | $15.00 |
| Word Index | $10.00 | 1 | $10.00 |
| Min-U-Script | $25.00 | 1 | $25.00 |
| Rough Draft | $1.25 | 241 | $301.25 |
| Video Setup | $200.00 | 1 | $200.00 |
| Original Tapes | $30.00 | 4 | $120.00 |
| Video Hourly | $130.00 | 8 | $1,040.00 |
| MPEG Conversion to DVD | $130.00 | 6.5 | $845.00 |
| | | Sub Total | $4,802.25 |
| | | Payments | $0.00 |
| | | Balance Due | $4,802.25 |

**H11-3802 Call # 149.  Rough draft not part of contract.**

Fed. I.D. # 94-3096926

**Interest of 1 1/2% per month (18% per annum) will be charged on balances due over 30 days.**

Budget 1/2/08

Print Order #60031

# colour drop

727 Van Ness Ave. San Francisco, CA 94102 [t] 415.353.5720 [f] 415.353.5730

NUMBER: 6558

COPY & LITIGATION ORDER

## CONTACT

Company: US Attorney's Office
Primary Contact: Bonny Wong
Address: 450 Golden Gate Ave, 9th Fl.
City: San Francisco  State: CA  Zip: 94102
Phone: (415) 436-6904
Fax: (415) 436-6748

TIME IN: _____
ORDER TAKER: _____
DUE DATE: 12/31/07
QUALITY ASSURANCE CHECKER: TS
ORDER TYPE: Rush / Same Day / Overnight
Pick Up / Delivery

## JOB INFORMATION

| DESCRIPTION | # Orig. | QTY | Sides | Total | Size | RATE | COST |
|---|---|---|---|---|---|---|---|
| 1. Bates # starting USPS 1113 | | | 1  2 | 257 | 11" 14" 17" | | |
| 2. Copy one set, number | | | 1  2 | | 11" 14" 17" | | |
| 3. Copy of # set | | | 1  2 | | 11" 14" 17" | | |
| 4. | | | 1  2 | | 11" 14" 17" | | |
| 5. Handbook 4 over on 1 page, | | | 1  2 | | 11" 14" 17" | | |
| 6. book pages can be 2 pages on 1 | | | 1  2 | | 11" 14" 17" | | |
| 7. Sheet (letter size) | | | 1  2 | | 11" 14" 17" | | |

GENERAL TOTAL: _____

## LITIGATION COPY SERVICES

INFORMATION

Operator: _____
Start Time: _____
Finish Time: _____
Supervisor: _____

| SPECIFICATIONS | QTY | RATE | COST |
|---|---|---|---|
| Light / Medium / Heavy | COPY (257) | .10 | 25.70 |
| Staple / Restaple | BATES | .04 | 10.28 |
| Clip / Reclip | COPY | .10 | 25.70 |
| Bind / Rebind | | | |
| Bates Stamp | | | |
| Box Numbers | | | |
| Tabs | | | |

LITIGATION TOTAL: 61.68

RECEIVED BUDGET OFFICE NDCA
2007 DEC 27 AM 10: 04

## FINISHING

| FINISHING | QTY | RATE | COST |
|---|---|---|---|
| Staple / Restaple | | | |
| Velobind | | | |
| Spiral | | | |
| Tape | | | |
| Wire | | | |
| Fold | | | |
| Type | | | |

COST: _____

| OTHER SERVICES | QTY | RATE | COST |
|---|---|---|---|
| T-Shirts | | | |
| Fax | | | |
| Covers: vinyl/cardstock | | | |
| Laminations | | | |
| Paperstock | | | |

SPECIAL INSTRUCTIONS

"I certify that these goods and/or services were received on 12/31/07 [date] and accepted on 12/31/07 [date]. Oral purchase was authorized and no confirming order has been issued."

Tracking # H11-4071  Partial ___ Final X

COST: _____

Signature: _____  Date: 1/2/08

MISCELLANEOUS TOTAL: _____

Your signature(s) below indicates authorization and approval of the project. All invoices are due net 15, after 30 days late fee of $15.00, plus a surcharge of 1.5% (18% annum) may be applied to your balance. All accounts over 60 days will be sent to a collection agency.

Grand Jury Subpoena: indicated type of account
Individual ___ Corporation ___ Partnership (how many) ___

SUB-TOTAL: 61.68
TAX: _____
TOTAL: 61.68

Client Reference: H11-4071

Customer Authorization: _____
Customer Approval: _____

Budget BW 1/2/08