**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Bill of Costs**

<u>Jeffrey W. Tam v. John E. Potter</u>
Case No. CV 07-2747 SI

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____   **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

__X__   **PERSONAL SERVICE (BY MESSENGER)**

_____   **FEDERAL EXPRESS**

_____   **FACSIMILE (FAX)**  Telephone No.: _See Below_____

to the party(ies) addressed as follows:

Jeffrey W Tam, PRO SE
408 Yorkshire Road
Alameda, CA 94501
(510) 522-5534

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 4, 2008 at San Francisco, California.

____/s/_____
Tina Louie
Legal Assistant