# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| JEFFREY W. TAM,<br><br>            Plaintiff,<br>  v.<br>PATRICK R. DONAHOE,<br><br>            Defendant.<br>_____/ | No. C 12-5858 MEJ<br><br>**ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Susan Illston for the purpose of considering whether it is related to the following case: *Tam v. Potter*, Case No. C07-2747 SI.

**IT IS SO ORDERED.**

Dated: April 24, 2013

_____
Maria-Elena James
United States Magistrate Judge